IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | Case No. 11-01303 RMC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and ERIC H. HOLDER, JR. in his ) | **RECEIVED** |
| official capacity asAttorney General ) | JUL 2 0 2011 |
| of the United States, ) | |
| ) | Clerk, U.S. District and |
| Defendants. ) | Bankruptcy Courts |
| _____ ) | |

## STATE OF TEXAS' APPLICATION FOR A THREE-JUDGE COURT

Plaintiff the State of Texas files this application respectfully requesting entry of an order requesting designation of a three-judge court. In support, Plaintiff states as follows:

1. The State of Texas filed this action pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c (Section 5), seeking preclearance of its recently enacted redistricting plans for the State Board of Education, the Texas House of Representatives, the Texas Senate, and the U.S. House of Representatives. Section 5 requires that any action brought before this court seeking preclearance be heard and determined by a three-judge court. 42 U.S.C. § 1973 ("Any action under [this section] shall be heard and determined by a court of three judges in accordance with the provisions of [28 U.S.C. § 2284] . . . .").


RECEIVED
Mail Room

JUL 2 0 2011

Angela D. Caesar, Clerk
U.S. District Court, District of

2.   Thus, upon the filing of this application, this Court "shall . . . immediately notify the chief judge of the [Court of Appeals for the D.C. Circuit], who shall designate two other judges . . . ." 28 U.S.C. § 2284(b)(1).

3.   Plaintiff has conferred with Defendants' counsel in this matter, and they have expressed no objection to this application.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order requiring the Clerk of this Court to notify the Chief Judge of the United States Court of Appeals for the D.C. Circuit that a three-judge court should be designated to hear and determine this action.

Dated:   July 19, 2011              Respectfully Submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

_____
DAVID J. SCHENCK
Deputy Attorney General for Legal Counsel
J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

Office of the Attorney General
209 W. 14th Street
Austin, Texas 78701
(512) 936-1342 / (512) 936-0545 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via* overnight mail to the following parties on July 19, 2011 to:

Hon. Ronald C. Machen, Jr.    *Federal Express Tracking No. 7949 8167 0647*
U.S. Attorney for the District of Columbia
Attn:  Office of the Civil-Process Clerk
555 4th Street, NW
Washington, DC  20530
*Tracking No. 7949 8167 0647*


Hon. Eric H. Holder, Jr.    *Federal Express Tracking No. 7973 1885 4769*
Attorney General of the United States
950 Pennsylvania Ave, NW
Washington, DC  20530

_____
DAVID SCHENCK
Deputy Attorney General for Legal Counsel