IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>ERIC H. HOLDER, JR., in his official<br>capacity as Attorney General<br>of the United States,<br><br>   Defendant,<br><br>   and<br><br>SENATOR WENDY DAVIS,<br>REPRESENTATIVE MARC VEASEY,<br>JOHN JENKINS, VICKI BARGAS,<br>and ROMEO MUÑOZ,<br><br>   Proposed Defendant-Intervenors. | No. 1:11-cv-01303 (RMC) |

## ANSWER OF DEFENDANT-INTERVENORS

NOW COME The Honorable WENDY DAVIS, The Honorable MARC VEASEY, JOHN JENKINS, VICKI BARGAS and ROMEO MUÑOZ, Defendant-Intervenors in the above-captioned action, and answer Plaintiff's Complaint as follows:

### First Affirmative Defense

The State of Texas' proposed State Senate Plan and the proposed Congressional Plan violate Section 5 of the Voting Rights Act, 42 U.S.C. §1793c.  The declaratory relief requested in Plaintiff's complaint should, therefore, be denied.

### Answers to Allegations

1. Intervenors admit the allegations of paragraph 1.

2. Intervenors admit the allegations of paragraph 2.

3. Intervenors admit the allegations of paragraph 3, but deny the Court is authorized to declare Plaintiff's redistricting plans compliant with Section 5.

4. Intervenors admit the allegations of paragraph 4.

5. Intervenors admit that Texas gained four new congressional districts following the release of the 2010 census and admit the total population of Texas set forth in this paragraph. Intervenors assert that the 2010 United States Census statistics speak for themselves.

6. Intervenors admit the allegations of paragraph 6.

7. Intervenors admit the allegations of paragraph 7.

8. Intervenors admit the allegations of paragraph 8.

9. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

10. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

11. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

12. Intervenors deny the allegations of paragraph 12 as to the effective date of the State Board of Education Plan. The State Board of Education Plan is legally unenforceable as law unless and until preclearance is obtained under Section 5 of the Voting Rights Act. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the other allegations asserted in this paragraph and therefore deny the same.

13. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

14. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

15. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

16. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

17. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

18. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

19. Intervenors deny the allegations of paragraph 19.  The State House map is legally unenforceable as law unless and until preclearance is obtained under Section 5 of the Voting Rights Act.

20. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

21. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

22. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

23. Intervenors admit the allegations of paragraph 23.

24. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Intervenors deny the allegations of this paragraph.

25. Intervenors admit to the substantive allegations of paragraph 25.  Intervenors do not admit to the accuracy of Attachment 4 to Plaintiff's Complaint.

26. Intervenors deny the allegations of paragraph 26.  The State Senate map is legally unenforceable as law unless and until preclearance is obtained under Section 5 of the Voting Rights Act.

27. Intervenors deny the allegations of paragraph 27.

28. Intervenors deny the allegations of paragraph 28.

29. Intervenors deny the allegations of paragraph 29.

30. Intervenors admit that Texas gained four new congressional districts following the release of the 2010 census and admit the total population of Texas set forth in this paragraph.  Intervenors assert that the 2010 United States Census statistics speak for themselves and denies the remaining parts of paragraph 30.

31. Intervenors admit the allegations of paragraph 31.

32. Intervenors admit the allegations of paragraph 32

33. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

34. Intervenors deny the allegations of paragraph 34.

35. Intervenors deny the allegations of paragraph 35.

36. Intervenors deny the allegations of paragraph 36.

37. Intervenors deny the allegations of paragraph 37.

38. This paragraph contains no factual allegations and thus requires no response.   To the extent that there are any factual allegations contained in paragraph 38, Intervenors deny the allegations of paragraph 38..

39. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

40. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

41. This paragraph contains no factual allegations and thus requires no response.   To the extent that there are any factual allegations contained in paragraph 41, Intervenors deny the allegations of paragraph 41.

42. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

43. Intervenors are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in this paragraph and therefore deny the same.

44. This paragraph contains no factual allegations and thus requires no response.   To the extent that there are any factual allegations contained in paragraph 44, Intervenors deny the allegations of paragraph 44.

45. Intervenors deny the allegations of paragraph 45.

46. Intervenors deny the allegations of paragraph 46.

47. This paragraph contains no factual allegations and thus requires no response.   To the extent that there are any factual allegations contained in paragraph 47, Intervenors deny the allegations of paragraph 47.

48. Intervenors deny the allegations of paragraph 48.

49. Intervenors deny the allegations of paragraph 49.

        Respectfully submitted,

        /s/ J. Gerald Hebert
        J. GERALD HEBERT
        D.C. Bar #447676
        Attorney at Law
        191 Somerville Street, #405
        Alexandria, VA 22304
        Telephone: 703-628-4673
        Email: hebert@voterlaw.com

        PAUL M. SMITH
        MICHAEL B. DESANCTIS
        JESSICA RING AMUNSON
        CAROLINE D. LOPEZ
        Jenner & Block LLP
        1099 New York Ave., N.W.
        Washington, D.C. 20001
        Tel: (202) 639-6000
        Fax: (202) 639-6066

        Attorneys for Proposed Defendant-Intervenors