UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; ERIC H.<br>HOLDER, JR., in his official capacity as Attorney<br>General of the United States,<br><br>               Defendant,<br><br>   and<br><br>SENATOR WENDY DAVIS, REPRESENTATIVE<br>MARC VEASEY, JOHN JENKINS, VICKI<br>BARGAS, and ROMEO MUÑEZ,<br><br>               Defendant-Intervenors,<br><br>   and<br><br>GREG GONZALEZ, LISA AGUILAR, DANIEL<br>LUCIO, VICTOR GARZA, BLANCA GARCIA,<br>JOSEPHINE MARTINEZ, KATRINA TORRES<br>and NINA JO BAKER,<br><br>               Proposed Defendant-<br>               Intervenors. | Civil Action No. 1:11-cv-01303<br>(RMC-TBG-BAH) |

## MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS

Greg Gonzales, Lisa Aguilar, Daniel Lucio, Victor Garza, Blanca Garcia, Josephine Martinez, Katrina Torres, and Nina Jo Baker ("Proposed Intervenors") move to intervene as defendants as of right and, in the alternative, for permissive intervention. Fed. R. Civ. P. 24(a)-(b). The accompanying Memorandum in Support of Motion to Intervene as Defendants demonstrates that Proposed Intervenors satisfy the requirements of Rule 24(a) and (b), and Proposed Intervenors respectfully request that the Court grant this motion and allow them to defend their voting rights by participating in this litigation.

Counsel for Proposed Intervenors has complied with Local Rule 7(m) by discussing this motion with opposing counsel in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. Counsel for Proposed Intervenors and Plaintiff discussed this motion on August 16, 2011. Plaintiff opposes intervention as of right and permissive intervention.  Counsel for Proposed Intervenors and Defendants discussed this motion on August 16, 2011.  Defendants oppose intervention as of right but do not oppose permissive intervention.  Counsel for Proposed Intervenors and Intervenors discussed this motion on August 17, 2011.  Intervenors do not oppose this Motion.

DATED this 17th day of August, 2011

Respectfully submitted,

By: s/ Marc Erik Elias
    Marc Erik Elias, Bar No. 442007
    John M. Devaney, Bar No. 375465
    Kevin J. Hamilton, Pro Hac Vice Pending,
       WSBA No. 15648
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654-6211
Email: MElias@perkinscoie.com
Email: KHamilton@perkinscoie.com


By: s/ Max Renea Hicks
    Max Renea Hicks, Pro Hac Vice Pending,
    Texas Bar No. 9580400
**LAW OFFICES OF MAX RENEA HICKS**
101 West 6th Street, Suite 504,
Austin, Texas, 78701
Telephone: (512) 480-8231
Facsimile: (512) 480-9105
Email: rhicks@renea-hicks.com

Attorneys for Proposed Defendant-Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

**PERKINS COIE** LLP

By:  s/ John M. Devaney
John M. Devaney, Bar No. 375465
JDevaney@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654-6211