IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>and ERIC H. HOLDER, JR. in his )<br>official capacity as Attorney General )<br>of the United States, )<br>)<br>Defendants. )<br>_____ ) | Case No. 11-CV-01303<br>(RMC-TBG-BAH) |

**PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS**

Pursuant to Federal Rule of Civil Procedure 26, and the Court's Scheduling Order of September 22, 2011 (as subsequently clarified), Plaintiff, the State of Texas, designates the following individual as its expert witness for the instant litigation:

John R. Alford, Ph.D.
Associate Professor
Rice University
15907 Erin Creek Court
Houston, Texas  77062

Dr. Alford, a political scientist, will provide a report analyzing voting trends in specific campaigns in Texas, among various racial and ethnic groups, as such trends bear upon the voting-related issues in this case, including retrogression, reconstituted election analysis and racial bloc voting.  Dr. Alford is also expected to analyze and comment upon the reports of witnesses retained by other parties to this proceeding.  A copy of Dr. Alford's curriculum vitae is attached; the additional information specified by Fed. R. Civ. P. 26(a)(2)(B) will be provided well prior to the deposition of Dr. Alford, which will be scheduled at a mutually convenient time in Austin or Houston, Texas.

Dated: October 3, 2011	Respectfully Submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

*/s/ David J. Schenck*
DAVID J. SCHENCK
Deputy Attorney General for Legal Counsel

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

BRUCE D. COHEN
Special Assistant to the Attorney General

Office of the Attorney General
P.O. Box 12548, Capitol Station
209 W. 14th Street
Austin, Texas 78701
(512) 936-1342 / (512) 936-0545 (fax)

*Attorneys for the State of Texas*

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been sent the Court's electronic notification system and/or mail to the following parties on October 3, 2011:

Hon. Ronald C. Machen, Jr.
U.S. Attorney for the District of Columbia
Attn:  Office of the Civil-Process Clerk
555 4th Street, NW
Washington, DC  20530

Daniel J. Freeman
U.S. DEPARTMENT OF JUSTICE
Voting Section, Civil Rights Division
950 Pennsylvania Avenue, NW
NWB Room 7203
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov

Hon. Eric H. Holder, Jr.
Attorney General of the United States
950 Pennsylvania Ave, NW
Washington, DC  20530

J. Gerald Hebert
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
(703) 628-4673
Fax: (202) 736-2222
Email: jghebert@comcast.net

Paul M. Smith
Michael B. DeSanctis
Jessica Ring Amunson
Caroline D. Lopez
Jenner & Block LLP
1099 New York Ave., N.W.
Washington, D.C. 20001

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW
Suite 400
Washington, DC 20005
(202) 307-1388
Email: mposner@lawyerscommittee.org

John M. Devaney
Marc Erik Elias
PERKINS COIE
700 13th Street, NW
Suite 600
Washington, DC 20005-3960
(202) 628-6600
Fax: (202) 654-9124
Email: jdevaney@perkinscoie.com
Email: melias@perkinscoie.com

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND, INC.
110 Broadway
Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: 210-224-5382
Email: nperales@maldef.org

Robert Stephen Notzon
1507 Nueces Street
Austin, TX 78701-1501
(512) 474-7563
Fax: (512) 474-9489
Email: robert@notzonlaw.com

Ray Velarde
1216 Montana Avenue
El Paso, TX 79902
(915) 532-6003
Email: velardelaw2005@yahoo.com

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West
Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

                                                  */s/ David J. Schenck*
                                                  DAVID J. SCHENCK
                                                  Deputy Attorney General for Legal Counsel