IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendants.<br><br>WENDY DAVIS, *et al.*,<br><br>    Defendant-Intervenors,<br><br>MEXICAN AMERICAN LEGISLATIVE CAUCUS,<br><br>    Defendant-Intervenor,<br><br>GREG GONZALES, *et al.*,<br><br>    Defendant-Intervenors,<br><br>TEXAS LEGISLATIVE BLACK CAUCUS,<br><br>    Defendant-Intervenor,<br><br>TEXAS LATINO REDISTRICTING TASK FORCE,<br><br>    Defendant-Intervenor,<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>    Defendant-Intervenors. | Civil Action No. 1:11-cv-1303<br>(RMC-TBG-BAH)<br>Three-Judge Court |

## DAVIS DEFENDANT-INTERVENORS' DESIGNATION OF EXPERT WITNESS

Pursuant to this Court's Order of September 22, 2011, Defendant-Intervenors Wendy Davis, *et al.*, hereby designate Dr. Allan J. Lichtman of American University as their expert witness in this case.  Dr. Lichtman will prepare a report and provide testimony analyzing voting patterns in specific election contests in Texas among various racial and ethnic groups, how those patterns bear upon the voting-related issues in this case, including retrogression, reconstituted election analysis, and racially polarized voting. Dr. Lichtman will also specifically address in his report and testimony the retrogression in State Senate District 10.  Dr. Lichtman is also expected to analyze and comment upon the reports of other expert witnesses retained by other parties to this proceeding.  Dr. Lichtman's *curriculum vitae* is attached as Exhibit A.

Respectfully submitted,

/s/ J. Gerald Hebert\_\_\_
J. GERALD HEBERT
D.C. Bar #447676
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
Email: hebert@voterlaw.com

PAUL M. SMITH
MICHAEL B. DESANCTIS
JESSICA RING AMUNSON
CAROLINE D.LOPEZ
Jenner & Block LLP
1099 New York Ave., N.W.
Washington, D.C. 20001
Tel: (202) 639-6000
Fax: (202) 639-6066

Attorneys for Davis, *et al.*, Defendant-Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I electronically filed the foregoing

with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ J. Gerald Hebert
J. GERALD HEBERT