IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:11-cv-1303 (RMC-TBG-BAH)<br>Three-Judge Court |

## GONZALEZ INTERVENORS' IDENTIFICATION OF EXPERT WITNESS

Pursuant to the Court's Scheduling Order of September 22, 2011 (as subsequently clarified), the Gonzalez Intervenors designate the following individual as its expert witness for the instant litigation:

> Stephen Ansolabehere, Ph.D.
> Professor of Government
> Harvard University
> 1737 Cambridge Street
> CGIS Knafel Building 410
> Cambridge, Massachusetts 02138

A copy of Dr. Ansolabehere's curriculum vitae is attached. Additional information specified by Fed. R. Civ. P. 26(a)(2)(B), including Dr. Ansolabehere's written report, will be provided prior to his deposition, which will be scheduled at a mutually convenient time.

DATED: October 7, 2011

        /s/ John M. Devaney

John M. Devaney
Marc Erik Elias
Kevin J. Hamilton
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3960

Renea Hicks
Law Offices of Max Renea Hicks
101 West 6th Street, Suite 504
Austin, TX 78701

Attorneys for Gonzalez Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By: s/ John M. Devaney
           John M. Devaney, Bar No. 375465
           JDevaney@perkinscoie.com
        700 Thirteenth Street, N.W., Suite 600
        Washington, D.C.  20005-3960
        Telephone:  202.654.6200
        Facsimile:  202.654-6211