IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | . |
| ) | Civil Action No. 1:11-cv-01303 |
| UNITED STATES OF AMERICA; ) | (RMC-TBG-BAH) |
| ERIC HOLDER in his official capacity as ) | Three-Judge Court |
| Attorney General of the United States, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| WENDY DAVIS, *et al.,* ) | |
| ) | |
| Defendant Intervenors, ) | |
| ) | |
| MEXICAN AMERICAN LEGISLATIVE ) | |
| CAUCUS, ) | |
| ) | |
| Defendant-Intervenor, ) | |
| ) | |
| GREG GONZALES, *et al.*, ) | |
| ) | |
| Defendant-Intervenors, ) | |
| ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, ) | |
| ) | |
| Defendant-Intervenor, ) | |
| ) | |
| TEXAS LATINO REDISTRICTING TASK ) | |
| FORCE, ) | |
| ) | |
| Defendant-Intervenor, ) | |
| ) | |
| TEXAS STATE CONFERENCE OF NAACP ) | |
| BRANCHES, *et al.*, ) | |
| ) | |
| Defendant-Intervenors, ) | |
| ) | |
| LEAGUE OF UNITED LATIN AMERICAN ) | |
| CITIZENS, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**DEFENDANT-INTERVENOR MEXICAN AMERICAN LEGISLATIVE CAUCUS'
DESIGNATION OF EXPERT WITNESS**

Pursuant to this Court's Order of September 22, 2011, Defendant-Intervenor Mexican American Legislative Caucus ("MALC") hereby designates its expert witnesses in this case as follows.

MALC will seek to introduce expert testimony from Dr. J. Morgan Kousser, of the California Institute of Technology. Dr. Kousser will prepare a report and provide testimony analyzing voting patterns in specific election contests in Texas among various racial and ethnic groups to determine how those patterns bear upon the voting-related issues in this case. Dr. Kousser also will examine the Texas House and Texas Congressional redistricting plans for retrogression and to determine whether the plans were adopted with an intent to discriminate. Dr. Kousser further is expected to analyze and comment upon the reports of other expert witnesses retained by other parties to this proceeding. Dr. Kousser's *curriculum vitae* is attached as Exhibit A.[1]

---

[1] The parties are negotiating the submission of the trial record in *Perez v. Texas*, no. 11-cv-360 (W.D. Tex.), for inclusion in the record of this case. MALC participated in that trial as a party plaintiff and introduced expert testimony from Dr. Kousser and, in addition, Dr. Jorge Chapa. Accordingly, to the extent that the *Perez* trial record becomes part of the record in the instant Washington, D.C. litigation, Dr. Kousser's and Dr. Chapa's *Perez* testimony will become part of the instant case record. As indicated, MALC intends to submit in this case further testimony from Dr. Kousser that addresses the issues presented here. MALC does not intend to submit any further testimony from Dr. Chapa. In presenting further testimony from Dr. Kousser, MALC is cognizant of the Court's instruction that intervenors not merely duplicate analysis provided by the United States.

Dr. Chapa testified in *Perez* regarding the socio-economic status of the Hispanic population in Texas and the manner in which that bears on voting, and analyzed citizen voting age population data regarding the different redistricting plans before the *Perez* court, including the State's House and Congressional plans. To the degree required by this Court's order, and subject to the pending discussions regarding the submission of the *Perez* trial record here, MALC designates Dr. Chapa as an expert on demographic census data, including analysis of citizen voting age population.

Respectfully submitted,

s/ Mark A. Posner
Jon Greenbaum (D.C. Bar No. 489887)
Mark A. Posner (D.C. Bar No. 457833)
LAWYER'S COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005
(202) 662-8389 (phone)
(202) 628-2858 (fax)
Washington, D.C. 20006
mposner@lawyerscommittee.org

Jose Garza
Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 98209
(210) 392-2856
garzapalm@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, I electronically served the foregoing via ECF on all other parties in this litigation.

s/ Mark A. Posner