IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA and ERIC H. )<br>HOLDER, JR., in his official capacity as Attorney )<br>General of the United States, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:11-cv-1303<br>(RMC-TBG-BAH)<br>Three-Judge Court |

## UNITED STATES' DESIGNATION OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and to the Court's September 22, 2011 Scheduling Order (Docket No. 51), Defendants United States and Eric H. Holder, Jr. designate the following individuals as expert witnesses:

Lisa R. Handley, PhD
President
Frontier International Electoral Consulting
11821 Milbern Drive
Potomac, MD 20854

Dr. Handley, a political scientist, will testify concerning racial bloc voting, reconstituted election analysis, retrogression, and alternative plans with respect to the proposed redistricting plans for the Texas State House of Representatives and the United States House of Representatives. Dr. Handley will also address reports and testimony offered by other expert witnesses in this litigation. A copy of Dr. Handley's curriculum vitae is attached hereto as Exhibit 1.

1

      Theodore S. Arrington, PhD
      Professor Emeritus
      University of North Carolina at Charlotte
      13015 Sandia Point Road NE
      Albuquerque, NM 87111

Dr. Arrington, a political scientist, will testify concerning evidence of purpose to deny or abridge the right to vote on account of race, color, or language minority status, including an analysis of alternative plans with respect to the proposed redistricting plans for the Texas State House of Representatives and the United States House of Representatives.  Dr. Arrington will also address reports and testimony offered by other expert witnesses in this litigation.  A copy of Dr. Arrington's curriculum vitae is attached hereto as Exhibit 2.

Date: October 7, 2011

                                                                    Respectfully submitted,

| | |
|---|---|
| RONALD C. MACHEN, JR. | THOMAS E. PEREZ |
| United States Attorney | Assistant Attorney General |
| District of Columbia | Civil Rights Division |
| | |
| | */s/ Timothy Mellett* |
| | T. CHRISTIAN HERREN, JR. |
| | TIMOTHY F. MELLETT |
| | DANIEL J. FREEMAN |
| | Attorneys |
| | Voting Section, Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20530 |
| | (800) 253-3931 |

CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2011, I served a true and correct copy of the foregoing via the Court's ECF filing system on the following counsel of record:

David John Schenck
Office of the Attorney General
209 West 14th Street, 8th Floor
Austin, Texas 78701

*Counsel for Plaintiff*

Marc A. Posner
Lawyers' Committee for Civil Rights
1401 New York Avenue NW, Suite 400
Washington, DC 20005

*Counsel for Mexican American Legislative Caucus*

John Kent Tanner
3743 Military Road, NW
Washington, DC 20015

*Counsel for Texas Legislative Black Caucus*

Robert Stephen Notzon
1507 Nueces Street
Austin, TX 78701

*Counsel for Texas State Conference of NAACP Braches*

Chad W. Dunn
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, Texas 77068

*Counsel for Movant-Intervenor Texas Democratic Party*

Joseph Gerald Hebert
191 Somerville Street, Suite 405
Alexandria, Virginia 22304

*Counsel for Davis Intervenors*

John M. Devaney
Marc Erik Elias
Perkins Coie
700 13th Street NW, Suite 600
Washington, DC 20005

*Counsel for Gonzalez Intervenors*

Nina Perales
Mexican American Legal Defense &
   Educational Fund
110 Broadway, Suite 300
San Antonio, Texas 78205

*Counsel for Texas Latino Redistricting Task Force*

Ray Velarde
1216 Montana Avenue
El Paso, TX 79902

*Counsel for League of United Latin American Citizens*


      */s/ Daniel J. Freeman*
      Daniel J. Freeman
      Voting Section, Civil Rights Division
      U.S. Department of Justice
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530