IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, <br><br> Defendants. <br><br> WENDY DAVIS, *et al.*, <br><br> Defendant-Intervenors, <br><br> MEXICAN AMERICAN LEGISLATIVE CAUCUS, <br><br> Defendant-Intervenor, <br><br> GREG GONZALES, *et al.*, <br><br> Defendant-Intervenors, <br><br> TEXAS LEGISLATIVE BLACK CAUCUS, <br><br> Defendant-Intervenor, <br><br> TEXAS LATINO REDISTRICTING TASK FORCE, <br><br> Defendant-Intervenor, <br><br> TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Defendant-Intervenors. | Civil Action No. 1-11-cv-1303 <br> (RMC –TBG – BAH) <br> Three Judge Court |

1

**JOINT DESIGNATION OF EXPERT WITNESSES BY DEFENDANT INTERVENORS THE TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF BRANCHES OF THE NAACP, HOWARD JEFFERSON, BILL LAWSON, JUANITA WALLACE, ERICKA CAIN, NELSON LINDER, REGINALD LILLIE, AND THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

Pursuant to this Court's Order of September 22, 2011, the Defendant Intervenors Texas Legislative Black Caucus ("TLBC"), the Texas State Conference of Branches of the NAACP, Howard Jefferson, Bill Lawson, Juanita Wallace, Ericka Cain, Nelson Linder, and Reginald Lillie (hereinafter, "NAACP Defendant-Intervenors"), and the League of United Latin American Citizens ("LULAC"), hereby jointly designate Dean Rogelio Saenz, George Korbel, and Richard Murray as their expert witnesses in this case.

Dean Saenz, of the University of Texas San Antonio College of Public Policy will prepare a report and provide testimony analyzing past and future racial and ethnic population changes affecting specific proposed legislative and congressional districts. Dean Saenz will address districts designated by the TLBC as at issue in this case. *See* Doc. 53, filed September 23, 2011. Dean Saenz also may analyze and comment upon the reports of other expert witnesses retained by the parties to this proceeding. Dean Saenz' *curriculum vitae* is attached as Exhibit A.

George Korbel will testify as to the functioning of the state computer system, the effect of the shape and geographic location of the Districts, the history of the redistricting process in Texas, the history of discrimination as well as other White or Senate factors and related information to these and to his testimony in the San Antonio Section 2 case. He may testify as to other issues that arise as a result of examination of the statements of the other experts in this case. George Korbel's *curriculum vitae* is attached as Exhibit B.

Dr. Richard Murray will prepare a report and provide testimony analyzing racially polarized voting patterns in Texas among various racial and ethnic groups. Dr. Murray will

also examine the Texas House, Senate and Congressional redistricting plans for retrogression and to determine whether the plans were adopted with the intent to discriminate.  Dr. Murray may also analyze the reports of other expert witnesses who testify in this case.  Dr. Richard Murray's *curriculum vitae* is attached as Exhibit C.

Dated: October 8, 2011                                  Respectfully Submitted,

/s/ John K. Tanner_____
John K. Tanner
DC Bar # 318873
3743 Military Road, NW
Washington, DC  20015
202-503-7696
john.k.tanner@gmail.com
Attorney for the TLBC
Defendant Intervenor

/s/ Allison J. Riggs_____
Allison J. Riggs
N.C. Bar No. 40028
(Admitted Pro Hac Vice)
Anita S. Earls
N.C. Bar No. 15597
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
(919)-323-3380
(919)-323-3942 (fax)
allison@southerncoalition.org
Attorneys for NAACP Defendant-Intervenors

/s/ Robert S. Notzon_____
Robert S. Notzon
D.C. Bar No. TX0020
Law Office of Robert S. Notzon
1507 Nueces Street
Austin, Texas 78701
(512)-474-7563
(512)-474-9489 (f)
Robert@NotzonLaw.com
Attorney for NAACP Defendant-Intervenors

Gary Bledsoe
TX Bar No. 02476500
(Admitted Pro Hac Vice)
Law Office of Gary L. Bledsoe and Associates
316 West 12th Street, Suite 307
Austin, Texas 78701
(512)-322-9992
(512)-322-0840
garybledsoe@sbcglobal.net
Attorney for NAACP Intervenors

Victor Goode
Assistant General Counsel
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
Telephone: 410-580-5120
Fax: 410-358-9359
vgoode@naacpnet.org
Attorney for NAACP Defendant-Intervenors

/s/ Raymundo Velarde_____
Raymundo Velarde
DC Bar # 308676
1216 Montana
El Paso, Texas 79902
915-532-6003
rayvelarde2003@yahoo.com
Attorney of for the LULAC Defendant-Intervenor

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ John K. Tanner_____

/s/ Allison J. Riggs_____