IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>           Plaintiff,<br><br>   - against -<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR. in his official capacity<br>as Attorney General of the United States,<br><br>           Defendants. | CIVIL ACTION NO. 1:11-cv-01303<br>Three-Judge Panel: RMC-TBG-BAH |

**DEFENDANT INTERVENOR**
**TEXAS LATINO REDISTRICTING TASK FORCE'S DESIGNATION OF**
<u>**EXPERT WITNESSES**</u>

Pursuant to the Court's Scheduling Order of September 22, the Texas Latino Redistricting Task Force Intervenor designates the following individuals as its in-person expert witnesses for the instant litigation:

Richard Engstrom, Ph.D
Center for the Study of Race, Ethnicity, and Gender in the Social Sciences
Social Science Research Institute
Duke Box 90420
Erwin Mill
Durham, NC 27705
Duke University Phone: 504.756.1478
Phone: 504.756.1478
Fax: 919.681.4183
E-Mail Addresses: richard.engstrom@uno.edu, richard.engstrom@duke.edu

Dr. Engstrom is expected to testify regarding racially polarized voting in Texas and proposed redistricting plans.

Henry Flores, Ph.D.
Dean, Graduate School & Professor, Political Science
St. Mary's University
3111 Alamo Creek Circle
San Antonio, TX 78230

Office: 210.436.3214
Home: 210.525.1330

Dr. Flores is expected to testify regarding racial discrimination in the challenged redistricting plans.

Drs. Engstrom and Flores's curriculum vitae are attached. Any additional information required by Fed. R. Civ. P. 26(a)(2)(B), including written reports, will be provided prior to their respective depositions.

The Texas Latino Redistricting Task Force also notifies the parties that it plans to present expert opinions via the reports of Drs. Andres Tijerina, Susan Gonzalez Baker, and Jorge Chapa, as well as the trial testimony of Drs. Andres Tijerina and Jorge Chapa, from the § 2 case, consolidated as *Perez v. Perry*, No. 5:11-cv-360-OLG-JES-XR (W.D. Tex.). Unless another party calls any of these three expert witnesses, the Texas Latino Redistricting Task Force will not present their live testimony. The Texas Latino Redistricting Task Force Intervenor attaches hereto copies of these expert witnesses' reports, curriculum vitae, and trial testimony.

Date: October 8, 2011                                        Respectfully submitted,

                                                    MEXICAN AMERICAN LEGAL DEFENSE
                                                  AND EDUCATIONAL FUND

                                                  */s/ Nina Perales*
                                                  Nina Perales
                                                  Texas Bar No. 24005046
                                                  Marisa Bono
                                                  Texas Bar No. 24052874
                                                  Rebecca M. Couto
                                                  California Bar No. 248019
                                                  110 Broadway, Suite 300
                                                  San Antonio, TX 78205
                                                  (210) 224-5476
                                                  FAX (210) 224-5382

OF COUNSEL:

Janice Mac Avoy
Karolina J. Lyznik
Jorge M. Castillo
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000 (telephone)
(212) 859-4000 (facsimile)
janice.macavoy@friedfrank.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Nina Perales*_____
Nina Perales