IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, </br>　　　Plaintiff, </br></br>　　　v. </br></br>UNITED STATES OF AMERICA and </br>ERIC H. HOLDER, JR., In His </br>Official Capacity As Attorney </br>General Of The United States, </br>　　　Defendants, </br></br>WENDY DAVIS, *et al.*, </br>　　　Defendant-Intervenors, </br></br>MEXICAN-AMERICAN LEGISLATIVE </br>CAUCUS, </br>　　　Defendant-Intervenors, </br></br>GREG GONZALES, *et al.*, </br>　　　Defendant-Intervenors, </br></br>TEXAS LEGISLATIVE BLACK CAUCUS, </br>　　　Defendant-Intervenor, </br></br>TEXAS LATINO REDISTRICTING </br>TASK FORCE, </br>　　　Defendant-Intervenor, </br></br>TEXAS STATE CONFERENCE OF </br>NAACP BRANCHES, *et al.*, </br>　　　Defendant-Intervenors. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>No.1:11-CV-1303 </br>(RMC-TBG-BAH) </br>(three-judge court) |

**<u>UNOPPOSED MOTION OF DEFENDANT-INTERVENORS[1]</u>** </br>
**<u>TO POSTPONE AND HOLD IN ABEYANCE FILINGS OF MOTIONS FOR</u>** </br>
**<u>ATTORNEYS' FEES, EXPENSES AND COSTS</u>** </br>
**<u>WITH SUPPORTING POINTS AND AUTHORITIES</u>**

---

[1] All Defendant-Intervenors join in this unopposed motion: Davis, *et al.*; Mexican American Legislative Caucus, Greg Gonzales, *et al.*; Texas Legislative Black Caucus; Texas Latino Redistricting Task Force; and Texas State Conference of NAACP Branches.

Defendant-Intervenors respectfully move this Court pursuant to FRCP 54(d)(2) and LCvR 54.2(a) to postpone and hold in abeyance the filing and briefing of any motions for attorneys' fees, expenses and costs pending the outcome of the appeal in this case. As explained below, neither the Plaintiff State of Texas nor the Defendant United States opposes this motion. As grounds for this motion, Defendant-Intervenors would show that:

1. On August 28, 2012, this three-judge Court entered its final judgment denying Plaintiff's request to enter a declaratory judgment that its congressional, state senate and state house redistricting plans have neither the purpose nor the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group within the meaning of Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. Final Judgment was entered in favor of Defendants with respect to all three plans as set forth in Counts II, III, and IV of Plaintiff's Complaint.

2. The local rules of this Court state that motions seeking an award of attorneys' fees should be filed within 14 days of the judgment, unless the Court sets a different schedule at the time of the entry of final judgment. *See* LCvR 54.2(a). Because no order was entered at the time of judgment with respect to attorneys' fees, this Court's local rules state that the parties should proceed under FRCP 54(d)(2), which instructs parties seeking fees to file the motion within 14 days after entry of judgment.

3. Local Rule 54.1 also states that a bill of costs must be filed within 21 days after entry of judgment terminating the case as to the party seeking costs, unless the time is extended by the court. LCvR54.1(a).

4. On August 31, 2012, the Plaintiff State of Texas filed a Notice of Appeal of this Court's judgment to the United States Supreme Court.

5. Under LCvR 54.2(d), "[a]fter a decision has been made that there will be an appeal, the court shall make a specific determination as to whether, in the interest of justice, the fee issues, in whole or in part, should be considered or be held in abeyance pending the outcome of the appeal."

6. Pursuant to LCvR7(m), the parties have conferred in good faith. Neither the Plaintiff State of Texas nor the Defendant United States opposes this motion.

7. Defendant-Intervenors believe that is appropriate for this Court to hold in abeyance "the fee issues" pending the outcome of the appeal. Any motion for attorneys' fees, expenses and costs will necessarily include time and expenses with respect to the pending appeal. Accordingly, the Defendant-Intervenors file this motion seeking

    entry of the attached order which would hold in abeyance the filing of any motions for attorneys' fees, expenses and costs pending the outcome of the appeal.

8. The attached proposed order would require the parties within ten (10) days of the outcome of the appeal to meet and confer and submit to this Court a schedule for filing any motions for attorneys' fees, expenses and costs.

WHEREFORE, the Defendant-Intervenors respectfully pray that the Court grant this motion postponing and holding in abeyance the filing of any motions for attorneys' fees, expenses and costs, and entering the attached Order with respect to such motions.

Respectfully submitted,

| | |
|---|---|
| FOR INTERVENORS WENDY DAVIS, ET AL. | FOR INTERVENORS GREG GONZALES, ET AL. |
| /s/ J. Gerald Hebert | /s/ John M. Devaney |
| J. Gerald Hebert (D.C. Bar No. 447676) | John M. Devaney (D.C. Bar No. 375465) |
| 191 Somerville Street, #405 | Marc Erik Elias (D.C. Bar No. 442007) |
| Alexandria, VA 22304 | Kevin J. Hamilton (*pro hac vice*) |
| (703) 628-4673 | Perkins Coie LLP |
| hebert@voterlaw.com | 700 13th Street, NW, Suite 600 |
| | Washington, DC 20005-3960 |
| Paul M. Smith | |
| Michael DeSanctis | Renea Hicks (*pro hac vice*) |
| Jessica Ring Amunson | Law Office of Max Renea Hicks |
| Caroline Lopez | 101 West 6th Street |
| Jenner & Block LLP | Austin, Texas 78701 |
| 1099 New York Ave., N.W. | (512) 480-8231 (phone) |
| Washington, D.C. 20001-4412 | (512) 480-9105 (fax) |
| (202) 639-6000 (phone) | rhicks@renea-hicks.com |
| (202) 639-6066 (fax) | |

| | |
|---|---|
| FOR INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, ET AL. | FOR INTERVENOR LEAGUE OF UNITED LATIN AMERICAN CITIZENS |
| /s/ Allison J. Riggs | /s/ Luis Roberto Vera, Jr. |
| Allison J. Riggs (*pro hac vice*) | Luis Roberto Vera, Jr. (*pro hac vice*) |
| Anita S. Earls | LULAC National General Counsel |
| Southern Coalition for Social Justice | The Law Offices of |
| 1415 W. Highway 54, Suite 101 | Luis Roberto Vera, Jr. & Associates |
| Durham, NC 27707 | 1325 Riverview Towers |
| (919)-323-3380 (phone) | 111 Soledad |
| (919)-323-3942 (fax) | San Antonio, Texas 78205-2260 |
| allison@southerncoalition.org | (210) 225-3300 (phone) |
| | (210) 225-2060 (fax) |
| Robert S. Notzon (D.C. Bar No. TX0020 ) | lrvlaw@sbcglobal.net |
| Law Office of Robert S. Notzon | |
| 1507 Nueces Street | |
| Austin, Texas 78701 | |
| (512)-474-7563 (phone) | |
| (512)-474-9489 (fax) | |
| Robert@NotzonLaw.com | |

| FOR INTERVENOR MEXICAN AMERICAN LEGILATIVE CAUCUS | FOR INTERVENOR TEXAS LEGISLATIVE BLACK CAUCUS |
|---|---|

/s/ Mark A. Posner
Jon Greenbaum (D.C. Bar No. 489887)
Mark A. Posner (D.C. Bar No. 457833)
Lawyers' Committee For Civil Rights Under Law
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005
(202) 662-8389 (phone)
(202) 628-2858 (fax)
Washington, D.C. 20006
mposner@lawyerscommittee.org

Jose Garza (*pro hac vice*)
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 98209 (210) 392-2856
garzapalm@aol.com

Joaquin G. Avila
P.O. Box 33687
Seattle, Washington 98133
Texas State Bar # 01456150
(206) 724-3731
jgavotingrights@gmail.com

/s/ John K. Tanner
John K. Tanner (DC Bar No. 318873)
3743 Military Road, NW
Washington, DC 20015
(202) 503-7696
john.k.tanner@gmail.com

FOR INTERVENOR TEXAS LATINO REDISTRICTING TASK FORCE

/s/ Nina Perales
Nina Perales (D.C. Bar No. TX0040)
Marisa Bono (*pro hac vice*)
Rebecca M. Couto (*pro hac vice*)
Mexican American Legal Defense & Educational Fund
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org,
mbono@maldef.org
rcouto@maldef.org

Karen M. Soares (D.C. Bar No. 503295)
Jorge M. Castillo (*pro hac vice*)
Fried, Frank, Harris, Shriver &Jacobson LLP
801 17th Street, NW
Washington, DC 20006

## CERTIFICATE OF SERVICE

I certify that on September 10, 2012, a copy of this Motion was served via the CM/ECF system to all counsel of record, including:

T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
Attorneys
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

*Counsel for Defendants*
  *United States of America*

J. REED CLAY, JR.
MATTHEW FREDERICK
Office of the Attorney General
209 West 14th Street, 8th Floor
Austin, Texas 78701

*Counsel for Plaintiff*

/s/ J. Gerald Hebert
J. Gerald Hebert