IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Case No. 1:11-CV-01303 |
| and ERIC H. HOLDER, JR. in his ) | (RMC-TBG-BAH) |
| official capacity as Attorney General ) | [Three-Judge Court] |
| of the United States, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| WENDY DAVIS, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO THE DEFENDANT-INTERVENORS' MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**

The State of Texas files this unopposed motion to extend the deadline for responding to the Defendant-Intervenors' Motion for Leave to File Amended Answer and Counterclaim.

On July 3, 2013, the Texas State Conference of Branches of the NAACP, *et al.*, Wendy Davis, *et al.*, LULAC, the Texas Legislative Black Caucus, and Greg Gonzalez, *et al.*, filed a motion for leave to amend their answers in this action and to assert a counterclaim against the State of Texas. *See* Defendant-Intervenors' Motion for Leave to File Amended Answer and Counterclaim (Doc. 241). The deadline for the State of Texas to respond is July 17, 2013.

1

The State of Texas respectfully requests a five-day extension, making the new deadline July 22, 2013.  Given the novel issues raised in the Defendant-Intervenors' motion, including the assertion of a counterclaim based upon Section 3(c) in a preclearance case following the Supreme Court's ruling in *Shelby County, Alabama v. Holder*, No. 12-96, 2013 WL 3184629 (U.S. June 25, 2013), *reversing* 679 F.3d 848 (D.C. Cir. 2012), the State of Texas seeks additional time to further evaluate the Defendant-Intervenors' arguments and prepare a response.  An extension is further warranted here because counsel for the State of Texas is preparing a brief regarding Section 3(c) and its possible impact on *Perez, et al. v. Perry, et al.*, Civ. Action No. 5:11-cv-00360 (W.D. Tex.).  This brief is due on July 22, 2013.  Because the issues addressed in that brief will inform this Court's consideration of the Defendant-Intervenors' motion for leave to file a counterclaim under Section 3(c), the State of Texas requests a five-day extension of time so it can file both briefs simultaneously.

Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for good cause shown.  FED. R. CIV. P. 6(b)(1)(A).  The State of Texas submits this motion not for delay, but for the good cause shown.  The extension will not cause any undue prejudice to the other parties in this case.  The State of Texas conferred with the United States and Defendant-Intervenors before filing this motion and they are unopposed.

The State of Texas therefore respectfully requests an order extending the time to respond to the Defendant-Intervenors' motion until July 22, 2013.

Dated: July 12, 2013                    Respectfully submitted.

                                                         GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

ANGELA V. COLMENERO
Assistant Attorney General

MATTHEW H. FREDERICK
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548, Capitol Station
209 W. 14th Street
Austin, Texas  78701
(512) 936-1342 / (512) 936-0545 (fax)

*Attorneys for the State of Texas*

3

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on July 12, 2013, counsel for the State of Texas conferred with the United States and Defendant-Intervenors regarding its request to extend the time to respond to the Defendant-Intervenors' motion. Counsel for the United States and Defendant-Intervenors do not oppose this motion.

                                            /s/ Angela V. Colmenero
                                            ANGELA V. COLMENERO

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's electronic notification system to the following parties on July 12, 2013:

Daniel J. Freeman
U.S. DEPARTMENT OF JUSTICE
Voting Section, Civil Rights Division
950 Pennsylvania Avenue, NW
NWB Room 7203
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov

J. Gerald Hebert
191 Somerville Street, #405
Alexandria, VA 22304
(703) 628-4673 Fax: (202) 736-2222
Email: jghebert@comcast.net

Paul M. Smith
Michael B. DeSanctis
Jessica Ring Amunson
Caroline D. Lopez
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Washington, D.C. 20001

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW Suite 400
Washington, DC 20005
(202) 307-1388
Email: mposner@lawyerscommittee.org

John M. Devaney
Marc Erik Elias
PERKINS COIE
700 13th Street, NW Suite 600
Washington, DC 20005-3960
(202) 628-6600 Fax: (202) 654-9124
Email: jdevaney@perkinscoie.com
Email: melias@perkinscoie.com

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND, INC.
110 Broadway Suite 300
San Antonio, TX 78205
(210) 224-5476 Fax: 210-224-5382
Email: nperales@maldef.org

Robert Stephen Notzon
1507 Nueces Street
Austin, TX 78701-1501
(512) 474-7563 Fax: (512) 474-9489
Email: robert@notzonlaw.com

Ray Velarde
1216 Montana Avenue
El Paso, TX 79902
(915) 532-6003
Email: velardelaw2005@yahoo.com

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Attorney for the State of Texas*