IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, and ERIC H. HOLDER, JR. in his official capacity as Attorney General of the United States, | ) Case No. 1:11-CV-01303 (RMC-TBG-BAH) [Three-Judge Court] |
| Defendants, | ) |
| WENDY DAVIS, *et al.*, | ) |
| Defendant-Intervenors. | ) |

## **ORDER**

The Court has before it the State of Texas's Unopposed Motion to Extend Time to File a Response to the Defendant-Intervenors' Motion for Leave to File Amended Answer and Counterclaim. Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Texas shall have until July 22, 2013 to file its response the Defendant-Intervenors' Motion for Leave to File Amended Answer and Counterclaim.

_____
Presiding Judge