IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>        Defendant,<br><br>WENDY DAVIS *et al.*<br><br>        Defendant-Intervenors,<br><br>MEXICAN AMERICAN LEGISLATIVE CAUCUS,<br><br>        Defendant-Intervenor,<br><br>GREG GONZALES *et al.*<br><br>        Defendant-Intervenors,<br><br>TEXAS LEGISLATIVE BLACK CAUCUS,<br><br>        Defendant-Intervenor,<br><br>TEXAS LATINO REDISTRICTING TASK FORCE,<br><br>        Defendant-Intervenor,<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES *et al.*<br><br>        Defendant-Intervenors,<br><br>LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>        Defendant-Intervenor. | Civil Action No. 1:11-cv-01303 (RMC-TBG-BAH) |

## GONZALES INTERVENORS' MOTION
## FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND EXPERT FEES

Greg Gonzales, Lisa Aguilar, Daniel Lucio, Victor Garza, Blanca Garcia, Josephine Martinez, Katrina Torres, and Nina Jo Baker (the "Gonzales Intervenors") move for attorneys' fees, litigation expenses, and expert fees pursuant to 42 U.S.C. § 1973l(e).  The accompanying Memorandum in Support of Motion for Attorneys' Fees, Litigation Expenses, and Expert Fees demonstrates that the Gonzales Intervenors are prevailing parties entitled to the relief they seek. The Gonzales Intervenors therefore respectfully request that the Court grant this Motion and award the Gonzales Intervenors their fees and expenses.

Counsel for Gonzales Intervenors has complied with Local Rule 7(m) by discussing this motion with opposing counsel in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. Counsel for Gonzales Intervenors and Plaintiff discussed this motion on December 17, 2013, and Plaintiff confirmed that it opposes this motion.

RESPECTFULLY SUBMITTED: December 17, 2013

/s/ John M. Devaney_____
John M. Devaney
Marc Erik Elias
Kevin J. Hamilton
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3960
(202) 654-6200 (phone)
(202) 654-6211 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By: s/ John M. Devaney_____
           John M. Devaney, Bar No. 375465
           JDevaney@perkinscoie.com
           700 Thirteenth Street, N.W., Suite 600
           Washington, D.C. 20005-3960
           Telephone: 202.654.6200
           Facsimile: 202.654-6211