UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STATE OF TEXAS,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **UNITED STATES OF AMERICA,** and **ERIC H. HOLDER, JR.,** in his official capacity as Attorney General of the United States, | ) Civil Action No. 11-1303 (RMC) |
| Defendants, and | ) |
| **WENDY DAVIS,** *et al.*, | ) |
| Defendant-Intervenors. | ) |

## ORDER

For the reasons set forth in the Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Motion for Fees, Expenses, and Costs of Defendant-Intervenors Wendy Davis, *et al.*, Dkt. 256, the Motion for Fees and Expenses of Defendant-Intervenors Greg Gonzales, *et al.*, Dkt. 257, and the Motion for Fees, Expenses, and Costs of Defendant-Intervenors Texas State Conference of NAACP Branches, *et al.*, Dkt. 258, are **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff must remit $466,680.36 to Defendant-Intervenors Wendy Davis for fees and costs, $597,715.60 to Defendant-Intervenors Greg Gonzales for fees and costs, and $32,374.05 to Defendant-Intervenors Texas State Conference of NAACP Branches for fees and costs; and it is

**FURTHER ORDERED** that all disbursements shall occur no later than <u>July 2, 2014</u>; and it is

**FURTHER ORDERED** this is a final appealable order.  *See* Fed. R. App. P. 4(a).

Date: June 18, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge