# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff,*<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>Attorney General of the United States, and<br>UNITED STATES,<br><br>*Defendants,* and<br><br>WENDY DAVIS, *et al.*,<br><br>*Intervenor-Defendants*, and<br><br>LULAC, et al.,<br><br>*Movants.* | Case No. 1:11-cv-01303<br>RMC-TBG-BAH |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM A JUDGMENT OF A DISTRICT COURT

Notice is hereby given that the State of Texas appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order entered in this case on June 18, 2014.

Dated:  June 23, 2014

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

  /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General


209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 936-1695

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I certify that on this day, June 23, 2014, a copy of this notice of appeal was served via the CM/ECF system to Defendant's and Intervenor-Defendants' counsel.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for the State of Texas*