3JUD−PANEL,APPEAL,CLOSED,TYPE−N

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:11−cv−01303−RMC−TBG−BAH

| | |
|---|---|
| STATE OF TEXAS v. UNITED STATES OF AMERICA et al | Date Filed: 07/19/2011 |
| Panel: Judge Rosemary M. Collyer | Date Terminated: 08/29/2012 |
|     Circuit Judge Thomas B. Griffith | Jury Demand: None |
|     Judge Beryl A. Howell | Nature of Suit: 441 Voting |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Angela Veronica Colmenero** |
| | | OFFICE OF THE ATTORNEY GENERAL |
| | | 209 W. 14th Street |
| | | 8th Floor |
| | | Austin, TX 78701 |
| | | (512) 463−9917 |
| | | Email: angela.colmenero@oag.state.tx.us |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **David John Schenck** |
| | | OFFICE OF THE ATTORNEY GENERAL |
| | | 209 West 14th Street |
| | | 8th Floor |
| | | Austin, TX 78701 |
| | | (512) 936−1342 |
| | | Fax: (214) 969−5100 |
| | | Email: david.schenck@oag.state.tx.us |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jonathan F. Mitchell** |
| | | OFFICE OF THE ATTORNEY GENERAL |
| | | OF TEXAS |
| | | 209 West 14th Street |
| | | 7th Floor (MC−059) |
| | | Austin, TX 78701 |
| | | (512) 936−1695 |
| | | Email: jonathan.mitchell@texasattorneygeneral.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Matthew Hamilton Frederick** |
| | | OFFICE OF THE ATTORNEY GENERAL |
| | | 209 W 14th Street |
| | | 8th Floor |
| | | Austin, TX 78701 |
| | | (512) 475−4330 |

1

Email: matthew.frederick@oag.state.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam K Mortara**
BARTLIT BECK HERMAN
PALENCHAR &SCOTT LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60654
(312) 494−4469
Fax: (312) 494−4440
Email: adam.mortara@bartlit−beck.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley C Keller**
BARTLIT BECK HERMAN
PALENCHAR &SCOTT LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60654
(312) 494−4400
Fax: (312)494−4440
Email: ashley.keller@bartlit−beck.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M Hughes**
BARTLIT BECK HERMAN
PALENCHAR &SCOTT LLP
1899 Wynkoop Street
8th Floor
Denver, CO 80202
(303) 592−3113
Email: john.hughes@bartlit−beck.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**          represented by   **Bryan L. Sells**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room RWB 7264
Washington, DC 20530
(202) 353−0792
Email: bryan.sells@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel J. Freeman**
U.S. DEPARTMENT OF JUSTICE
Voting Section, Civil Rights Division
950 Pennsylvania Avenue, NW
NWB Room 7203
Washington, DC 20530
(202) 305−4355
Email: daniel.freeman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Janie Allison Sitton**
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
Room NWB 7266
Washington, DC 20530
(202) 305−4143
Fax: (202) 307−3961
Email: jaye.sitton@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michelle Andrea McLeod**
DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253−3931
Fax: (202) 307−3961
Email: michelle.mcleod@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Olimpia E. Michel**
U.S. DEPARTMENT OF JUSTICE
Voting Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305−0056
Email: olimpia.michel@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thornton Russell Nobile**
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202−307−1190
Email: t.russell.nobile@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ERIC H. HOLDER, JR.**
*in his official capacity as Attorney*

represented by **Bryan L. Sells**
(See above for address)

*General of the United States*                                        *ATTORNEY TO BE NOTICED*

**Daniel J. Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janie Allison Sitton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Andrea McLeod**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpia E. Michel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thornton Russell Nobile**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**WENDY DAVIS**                    represented by   **John M. Devaney**
*Senator*                                          PERKINS COIE LLP
                                                   700 13th Street, NW
                                                   Suite 600
                                                   Washington, DC 20005
                                                   (202) 434−1624
                                                   Fax: (202) 654−9124
                                                   Email: jdevaney@perkinscoie.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joseph Gerald Hebert**
                                                   LAW OFFICES OF JOSEPH GERALD
                                                   HEBERT
                                                   191 Somervelle Street
                                                   Suite 405
                                                   Alexandria, VA 22304
                                                   (703) 628−4673
                                                   Fax: (202) 736−2222
                                                   Email: hebert@voterlaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Chad W. Dunn**
                                                   BRAZIL &DUNN
                                                   4201 FM 1960 West

Suite 530
Houston, TX 77068
(281) 580−6310
Email: chad@brazilanddunn.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**MARC VEASEY**                              represented by    **Joseph Gerald Hebert**
*Representative*                                                (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul March Smith**
                                                               JENNER &BLOCK LLP
                                                               1099 New York Avenue, NW
                                                               Suite 900
                                                               Washington, DC 20001
                                                               (202) 639−6060
                                                               Fax: (202) 639−6066
                                                               Email: psmith@jenner.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Chad W. Dunn**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**JOHN JENKINS**                             represented by    **Joseph Gerald Hebert**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul March Smith**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Chad W. Dunn**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**VICKI BARGAS**                             represented by    **Joseph Gerald Hebert**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul March Smith**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Chad W. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**ROMEO MUNOZ**                          represented by   **Joseph Gerald Hebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul March Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W. Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**MEXICAN AMERICAN**                     represented by   **Mark A. Posner**
**LEGISLATIVE CAUCUS, TEXAS**                            LAWYERS' COMMITTEE FOR CIVIL
**HOUSE OF REPRESENTATIVES**                             RIGHTS
*("MALC")*                                               1401 New York Avenue, NW
Suite 400
Washington, DC 20005
(202) 662−8389
Fax: (202) 783−0857
Email: mposner@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joaquin Avila**
LAW OFFICE OF JOAQUIN G. AVILA
P.O. Box 33687
Seattle, WA 98133
(206) 724−3731
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jose Garza**
LAW OFFICE OF JOSE GARZA
7414 Robin Rest Drive
San Antonio, TX 98209
(210) 392−2856
Email: garzpalm@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**GREG GONZALES**                    represented by   **John M. Devaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
PERKINS COIE, LLP
1201 Third Avenue
Seattle, WA 98101
(206) 359−8000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
PERKINS COIE, LLP
700 13th Street NW
Suite 700
Washington, DC 20005−2000
(202) 628−6600
Fax: (202) 434−1690
Email: melias@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Renea Hicks**
LAW OFFICES OF MAX RENEA HICKS
101 West Sixth Street
Suite 504
Austin, TX 78701
(512) 480−8231
Fax: (512) 480−9105
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**LISA AGUILAR**                    represented by   **John M. Devaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renea Hicks**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DANIEL LUCIO**                    represented by    **John M. Devaney**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin J. Hamilton**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Marc Erik Elias**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Renea Hicks**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**VICTOR GARZA**                    represented by    **John M. Devaney**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin J. Hamilton**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Marc Erik Elias**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Renea Hicks**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**BLANCA GARCIA**                   represented by    **John M. Devaney**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin J. Hamilton**
                                                      (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renea Hicks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **JOSEPHINE MARTINEZ** | represented by | **John M. Devaney** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renea Hicks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **KATRINA TORRES** | represented by | **John M. Devaney** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renea Hicks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NINA JO BAKER**                    represented by   **John M. Devaney**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin J. Hamilton**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Marc Erik Elias**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Renea Hicks**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**TEXAS LEGISLATIVE BLACK**          represented by   **John M. Devaney**
**CAUCUS**                                            (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John Kent Tanner**
                                                      3743 Military Road, NW
                                                      Washington, DC 20015
                                                      (202) 503−7696
                                                      Email: john.k.tanner@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**TEXAS LATINO REDISTRICTING**       represented by   **Nina Perales**
**TASK FORCE**                                        MEXICAN AMERICAN LEGAL
                                                      DEFENSE &EDUCATIONAL FUND,
                                                      INC.
                                                      110 Broadway
                                                      Suite 300
                                                      San Antonio, TX 78205
                                                      (210) 224−5476
                                                      Fax: 210−224−5382
                                                      Email: nperales@maldef.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jorge Martin Castillo**
                                                      FRIED, FRANK, HARRIS, SHRIVER

&JACOBSON LLP
One New York Plaza
24th Floor
New York, NY 10004
(212) 859−8439
Email: jorge.castillo@friedfrank.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen M. Soares**
FRIED, FRANK, HARRIS, SHRIVER
&JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639−7266
Fax: (202) 639−7003
Email: karen.soares@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Karolina J. Lyznik**
MEXICAN AMERICAN LEGAL
DEFENSE &EDUCATIONAL FUND
110 Broadway
Suite 300
San Antonio, TX 78205
(210) 224−5476
Email: klyznik@maldef.org
*TERMINATED: 11/08/2013*
*PRO HAC VICE*

**Marisa Bono**
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway
Suite 300
San Antonio, TX 78205
(210) 224−5476
Fax: (210) 224−5382
Email: mbono@maldef.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca McNeill Couto**
MEXICAN AMERICAN LEGAL
DEFENSE &EDUCATIONAL FUND
110 Broadway
Suite 300
San Antonio, TX 78205
(210) 224−5476
Fax: (210) 224−5382
Email: rcouto@maldef.org
*TERMINATED: 02/08/2013*

*PRO HAC VICE*

**Intervenor Defendant**

**TEXAS STATE CONFERENCE OF NAACP BRANCHES**     represented by     **John M. Devaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Stephen Notzon**
1507 Nueces Street
Austin, TX 78701−1501
(512) 474−7563
Fax: (512) 852−4788
Email: robert@notzonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
SOUTHERN COALITION FOR SOCIAL
JUSTICE
1415 West Highway 54
Suite 101
Durham, NC 27707
(919) 323−3380 x 117
Fax: (919) 323−3942
Email: allison@southerncoalition.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
LAW OFFICES OF GARY L. BLEDSOE
AND ASSOCIATES
316 West 12th Street
Suite 307
Austin, TX 78701
(512) 322−9992
Fax: (512) 322−0840
Email: garybledsoe@sbcglobal.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**JUANITA WALLACE**     represented by     **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**BILL LAWSON**
*Rev.*

represented by   **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**HOWARD JEFFERSON**

represented by   **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**ERICKA CAIN**

represented by   **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NELSON LINDER**                    represented by    **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**REGINALD LILLIE**                   represented by    **Robert Stephen Notzon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Jean Riggs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Bledsoe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**LEAGUE OF UNITED LATIN**             represented by    **John M. Devaney**
**AMERICAN CITIZENS**                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Gerald Hebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ray Velarde**
1216 Montana Avenue
El Paso, TX 79902
(915) 532−6003
Email: velardelaw2005@yahoo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis Roberto Vera , Jr.**
LAW OFFICES OF LUIS ROBERTO
VERA, JR. &ASSOCIATES
Riverview Towers Building
111 Soledad
Suite 1325
San Antonio, TX 78205−22660
(210) 225−3300
Email: lrvlaw@sbcglobal.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**TEXAS DEMOCRATIC PARTY**                represented by  **Chad W. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**BOYD RICHIE**                           represented by  **Chad W. Dunn**
*in his capacity as Chair of the Texas*                   (See above for address)
*Democratic Party*                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**MICHAEL IDROGO**                        represented by  **MICHAEL IDROGO**
317 West Rosewood Avenue
San Antonio, TX 78212
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/19/2011 | 1 | | COMPLAINT against ERIC H. HOLDER, JR, UNITED STATES OF AMERICA ( Filing fee $ 350, receipt number 4616040839) filed by STATE OF TEXAS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Civil Cover Sheet)(rdj) (Entered: 07/20/2011) |
| 07/19/2011 | | | SUMMONS (2) Issued as to ERIC H. HOLDER, JR, UNITED STATES OF AMERICA, U.S. Attorney and U.S. Attorney General (rdj) (Entered: 07/20/2011) |
| 07/20/2011 | 2 | | MOTION to Convene Three−Judge Court by STATE OF TEXAS (rdj) (Entered: 07/20/2011) |
| 07/20/2011 | 3 | | NOTICE *of Filing* by STATE OF TEXAS re 2 MOTION to Convene Three−Judge Court (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Schenck, David) (Entered: 07/20/2011) |

| 07/21/2011 | 4 | | ORDER granting 2 Motion to Convene Three−Judge Court. Signed by Judge Rosemary M. Collyer on July 21, 2011. (cdw) (Entered: 07/21/2011) |
|---|---|---|---|
| 07/21/2011 | 5 | | MOTION to Intervene as Defendants by WENDY DAVIS, MARC VEASEY, JOHN JENKINS, VICKI BARGAS, ROMEO MUNOZ (Attachments: # 1 Proposed Answer, # 2 Text of Proposed Order)(znmw, ) (Entered: 07/22/2011) |
| 07/27/2011 | 6 | | RESPONSE re 5 MOTION to Intervene filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Unpublished Orders)(Freeman, Daniel) (Entered: 07/27/2011) |
| 07/27/2011 | 7 | | USCA ORDER filed in USCA on 07/27/11 FOR DESIGNATION OF JUDGES TO SERVE ON THREE−JUDGE DISTRICT COURT: designating Circuit Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell to hear and determine this case. The U.S. Circuit Court Judge to preside over this case. (ds) (Entered: 07/27/2011) |
| 08/03/2011 | 8 | | Memorandum in opposition to re 5 MOTION to Intervene filed by STATE OF TEXAS. (Attachments: # 1 Text of Proposed Order)(Schenck, David) (Entered: 08/03/2011) |
| 08/08/2011 | 9 | | REPLY to opposition to motion re 5 MOTION to Intervene filed by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) (Entered: 08/08/2011) |
| 08/11/2011 | 10 | | MOTION to Expedite *and Statement of Points and Authorities in Support* by STATE OF TEXAS (Attachments: # 1 Text of Proposed Order)(Schenck, David) (Entered: 08/11/2011) |
| 08/16/2011 | 11 | | ORDER granting 5 Motion to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24(b)(1). Defendant−Intervenors shall file an Answer to the Complaint no later than August 24, 2011. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 8/16/2011.(lcrmc1) (Entered: 08/16/2011) |
| 08/16/2011 | | | Set/Reset Deadlines/Hearings: Defendant−Intervenors answer to complaint due by 8/24/2011. (cdw) (Entered: 08/17/2011) |
| 08/17/2011 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 8/17/2011. (cdw) (Entered: 08/17/2011) |
| 08/17/2011 | | | Set/Reset Deadlines/Hearings: Telephone Conference set for 9/21/2011 at 4:30 PM before Judge Rosemary M. Collyer. (cdw) (Entered: 08/17/2011) |
| 08/17/2011 | 12 | | *Defendant−Intervenors'* ANSWER to 1 Complaint, by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY.(Hebert, Joseph) (Entered: 08/17/2011) |
| 08/17/2011 | | | MINUTE ORDER: Pursuant to the telephone conference held on August 17, 2011, the United States shall file its Answer to the Complaint no later than 3:00 p.m. on September 19, 2011. The parties shall meet and confer on scheduling prior to the next telephone conference with the Court. Plaintiff shall file its Motion for Summary Judgment no later than September 14, 2011. A telephone status conference is scheduled for September 21, 2011, at 4:30 p.m. Signed by Judge Rosemary M. Collyer on 8/17/2011.(lcrmc1) |

| | | | |
|---|---|---|---|
| | | | (Entered: 08/17/2011) |
| 08/17/2011 | 13 | | MOTION to Intervene as a defendant by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: # 1 Memorandum in Support, # 2 Exhibit Answer, # 3 Exhibit 7.1 Certificate, # 4 Text of Proposed Order)(jf, ) (Entered: 08/18/2011) |
| 08/17/2011 | | | Set/Reset Deadlines/Hearings: USA's Answer to complaint due by 9/19/2011. Plaintiff's Summary Judgment motions due by 9/14/2011. Telephone Conference set for 9/21/2011 at 4:30 PM before Judge Rosemary M. Collyer. (cdw) (Entered: 08/18/2011) |
| 08/17/2011 | 14 | | MOTION to Intervene as Defendants by GREG GONZALES, LISA AGUILAR, DANIEL LUCIO, VICTOR GARZA, BLANCA GARCIA, JOSEPHINE MARTINEZ, KATRINA TORRES, NINA JO BAKER (Attachments: # 1 Memorandum in Support, # 2 Exhibit Answer, # 3 Text of Proposed Order)(jf, ) (Entered: 08/19/2011) |
| 08/21/2011 | 15 | | RESPONSE re 13 MOTION to Intervene filed by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, 14 MOTION to Intervene filed by JOSEPHINE MARTINEZ, BLANCA GARCIA, DANIEL LUCIO, KATRINA TORRES, GREG GONZALES, LISA AGUILAR, VICTOR GARZA by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) Modified event title on 8/22/2011 (znmw, ). (Entered: 08/21/2011) |
| 08/22/2011 | 16 | | MOTION to Intervene as a Defendant by TEXAS LEGISLATIVE BLACK CAUCUS (Attachments: # 1 Proposed Answer, # 2 Text of Proposed Order)(znmw, ) (Entered: 08/22/2011) |
| 08/22/2011 | 17 | | MOTION to Intervene as a Defendant by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Declaration − Karolina Lyznik, # 2 Exhibit A, # 3 Exhibit B − Proposed Answer, # 4 Corporate Disclosure Statement, # 5 Text of Proposed Order)(znmw, ) (Additional attachment(s) added on 8/23/2011: # 6 Memorandum in Support) (znmw, ). (Entered: 08/22/2011) |
| 08/23/2011 | 18 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kevin J. Hamilton, :Firm− Perkins Coie LLP, :Address− 1201 Third Avenue, Suite 4800, Seattle, WA 98101−3099. Phone No. − 206.359.8000. Fax No. − 206.359.9000 by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Declaration Declaration of Kevin Hamilton, # 2 Proposed Order Pro Hac Vice K. Hamilton)(Devaney, John) (Entered: 08/23/2011) |
| 08/23/2011 | 19 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Renea Hicks, :Firm− Law Offices of Max Renea Hicks, :Address− 101 West 6th Street, Suite 504, Austin, Texas, 78701. Phone No. − (512) 480−8231. Fax No. − (512) 480−9105 by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Declaration Declaration of Renea Hicks, # 2 Proposed Order Pro Hac Vice Renea Hicks)(Devaney, John) (Entered: 08/23/2011) |

| | | |
|---|---|---|
| 08/24/2011 | 20 | ERRATA *and Corrected Pages* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES 14 MOTION to Intervene filed by JOSEPHINE MARTINEZ, BLANCA GARCIA, DANIEL LUCIO, KATRINA TORRES, GREG GONZALES, LISA AGUILAR, NINA JO BAKER, VICTOR GARZA. (Attachments: # 1 Exhibit Exhibit 1: Corrected Pages)(Devaney, John) (Entered: 08/24/2011) |
| 08/24/2011 | 21 | RESPONSE re 17 MOTION to Intervene, 16 MOTION to Intervene, 13 MOTION to Intervene, 14 MOTION to Intervene filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 08/24/2011) |
| 08/26/2011 | 22 | Memorandum in opposition to re 17 MOTION to Intervene, 16 MOTION to Intervene, 13 MOTION to Intervene, 14 MOTION to Intervene filed by STATE OF TEXAS. (Schenck, David) (Entered: 08/26/2011) |
| 08/26/2011 | 23 | NOTICE of Appearance by John M. Devaney on behalf of LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Devaney, John) (Entered: 08/26/2011) |
| 08/31/2011 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Rebecca M. Couto, :Firm− MALDEF, :Address− 110 Broadway, Suite 300, San Antonio, Texas 78205. Phone No. − 210−224−5476. Fax No. − 210−224−5382 by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Declaration of Rebecca M. Couto in Support of Motion for Pro Hac Vice Appearance, # 2 Text of Proposed Order)(Perales, Nina) (Entered: 08/31/2011) |
| 08/31/2011 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Marisa Bono, :Firm− MALDEF, :Address− 110 Broadway, Suite 300, San Antonio, Texas 78205. Phone No. − 210−224−5476. Fax No. − 210−224−5382 by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Declaration of Marisa Bono in Support of Motion for Pro Hac Vice Appearance, # 2 Text of Proposed Order)(Perales, Nina) (Entered: 08/31/2011) |
| 09/02/2011 | 26 | REPLY to opposition to motion re 14 MOTION to Intervene filed by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 09/02/2011) |
| 09/05/2011 | 27 | REPLY to opposition to motion re 16 MOTION to Intervene, 13 MOTION to Intervene *Joint Reply by TLBC and MALC to Plaintiff;s Oppositionot Intervention* filed by TEXAS LEGISLATIVE BLACK CAUCUS. (Tanner, John) (Entered: 09/05/2011) |
| 09/06/2011 | 28 | MOTION to Intervene as Defendants by TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE, BILL LAWSON, HOWARD JEFFERSON, ERICKA CAIN, NELSON LINDER, REGINALD LILLIE (Attachments: # 1 Text of Proposed Order)(znmw, ) (Entered: 09/06/2011) |
| 09/06/2011 | 29 | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re 17 MOTION to Intervene *in Further Support* filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 09/06/2011) |
| 09/07/2011 | 30 | ERRATA *Correction* by TEXAS LATINO REDISTRICTING TASK FORCE 29 Reply to opposition to Motion filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 09/07/2011) |
| 09/07/2011 | 31 | ERRATA *Statement of Correction* by TEXAS LATINO REDISTRICTING TASK FORCE 29 Reply to opposition to Motion filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 09/07/2011) |
| 09/08/2011 | 32 | ORDER granting 13 14 16 17 28 Motions to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24(b)(1). All Defendant−Intervenors shall file Answers to the Complaint no later than September 15, 2011. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 9/8/2011. (lcrmc1) (Entered: 09/08/2011) |
| 09/08/2011 | 33 | ANSWER to 1 Complaint, by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES.(rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 34 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES identifying Corporate Parent NONE for MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES. (rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 35 | ANSWER to 1 Complaint, by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES.(rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 36 | ANSWER to 1 Complaint, by TEXAS LEGISLATIVE BLACK CAUCUS.(rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 37 | ANSWER to 1 Complaint, by TEXAS LATINO REDISTRICTING TASK FORCE.(rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 38 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by TEXAS LATINO REDISTRICTING TASK FORCE identifying Corporate Parent NONE for TEXAS LATINO REDISTRICTING TASK FORCE. (rdj) (Entered: 09/08/2011) |
| 09/08/2011 | 39 | ANSWER to 1 Complaint, by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE.(rdj) (Entered: 09/08/2011) |
| 09/09/2011 | | MINUTE ORDER granting 18 19 24 25 Motions for Leave to Appear Pro Hac Vice. Attorneys Kevin J. Hamilton, Renea Hicks, Rebecca M. Couto and Marisa Bono are now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 9/9/11. (lcrmc1) (Entered: 09/09/2011) |
| 09/12/2011 | 40 | |

| | | |
|---|---|---|
| | | MOTION to Intervene as a Defendant by LEAGUE OF UNITED LATIN AMERICAN CITIZENS (Attachments: #1 Memorandum in Support, #2 Certificate of Service, #3 Text of Proposed Order, #4 Proposed Answer, #5 Corporate Disclosure Statement)(znmw, ) (Entered: 09/12/2011) |
| 09/14/2011 | 41 | MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* by STATE OF TEXAS (Attachments: #1 Text of Proposed Order, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Exhibit 12, #14 Exhibit 13, #15 Exhibit 14, #16 Exhibit 15, #17 Exhibit 16, #18 Exhibit 17, #19 Exhibit 18, #20 Exhibit 19, #21 Exhibit 20, #22 Exhibit 21, #23 Exhibit 22, #24 Exhibit 23, #25 Exhibit 24, #26 Exhibit 25, #27 Exhibit 26, #28 Exhibit 27, #29 Exhibit 28, #30 Exhibit 29, #31 Exhibit 30a, #32 Exhibit 30b, #33 Exhibit 31a, #34 Exhibit 31b, #35 Exhibit 32a, #36 Exhibit 32b, #37 Exhibit 33a, #38 Exhibit 33b, #39 Exhibit 34a, #40 Exhibit 34b, #41 Exhibit 34c, #42 Exhibit 34d, #43 Exhibit 35, #44 Exhibit 36)(Schenck, David) (Entered: 09/14/2011) |
| 09/15/2011 | 42 | ANSWER to 1 Complaint by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES.(Devaney, John) (Entered: 09/15/2011) |
| 09/19/2011 | 43 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jose Garza, :Firm− Law Office of Jose Garza, :Address− 7414 Robin Rest Drive, San Antonio, TX 98209. Phone No. − 210.392.2856. by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: #1 Declaration Declaration of Jose Garza, #2 Text of Proposed Order)(Posner, Mark) (Entered: 09/19/2011) |
| 09/19/2011 | 44 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Joaquin Avila, :Firm− Law Office of Joaquin Avila, :Address− P.O. Box 33687, Seattle, Washington 98133. Phone No. − 206.724.3731. by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: #1 Declaration Joaquin Avila, #2 Text of Proposed Order)(Posner, Mark) (Entered: 09/19/2011) |
| 09/19/2011 | 45 | ANSWER to 1 Complaint, by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA.(Freeman, Daniel) (Entered: 09/19/2011) |
| 09/19/2011 | 46 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Allison Riggs, :Firm− Southern Coalition for Social Justice, :Address− 1415 West Highway 54, Suite 101, Durham, NC 27707. Phone No. − 919−323−3380. Fax No. − 919−323−3942 by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: #1 Declaration, #2 Text of Proposed Order)(Notzon, Robert) (Entered: 09/19/2011) |
| 09/19/2011 | 47 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Gary L. Bledsoe, :Firm− Law Offices of Gary L. Bledsoe and Associates, :Address− 316 West 12th Street, Suite 307 Austin, Texas 78701. Phone No. − 5123229992. Fax No. − 5213220840 by ERICKA CAIN, HOWARD |

| | | |
|---|---|---|
| | | JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Notzon, Robert) (Entered: 09/19/2011) |
| 09/19/2011 | 48 | MOTION to Intervene by TEXAS DEMOCRATIC PARTY, BOYD RICHIE (Attachments: # 1 Text of Proposed Order)(jf, ) (Entered: 09/20/2011) |
| 09/21/2011 | 49 | RESPONSE re 40 MOTION to Intervene, 48 MOTION to Intervene filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 09/21/2011) |
| 09/21/2011 | 50 | Notice re 48 MOTION to Intervene *(Amending Certificate of Conference)* by BOYD RICHIE, TEXAS DEMOCRATIC PARTY (Dunn, Chad) Modified on 9/22/2011 to correct event(rdj). (Entered: 09/21/2011) |
| 09/21/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 9/21/2011. (Court Reporter: Bowles Reporting Services) (cdw) (Entered: 09/23/2011) |
| 09/22/2011 | | MINUTE ORDER. The Court ENTERS DECLARATORY JUDGMENT in favor of the State of Texas with respect to the Texas State Board of Education electoral redistricting plan and finds that such plan has neither the purpose nor the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group within the meaning of Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. The Court further ORDERS that the electoral redistricting plan for the Texas State Board of Education may be implemented immediately. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 9/22/2011. (lcrmc1) (Entered: 09/22/2011) |
| 09/22/2011 | | MINUTE ORDER granting 43 44 46 47 Motions for Leave to Appear Pro Hac Vice. Attorneys Jose Garza, Joaquin Avila, Allison J. Riggs, and Gary L. Bledsoe are now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 9/22/2011. (lcrmc1) (Entered: 09/22/2011) |
| 09/22/2011 | 51 | SCHEDULING ORDER. Parties shall file a list of districts in Texas that are the subject of dispute in this litigation and notice to the Court of the identity of Defendant−Intervenors' administrative representative no later than 5 p.m. on September 23, 2011. All discovery shall be completed no later than October 25, 2011. Defendants' oppositions to Plaintiff's Motion for Summary Judgment shall be filed no later than October 25, 2011; replies shall be filed no later than October 31, 2011. See attached Order for further details. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 9/22/2011. (lcrmc1) (Entered: 09/22/2011) |
| 09/22/2011 | | Set/Reset Deadlines/Hearings: List due by 5:00 PM on 9/23/2011. Plaintiff's Rule 26(a)(2) due by 10/3/2011. Defendant's Rule 26(a)(2) due by 10/8/2011. Discovery closes 10/25/2011. Response to Motion for Summary Judgment due by 10/25/2011. Reply to Motion for Summary Judgment due by 10/31/2011. (cdw) (Entered: 09/23/2011) |
| 09/23/2011 | 52 | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Davis−Veasey Intervenors' Statement of Position Regarding Senate Districts* by VICKI BARGAS, WENDY DAVIS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 09/23/2011) |
| 09/23/2011 | | | MINUTE ORDER scheduling oral argument on 41 Plaintiff's Motion for Summary Judgment for November 2, 2011 at 9:30 a.m. in Courtroom 8. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 9/23/2011. (lcrmc1) (Entered: 09/23/2011) |
| 09/23/2011 | 53 | | Civil Statement *and Identification of Issues*. (Freeman, Daniel) (Entered: 09/23/2011) |
| 09/23/2011 | 54 | | NOTICE *of Administrator Designation* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 09/23/2011) |
| 09/23/2011 | | | Set/Reset Deadlines/Hearings: Motion Hearing set for 11/2/2011 at 9:30 AM in Courtroom 8, Prettyman Building, 2nd Floor, before Judge Rosemary M. Collyer. (cdw) (Entered: 09/26/2011) |
| 09/29/2011 | 55 | | ORDER granting 40 Motion to Intervene as Defendant by the League of United Latin American Citizens ("LULAC") pursuant to Federal Rule of Civil Procedure 24(b)(1). LULAC shall file an Answer to the Complaint no later than October 6, 2011. See attached Order for further details. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 9/29/2011. (lcrmc1) (Entered: 09/29/2011) |
| 09/29/2011 | | | Set/Reset Hearings: Telephone Conference set for 9/30/2011 at 10:30 AM before Judge Rosemary M. Collyer. (cdw) (Entered: 09/29/2011) |
| 09/29/2011 | | | Set/Reset Deadlines/Hearings: LULAC's answer to complaint due by 10/6/2011. (cdw) (Entered: 09/29/2011) |
| 09/30/2011 | | | MINUTE ORDER. Pursuant to the telephone status conference held in open court on 9/30/2011, the United States shall file, no later than 5 p.m. E.S.T. on October 3, 2011, a list of elections on which it has based its conclusions in the Identification of Issues 53 that Texas's electoral redistricting plans will have a retrogressive effect on the ability of minority voters to elect their candidates of choice. It is FURTHER ORDERED that those Defendant−Intervenors who agree with the United States' analysis regarding Texas's noncompliance with Section 5 of the Voting Rights Act, 42 U.S.C. 1973c, shall file a notice of joinder in the United States' opposition and shall not provide separate briefing on those issues. Signed by Judge Rosemary M. Collyer on 9/30/2011. (lcrmc1) (Entered: 09/30/2011) |
| 09/30/2011 | 56 | | WITHDRAWN PURSUANT TO NOTICE FILED 10/3/11.....MOTION for Trial by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Text of Proposed Order)(Devaney, John) Modified on 10/3/2011 (rdj). (Entered: 09/30/2011) |
| 09/30/2011 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 9/30/2011. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 10/03/2011) |
| 10/03/2011 | 57 | | |

| | | |
|---|---|---|
| | | WITHDRAWAL of Motion by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 10/03/2011) |
| 10/03/2011 | 58 | NOTICE *of Elections Considered* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 Ex. 12)(Freeman, Daniel) (Entered: 10/03/2011) |
| 10/03/2011 | 59 | Memorandum in opposition to re 48 MOTION to Intervene filed by STATE OF TEXAS. (Schenck, David) (Entered: 10/03/2011) |
| 10/03/2011 | 60 | NOTICE *Identification of Expert Witness* by STATE OF TEXAS (Attachments: # 1 Exhibit Alford CV)(Schenck, David) (Entered: 10/03/2011) |
| 10/06/2011 | 61 | NOTICE *of Designation of Expert Witness* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Exhibit)(Hebert, Joseph) (Entered: 10/06/2011) |
| 10/07/2011 | 62 | NOTICE *of Identification of Expert Witness* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Exhibit)(Devaney, John) (Entered: 10/07/2011) |
| 10/07/2011 | 63 | NOTICE *of Expert Designation* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: # 1 Exhibit Kousser CV)(Posner, Mark) (Entered: 10/07/2011) |
| 10/07/2011 | 64 | NOTICE *of Designation of Expert Witnesses* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Exhibit Handley CV, # 2 Exhibit Arrington CV)(Freeman, Daniel) (Entered: 10/07/2011) |
| 10/07/2011 | 65 | ORDER denying without prejudice the 48 Motion to Intervene by the Texas Democratic Party and Boyd Richie. See attached Order for further details. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 10/7/2011. (lcrmc1) (Entered: 10/07/2011) |
| 10/08/2011 | 66 | NOTICE *of Designation of Expert Witnesses* by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: # 1 Exhibit Exhibit A Saenz CV, # 2 Exhibit Exhibit B Korbel CV, # 3 Exhibit Exhibit C Murray CV)(Riggs, Allison) (Entered: 10/08/2011) |
| 10/08/2011 | 67 | NOTICE *of Identification of Expert Witnesses* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit Engstrom CV, # 2 Exhibit Flores CV, # 3 Exhibit Chapa CV, # 4 Exhibit Chapa Report, # 5 Exhibit Chapa Trial Testimony, # 6 Exhibit Gonzalez Baker CV, # 7 Exhibit Gonzalez Baker Report, # 8 Exhibit Tijerina CV, # 9 Exhibit Tijerina Expert Report, # 10 Exhibit Tijerina Trial Testimony)(Perales, Nina) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/08/2011) |
| 10/12/2011 | 68 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jorge M. Castillo, :Firm− Fried, Frank, Harris, Shriver &Jacobson LLP, :Address− One New York Plaza, New York, New York 10004. Phone No. − 212−859−8000. Fax No. − 212−859−4000 by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Declaration of Jorge M. Castillo, # 2 Text of Proposed Order)(Perales, Nina) (Entered: 10/12/2011) |
| 10/12/2011 | 70 | | NOTICE of Appearance by Karen M. Soares on behalf of TEXAS LATINO REDISTRICTING TASK FORCE (znmw, ) (Entered: 10/13/2011) |
| 10/12/2011 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 10/12/2011. (cdw) (Entered: 10/13/2011) |
| 10/13/2011 | 69 | | ERRATA − *Declaration of Jorge M. Castillo* by TEXAS LATINO REDISTRICTING TASK FORCE 68 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jorge M. Castillo, :Firm− Fried, Frank, Harris, Shriver &Jacobson LLP, :Address− One New York Plaza, New York, New York 10004. Phone No. − 212−859−8000. Fax No. − 212−859−4000 filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 10/13/2011) |
| 10/13/2011 | | | MINUTE ORDER granting 68 Motion for Leave to Appear Pro Hac Vice. Attorney Jorge M. Castillo is now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 10/13/2011. (lcrmc1) (Entered: 10/13/2011) |
| 10/13/2011 | 71 | | TRANSCRIPT OF PROCEEDINGS before Judge Rosemary M. Collyer. Telephonic Conference held on 9/21/2011; Page Numbers: 1−60. Date of Issuance:10/14/2011. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464−1083, <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. <br><br> Redaction Request due 11/3/2011. Redacted Transcript Deadline set for 11/13/2011. Release of Transcript Restriction set for 1/11/2012.(znmw, ) (Entered: 10/14/2011) |
| 10/14/2011 | 72 | | NOTICE *of Filing of Expert Report of John Alford, Ph.D.* by STATE OF TEXAS re 60 Notice (Other) (Attachments: # 1 Declaration Expert Report |

| | | | |
|---|---|---|---|
| | | | of John Alford, Ph.D.)(Schenck, David) (Entered: 10/14/2011) |
| 10/24/2011 | | | MINUTE ORDER directing the Defendants to submit three courtesy copies of their oppositions to Plaintiff's motion for summary judgment no later than 3:00 p.m. on October 26, 2011. Each copy should be in a three−ring binder with tabbed exhibits. This Order does not apply to any notices of joinder in the United States' opposition. The filing date for all oppositions remains October 25, 2011. Signed by Judge Rosemary M. Collyer on 10/24/2011.(lcrmc1) (Entered: 10/24/2011) |
| 10/24/2011 | | | Set/Reset Deadlines/Hearings: Response to Motion for Summary Judgment due by 10/25/2011. PLEASE MAKE NOTE OF THIS DEADLINE. (cdw) Modified on 10/24/2011 cdw). Modified on 10/24/2011 (cdw). (Entered: 10/24/2011) |
| 10/25/2011 | 73 | | NOTICE of Appearance by Thornton Russell Nobile on behalf of UNITED STATES OF AMERICA (Nobile, Thornton) (Entered: 10/25/2011) |
| 10/25/2011 | 74 | | Memorandum in opposition to re 41 MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support Jointly* filed by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, ROMEO MUNOZ, TEXAS LATINO REDISTRICTING TASK FORCE, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE. (Posner, Mark) (Entered: 10/25/2011) |
| 10/25/2011 | 75 | | Memorandum in opposition to re 41 MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support Second Memorandum Jointly* filed by LEAGUE OF UNITED LATIN AMERICAN CITIZENS, MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES. (Attachments: # 1 Declaration Dr. J. Morgan Kousser, # 2 Exhibit Kousser CV)(Posner, Mark) (Entered: 10/25/2011) |
| 10/25/2011 | 76 | | Memorandum in opposition to re 41 MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Attachments: # 1 Memorandum in Support oints and Authorities, # 2 Statement of Facts Material Facts in Dispute, # 3 Text of Proposed Order, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21A, # 25 Exhibit 21B, # 26 Exhibit 21C, # 27 Exhibit 22A, # 28 Exhibit 22B, # 29 Exhibit 22C, # 30 Exhibit 23, # 31 Exhibit 24, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 28, # 36 Exhibit 29, # 37 Exhibit 30, # 38 Exhibit 31)(Hebert, Joseph) (Entered: 10/25/2011) |

| | | | |
|---|---|---|---|
| 10/25/2011 | <u>77</u> | | Memorandum in opposition to re <u>41</u> MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Declaration, # <u>3</u> Exhibit Exhibits 1−19, # <u>4</u> Exhibit Exhibits 20−30)(Devaney, John) (Entered: 10/25/2011) |
| 10/25/2011 | <u>78</u> | | Memorandum in opposition to re <u>41</u> MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Attachments: # <u>1</u> Statement of Material Facts Still in Dispute)(Perales, Nina) (Entered: 10/25/2011) |
| 10/25/2011 | <u>79</u> | | Memorandum in opposition to re <u>41</u> MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Statement of Facts, # <u>2</u> Memorandum in Support, # <u>3</u> Exhibit Benchmark and Proposed Maps, # <u>4</u> Exhibit TLC Guidance, # <u>5</u> Exhibit Giberson Depo, # <u>6</u> Exhibit Handley House Report, # <u>7</u> Exhibit Downton Depo, # <u>8</u> Exhibit Alford Report, # <u>9</u> Exhibit Arrington Report, # <u>10</u> Exhibit Perez Tr Transcript, # <u>11</u> Exhibit V Gonzales Decl, # <u>12</u> Exhibit Longoria Decl, # <u>13</u> Exhibit Martinez Fischer Decl, # <u>14</u> Exhibit Hochberg Decl, # <u>15</u> Exhibit Winkler Decl, # <u>16</u> Exhibit Handley Cong Report, # <u>17</u> Exhibit Ruiz Mendelsohn Decl, # <u>18</u> Exhibit Rodriguez Decl, # <u>19</u> Exhibit RPV Analysis C23, # <u>20</u> Exhibit Solomons Depo, # <u>21</u> Exhibit Interiano Depo, # <u>22</u> Exhibit Pena Depo, # <u>23</u> Exhibit Farias Decl, # <u>24</u> Exhibit Garza Depo, # <u>25</u> Exhibit Floor Debate, # <u>26</u> Exhibit Coleman Decl, # <u>27</u> Exhibit Cantu Decl, # <u>28</u> Exhibit Hernandez Decl, # <u>29</u> Exhibit Rosas Decl, # <u>30</u> Exhibit Veasy Decl, # <u>31</u> Exhibit Martinez Fischer Depo, # <u>32</u> Exhibit Veasy Depo, # <u>33</u> Text of Proposed Order)(Freeman, Daniel) (Entered: 10/26/2011) |
| 10/25/2011 | <u>80</u> | | Memorandum in opposition to re <u>41</u> MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by TEXAS LEGISLATIVE BLACK CAUCUS. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit, # <u>7</u> Exhibit, # <u>8</u> Exhibit, # <u>9</u> Exhibit, # <u>10</u> Exhibit, # <u>11</u> Exhibit, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> Exhibit, # <u>15</u> Exhibit, # <u>16</u> Exhibit, # <u>17</u> Exhibit, # <u>18</u> Exhibit)(Tanner, John) (Entered: 10/26/2011) |
| 10/25/2011 | <u>83</u> | | LARGE ADDITIONAL ATTACHMENT(S) by TEXAS LATINO REDISTRICTING TASK FORCE <u>78</u> Memorandum in Opposition, filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 29, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit |

| | | |
|---|---|---|
| | | 42, #_43_ Exhibit 43, #_44_ Exhibit 44, #_45_ Exhibit 45, #_46_ Exhibit 45.1, #_47_ Exhibit 45.2, #_48_ Exhibit 45.3, #_49_ Exhibit 45.4, #_50_ Exhibit 45.5, #_51_ Exhibit 45.6, #_52_ Exhibit 45.7, #_53_ Exhibit 45.8, #_54_ Exhibit 45.9, #_55_ Exhibit 45.10, #_56_ Exhibit 45.11, #_57_ Exhibit 45.12, #_58_ Exhibit 45.13, #_59_ Exhibit 45.14, #_60_ Exhibit 45.15, #_61_ Exhibit 45.16, #_62_ Exhibit 45.17, #_63_ Exhibit 45.18, #_64_ Exhibit 45.19, #_65_ Exhibit 46, #_66_ Exhibit 47, #_67_ Exhibit 48, #_68_ Exhibit 49, #_69_ Exhibit 50, #_70_ Exhibit 51, #_71_ Exhibit 52, #_72_ Exhibit 53, #_73_ Exhibit 54, #_74_ Exhibit 55, #_75_ Exhibit 56, #_76_ Exhibit 57, #_77_ Exhibit 58, #_78_ Exhibit 59, #_79_ Exhibit 60)(znmw, ) (Entered: 10/27/2011) |
| 10/26/2011 | 81 | NOTICE *of Errata* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA re _79_ Memorandum in Opposition,,,,, (Attachments: #_1_ Exhibit Truan Decl, #_2_ Exhibit J Gonzalez Decl, #_3_ Exhibit Downton Deposition, #_4_ Exhibit Perez Transcript)(Freeman, Daniel) (Entered: 10/26/2011) |
| 10/26/2011 | 82 | MOTION for Extension of Time to File by TEXAS LEGISLATIVE BLACK CAUCUS (Attachments: #_1_ Text of Proposed Order, #_2_ Exhibit, #_3_ Exhibit)(Tanner, John) (Entered: 10/26/2011) |
| 10/27/2011 | | MINUTE ORDER granting nunc pro tunc to October 25, 2011 _82_ Texas Legislative Black Caucus' Motion for Extension of Time to File. Defendant−Intervenor Texas Legislative Black Caucus shall file the two exhibits attached to this motion as a supplement to its _80_ Memorandum in Opposition no later than October 27, 2011. Signed by Judge Rosemary M. Collyer on 10/27/2011. (lcrmc1) (Entered: 10/27/2011) |
| 10/27/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 10/27/2011. (cdw) (Entered: 10/27/2011) |
| 10/27/2011 | 84 | ORDER setting schedule for oral argument on the _41_ Plaintiff State of Texas's Motion for Summary Judgment. This argument will take place at 9:30 a.m. on November 2, 2011 in Courtroom No. 9. Parties should note the change in Courtroom. See attached Order for further details. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 10/27/2011. (lcrmc1) (Entered: 10/27/2011) |
| 10/28/2011 | 85 | Unopposed MOTION to Amend/Correct _83_ Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), Large Additional Attachment(s), _78_ Memorandum in Opposition, by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: #_1_ Text of Proposed Order, #_2_ Corrected Opposition, #_3_ Redline, #_4_ Appendix Appendix Cover, #_5_ Exhibit 2 [Corrected], #_6_ Exhibit 47 [Corrected], #_7_ Exhibit 49 [Corrected], #_8_ Exhibit 51 [Corrected], #_9_ Exhibit 53 [Corrected], #_10_ Exhibit 61, #_11_ Exhibit 62, #_12_ Exhibit 63, #_13_ Exhibit 64, #_14_ Exhibit 65, #_15_ Exhibit 66, #_16_ Exhibit 67, #_17_ Exhibit 68, #_18_ Exhibit 69, #_19_ Exhibit 70, #_20_ Exhibit 71, #_21_ Exhibit 72, #_22_ Exhibit 73, #_23_ Exhibit 74, #_24_ Exhibit 75, #_25_ Exhibit 76, #_26_ Exhibit 77)(Perales, Nina) (Entered: 10/28/2011) |
| 10/28/2011 | 86 | ERRATA by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA _79_ Memorandum in Opposition,,,,, filed by UNITED STATES OF AMERICA, |

| | | |
|---|---|---|
| | | ERIC H. HOLDER, JR.. (Attachments: # 1 Exhibit Combined CD23 RPV (Ex. 17))(Freeman, Daniel) (Entered: 10/28/2011) |
| 10/28/2011 | 87 | AFFIDAVIT : *Declaration of Timothy F. Mellett* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 10/28/2011) |
| 10/31/2011 | 88 | Unopposed MOTION for Leave to Supplement the Record re 79 Memorandum in Opposition,,,,, by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Declaration Sells Declaration, # 2 Exhibit Alford Deposition)(Freeman, Daniel) (Entered: 10/31/2011) |
| 10/31/2011 | 89 | NOTICE *of errata* by TEXAS LEGISLATIVE BLACK CAUCUS (Attachments: # 1 Errata)(Tanner, John) (Entered: 10/31/2011) |
| 10/31/2011 | | MINUTE ORDER granting 85 Defendant−Intervenor Texas Latino Redistricting Task Force's Motion to Amend/Correct. The corrected exhibits and memorandum filed by the Defendant−Intervenor with this Motion are accepted as part of its 78 Opposition to the Plaintiff State of Texas's Motion for Summary Judgment. Signed by Judge Rosemary M. Collyer on 10/31/2011. (lcrmc1) (Entered: 10/31/2011) |
| 10/31/2011 | | MINUTE ORDER granting 88 Defendant United States' Motion for Leave to Supplement the Record. The exhibits filed with this Motion are accepted as part of the 79 United States' Opposition to the Plaintiff State of Texas's Motion for Summary Judgment. Signed by Judge Rosemary M. Collyer on 10/31/2011. (lcrmc1) (Entered: 10/31/2011) |
| 10/31/2011 | 90 | REPLY to opposition to motion re 41 MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support Reply in Support of Summary Judgment as to Defendant Intervenors' Senate Claims* filed by STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Schenck, David) (Entered: 10/31/2011) |
| 10/31/2011 | 91 | Unopposed MOTION for Leave to File Excess Pages by STATE OF TEXAS (Attachments: # 1 Text of Proposed Order)(Schenck, David) (Entered: 10/31/2011) |
| 11/01/2011 | 92 | REPLY to opposition to motion re 41 MOTION for Summary Judgment *Statement of Material Facts in Support and Memorandum of Points and Authorities in Support* filed by STATE OF TEXAS. (Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 93 | LARGE ADDITIONAL ATTACHMENT(S) by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: # 1 Exhibit 2010 General Election Race Summary, # 2 Exhibit Census Data by County, # 3 Exhibit CVAP by County, # 4 Exhibit Ethnic Make−up House Senate, # 5 Exhibit Vote Records − HB 150, # 6 Exhibit Vote Records − SB 4, # 7 Exhibit Vote Records − SB 31, # 8 Exhibit Report by Lisa Handley, # 9 Exhibit Deposition of Alford.Section 5, # 10 Exhibit 9A − Deposition of Alford.Section 2)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 94 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 10−19* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. |

| | | |
|---|---|---|
| | | (Attachments: #1 Exhibit Deposition of Aliseda, #2 Exhibit Deposition of Arrington, #3 Exhibit Deposition of Doug Davis, #4 Exhibit Deposition of Downton, #5 Exhibit Deposition of Garza, #6 Exhibit Deposition of Handley, #7 Exhibit Deposition of Hunter, #8 Exhibit Deposition of Interiano, #9 Exhibit Expert Report Kousser−Part 1, #10 Exhibit Expert Report Kousser−Part 2)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 95 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 20−29* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: #1 Exhibit Expert Report − Kousser−Part 3, #2 Exhibit Expert Report−Kousser−Part 4, #3 Exhibit Expert Report of Alford, #4 Exhibit Expert Report of Ansolabehere, #5 Exhibit Expert Reports of Engstrom, #6 Exhibit Expert Reports of Lichtman, #7 Exhibit Expert Reports of Murray, #8 Exhibit Rebuttal Report of Alford, #9 Exhibit Rebuttal Report of Engstrom, #10 Exhibit RVPA S148−District 6)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 96 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 30−39* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: #1 Exhibit RVPA S148−Districts 13, 19, 20, 21, 23, 26, 27, 28, #2 Exhibit RVPA C100−District 23, 27, #3 Exhibit RVPA C185−District 23, 27, 34, 35, #4 Exhibit RVPA S100−District 6, #5 Exhibit RVPA S100−District 13, #6 Exhibit VPA S100−District 19, #7 Exhibit RVPA S100−District 20, #8 Exhibit RVPA S100−District 21, #9 Exhibit RVPA S100−District 23, #10 Exhibit RVPA S100−District 26)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 97 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 40−44* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: #1 Exhibit RVPA S100−District 27, #2 Exhibit RVPA S100−District 29, #3 Exhibit H100−Part 1, #4 Exhibit H100−Part 2, #5 Exhibit H100−Part 3)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 98 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 45−47* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: #1 Exhibit RVPA H283 − Part 1, #2 Exhibit RVPA H283 − Part 2, #3 Exhibit RVPA H283 − Part 3)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | 99 | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 48−49* by STATE OF TEXAS 92 Reply to opposition to Motion filed by STATE OF TEXAS. (Attachments: #1 Exhibit Downton Transcript Excerpts, #2 Exhibit Excerpts from Davis Deposition)(Schenck, David) (Entered: 11/01/2011) |
| 11/01/2011 | | MINUTE ORDER granting 91 Plaintiff State of Texas's Motion for leave to file excess pages. The State of Texas may exceed the page limit set forth in Local Rule 7(e) in its Replies in support of its 41 Motion for Summary Judgment. Signed by Judge Rosemary M. Collyer on 11/1/2011. (lcrmc1) (Entered: 11/01/2011) |
| 11/01/2011 | 100 | NOTICE of Appearance by Michelle Andrea McLeod on behalf of ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (McLeod, Michelle) (Entered: 11/01/2011) |
| 11/02/2011 | 101 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Janie Allison Sitton on behalf of UNITED STATES OF AMERICA (Sitton, Janie) (Entered: 11/02/2011) |
| 11/02/2011 | 102 | | NOTICE of Appearance by Olimpia E. Michel on behalf of UNITED STATES OF AMERICA (Michel, Olimpia) (Entered: 11/02/2011) |
| 11/02/2011 | | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl L. Howell, and Thomas B. Griffith: Motion Hearing held on 11/2/2011 re 41 Motion for Summary Judgment filed by STATE OF TEXAS. Motion heard and taken under advisement. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 11/04/2011) |
| 11/04/2011 | 103 | | NOTICE *of Davis−Intervenors' Advisory Regarding Completion of Interim Remedial Hearings* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 11/04/2011) |
| 11/04/2011 | 105 | | Letter from David John Schenck "Let this be filed" by Judge R.M. Collyer. (rdj) (Entered: 11/08/2011) |
| 11/07/2011 | 104 | | NOTICE *of Second Advisory to Court Regarding Changed Election Deadlines* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Exhibit Order of November 4, 2011, # 2 Exhibit Amended Order of November 7, 2011)(Hebert, Joseph) (Entered: 11/07/2011) |
| 11/08/2011 | 106 | | ORDER denying 41 Plaintiff State of Texas's Motion for Summary Judgment. See attached Order for further details. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 11/8/2011. (lcrmc1) (Entered: 11/08/2011) |
| 11/15/2011 | | | MINUTE ORDER directing the parties to meet and confer and submit no later than November 22, 2011: 1) a proposed discovery schedule, if one is needed; 2) a proposal for the length of trial; and 3) proposed procedures for trial. Signed by Judge Rosemary M. Collyer on 11/15/2011. (lcrmc1) (Entered: 11/15/2011) |
| 11/15/2011 | | | Set/Reset Deadlines/Hearings: Proposed discovery schedule, proposal for the length of trial, and proposed procedures for trial due by 11/22/2011. (cdw) (Entered: 11/17/2011) |
| 11/22/2011 | 107 | | RESPONSE TO ORDER OF THE COURT re Order, *of November 15, 2011* filed by STATE OF TEXAS. (Schenck, David) (Entered: 11/22/2011) |
| 11/22/2011 | 108 | | Joint MOTION to Hold in Abeyance *and Reply to the Court's November 15 Order* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Freeman, Daniel) (Entered: 11/22/2011) |
| 11/22/2011 | 109 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Karolina J. Lyznik, :Firm− MALDEF, :Address− 110 Broadway, Suite 300, San Antonio, Texas 78205. Phone No. − 210−224−5476 Ext. 209. by TEXAS LATINO REDISTRICTING TASK FORCE (Perales, Nina) (Entered: 11/22/2011) |
| 11/22/2011 | 110 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE TO ORDER OF THE COURT re MINUTE Order, filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (See Docket Entry 108 to view document. Counsel is instructed to docket the Response as a separate docket entry in the future) (rdj) (Entered: 11/23/2011) |
| 11/30/2011 | | | MINUTE ORDER granting 109 Texas Latino Redistricting Task Force's Motion for Leave to Appear Pro Hac Vice. Attorney Karolina J. Lyznik is now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 11/30/2011. (lcrmc1) (Entered: 11/30/2011) |
| 12/01/2011 | 111 | | Memorandum in opposition to re 108 Joint MOTION to Hold in Abeyance *and Reply to the Court's November 15 Order* filed by STATE OF TEXAS. (Schenck, David) (Entered: 12/01/2011) |
| 12/05/2011 | | | Set/Reset Deadlines/Hearings: Telephone Conference set for 12/7/2011 at 2:30 PM before Judge Rosemary M. Collyer. (cdw) (Entered: 12/05/2011) |
| 12/07/2011 | | | MINUTE ORDER setting briefing schedule. The United States and Defendant−Intervenors shall submit any supplemental briefs on the question of the appropriate benchmark plans in this case no later than 5:00 p.m. E.S.T. on December 12, 2011. The State of Texas shall file any response no later than 5:00 p.m. E.S.T. on December 14, 2011. A telephone conference call is set in this matter for 3:00 p.m. on December 12, 2011. Signed by Judge Rosemary M. Collyer on 12/7/2011. (lcrmc1) (Entered: 12/07/2011) |
| 12/07/2011 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/7/2011. (Court Reporter Bowles: Reporting Services (cdw) (Entered: 12/09/2011) |
| 12/08/2011 | | | Set/Reset Deadlines/Hearings: Telephone Conference set for 12/12/2011 3:00 PM before Judge Rosemary M. Collyer. (cdw) (Entered: 12/08/2011) |
| 12/12/2011 | | | MINUTE ORDER vacating the briefing schedule set by the Court on December 7, 2011. Signed by Judge Rosemary M. Collyer on 12/12/2011. (lcrmc1) (Entered: 12/12/2011) |
| 12/12/2011 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/12/2011. A further Telephone Conference is set for 12/15/2011 at 10:45 AM before Judge Rosemary M. Collyer. (Court Reporter: Bowles Reporting Services) (cdw) (Entered: 12/13/2011) |
| 12/13/2011 | | | MINUTE ORDER. Due to the Court's schedule, the post−trial closing argument scheduled for February 10, 2012 is vacated. Closing argument will take place on February 3, 2012 at 2:00 p.m. Signed by Judge Rosemary M. Collyer on 12/13/2011. (lcrmc1) (Entered: 12/13/2011) |
| 12/13/2011 | 112 | | SECOND SCHEDULING ORDER. All discovery requests shall be served no later than December 16, 2011. All answers to discovery requests are due no later than December 23, 2011. Trial will begin on January 17, 2012 and end on January 26, 2012. Written direct testimony of witnesses testifying the week of January 17, 2012 shall be filed no later than January 10, 2012; written direct testimony of witnesses testifying the week of January 23, 2012 shall be filed no later than January 17, 2012; written testimony of witnesses that will not testify at trial shall be filed no later than January 26, 2012. A telephone status conference is set for December 15, 2011 at 10:45 a.m. |

| | | |
|---|---|---|
| | | E.S.T. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 12/13/2011. (lcrmc1) (Entered: 12/13/2011) |
| 12/13/2011 | | Set/Reset Deadlines/Hearings: Discovery closes 12/23/2011. Bench Trial set for 1/17/2012 at 9:00 AM in Courtroom 8 before Judge Rosemary M. Collyer. Telephone Conference set for 12/15/2011 10:45 AM before Judge Rosemary M. Collyer. (cdw) (Entered: 12/14/2011) |
| 12/13/2011 | | Set/Reset Deadlines/Hearings: Post−trial Closing Argument set for 2/3/2012 at 2:00 PM in Courtroom 8 before Judge Rosemary M. Collyer. (cdw) (Entered: 12/14/2011) |
| 12/15/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/15/2011. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 12/16/2011) |
| 12/16/2011 | | Set/Reset Deadlines/Hearings: Telephone Conference set for 12/16/2011 at 4:00 PM before Judge Rosemary M. Collyer. Telephone Conference set for 12/20/2011 at 11:30 AM before Judge Rosemary M. Collyer. (cdw) (Entered: 12/16/2011) |
| 12/16/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/16/2011. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 12/16/2011) |
| 12/19/2011 | 113 | TRANSCRIPT OF PROCEEDINGS before Judge Rosemary M. Collyer. Telephonic Conference held on 12/7/2011; Page Numbers: 1−36. Date of Issuance:12/19/2011. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464−1083, <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. <br><br> Redaction Request due 1/9/2012. Redacted Transcript Deadline set for 1/19/2012. Release of Transcript Restriction set for 3/18/2012.(znmw, ) (Entered: 12/20/2011) |
| 12/19/2011 | 114 | TRANSCRIPT OF PROCEEDINGS before Judge Rosemary M. Collyer. Telephonic Conference held on 12/12/2011; Page Numbers: 1−50. Date of Issuance:12/19/2011. Court Reporter/Transcriber Bowles Reporting Service, Telephone number (860) 464−1083, <br><br> For the first 90 days after this filing date, the transcript may be viewed at the |

| | | |
|---|---|---|
| | | courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 1/9/2012. Redacted Transcript Deadline set for 1/19/2012. Release of Transcript Restriction set for 3/18/2012.(znmw, ) (Entered: 12/20/2011) |
| 12/20/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/20/2011. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 12/21/2011) |
| 12/22/2011 | 115 | MEMORANDUM OPINION by Judge Rosemary M. Collyer in which Circuit Judge Thomas B. Griffith and District Judge Beryl A. Howell join. The accompanying 106 Order denying Plaintiff's 41 Motion for Summary Judgment was issued on November 8, 2011. (lcrmc1) (Entered: 12/22/2011) |
| 12/23/2011 | 116 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− ADAM K. MORTARA, :Firm− Bartlit Beck Herman Palenchar &Scott LLP, :Address− 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654. Phone No. − (312) 494−4400. Fax No. − (312) 494−4440 by STATE OF TEXAS (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Schenck, David) (Entered: 12/23/2011) |
| 12/23/2011 | 117 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− John M. Hughes, :Firm− Bartlit Beck Herman Palenchar &Scott LLP, :Address− 1899 Wynkoop Street, 8th Floor, Denver, Colorado 80202. Phone No. − (303) 592−3113. Fax No. − (303) 592−3140 by STATE OF TEXAS (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Schenck, David) (Entered: 12/23/2011) |
| 12/23/2011 | 118 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Ashley C. Keller, :Firm− Bartlit Beck Herman Palenchar &Scott LLP, :Address− 54 West Hubbard Street, Suite 300, Chicago, Illinois 60654. Phone No. − (312) 494−4400. Fax No. − (312) 494−4440 by STATE OF TEXAS (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Schenck, David) (Entered: 12/23/2011) |
| 12/23/2011 | | MINUTE ORDER setting briefing schedule in light of the telephone conference call held in open court today. The parties shall file simultaneous briefs that shall not exceed 25 pages on issues of privilege no later than noon E.S.T. on December 28, 2011. Any responses shall be filed no later than noon E.S.T. on December 30, 2011 and shall not exceed ten pages. It is further ORDERED that the parties shall file a joint notice identifying all witnesses that may testify at trial no later than December 28, 2011. This |

| | | |
|---|---|---|
| | | notice should further identify the witnesses that will have their direct testimonies prefiled and will be made available for cross examination in open court; the witnesses that will testify in open court on both direct and cross examination; and the witnesses the parties expect to testify at the times that three judges will be present in the courtroom. Signed by Judge Rosemary M. Collyer on 12/23/2011. (lcrmc1) (Entered: 12/23/2011) |
| 12/23/2011 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 12/23/2011. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 12/23/2011) |
| 12/27/2011 | | MINUTE ORDER granting 116 117 118 Motions for Leave to Appear Pro Hac Vice. Attorneys Adam K. Mortara, John M. Hughes, and Ashley C. Keller are now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 12/27/2011. (lcrmc1) (Entered: 12/27/2011) |
| 12/28/2011 | 119 | MEMORANDUM by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Attachments: # 1 Exhibit State's Response to Davis Discovery and Davis Discovery Requests, # 2 Exhibit State's Motion for Protective Order in Perez v. Perry, # 3 Exhibit Order Denying Motion for Protective Order, # 4 Exhibit Trial Transcript in Perez v. Perry, # 5 Exhibit Deposition Excerpts of 5 Senators and Doug Davis, # 6 Exhibit Senator Seliger Deposition, # 7 Exhibit Senator Birdwell Deposition, # 8 Exhibit Senator Shapiro Deposition, # 9 Exhibit Senator Huffman Deposition, # 10 Exhibit Senator Carona Deposition, # 11 Exhibit Doug Davis Deposition)(Hebert, Joseph) (Entered: 12/28/2011) |
| 12/28/2011 | 120 | MEMORANDUM by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 12/28/2011) |
| 12/28/2011 | 121 | MEMORANDUM re Order,,, by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Exhibit 1 (U.S. discovery requests), # 2 Exhibit Exhibit 2 (Texas discovery responses), # 3 Exhibit Exhibit 3 (deposition excerpts), # 4 Exhibit Exhibit 4 (declarations), # 5 Exhibit Exhibit 5 (trial transcript excerpts))(Sells, Bryan) (Entered: 12/28/2011) |
| 12/28/2011 | 122 | MEMORANDUM by STATE OF TEXAS. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(Schenck, David) (Entered: 12/28/2011) |
| 12/28/2011 | | MINUTE ORDER deeming as timely all briefs filed today, even if filed after the noon deadline established by the December 23, 2011 order. Signed by Judge Rosemary M. Collyer on 12/28/2011. (KD) (Entered: 12/28/2011) |
| 12/28/2011 | 123 | NOTICE *OF TRIAL WITNESSES (JOINT)* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Sells, Bryan) (Entered: 12/28/2011) |
| 12/30/2011 | 124 | REPLY re 122 Memorandum filed by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) (Entered: 12/30/2011) |
| 12/30/2011 | 125 | REPLY re 122 Memorandum filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1 (Downton Deposition Excerpts), # 2 Exhibit 2 (Interiano Deposition Excerpts), # 3 Exhibit 3 |

| | | |
|---|---|---|
| | | (Archer Deposition Excerpts), #4 Exhibit 4 (Teuber Complaint), #5 Exhibit 5 (Interiano Deposition Excerpts))(Sells, Bryan) (Entered: 12/30/2011) |
| 12/30/2011 | 126 | MEMORANDUM by STATE OF TEXAS. (Attachments: #1 Exhibit Exhibit A, #2 Exhibit Exhibit B, #3 Exhibit Exhibit C, #4 Exhibit Exhibit D)(Schenck, David) (Entered: 12/30/2011) |
| 12/30/2011 | 127 | MOTION for Leave to File Excess Pages *for Plaintiff's Response to Defendants' Memoranda on Privileges* by STATE OF TEXAS (Attachments: #1 Text of Proposed Order)(Schenck, David) (Entered: 12/30/2011) |
| 12/30/2011 | | MINUTE ORDER. In light of footnote 2 at page 3 of Plaintiff's Response, the Court orders Texas to produce under seal all documents as to which it claims only a legislative privilege forthwith. Signed by Judge Rosemary M. Collyer on 12/30/2011. (lcrmc2) (Entered: 12/30/2011) |
| 01/02/2012 | | MINUTE ORDER granting 127 Motion for Leave to File Excess Pages. Signed by Judge Rosemary M. Collyer on 1/2/2012. (KD) (Entered: 01/02/2012) |
| 01/02/2012 | 128 | MEMORANDUM AND OPINION on privilege claims. Signed by Judge Rosemary M. Collyer on 1/2/2012. (KD) (Entered: 01/02/2012) |
| 01/02/2012 | 129 | ORDER on privilege claims. Signed by Judge Rosemary M. Collyer on 1/2/2012. (KD) (Entered: 01/02/2012) |
| 01/04/2012 | 130 | TRIAL SCHEDULING ORDER. Signed by Judge Rosemary M. Collyer on 1/4/2012.(lcrmc1) (Entered: 01/04/2012) |
| 01/04/2012 | 131 | MOTION Exclude Testimony of Arrington, Lichtman, Flores and Kousser by STATE OF TEXAS (Attachments: #1 Text of Proposed Order, #2 Exhibit A − Arrington Declaration and Expert Report, #3 Exhibit B − Arrington Depo Transcripts, #4 Exhibit C − Lichtman Expert Report, #5 Exhibit D − Flores Expert Report, #6 Exhibit E − Kousser Declaration and Expert Report (Perez))(Schenck, David) (Entered: 01/04/2012) |
| 01/05/2012 | 132 | MOTION to Modify *Scheduling Order* by STATE OF TEXAS (Attachments: #1 Text of Proposed Order)(Schenck, David) (Entered: 01/05/2012) |
| 01/05/2012 | | MINUTE ORDER. Defendants shall file any opposition to 131 Plaintiff's Motion to Exclude Testimony no later than 5 p.m. on January 13, 2012. Signed by Judge Rosemary M. Collyer on 1/5/2012. (lcrmc1) (Entered: 01/05/2012) |
| 01/05/2012 | 133 | SUPPLEMENTAL MEMORANDUM to re 128 Memorandum &Opinion *Supplemental Brief on Privilege* filed by STATE OF TEXAS. (Schenck, David) (Entered: 01/05/2012) |
| 01/05/2012 | | MINUTE ORDER granting 132 Plaintiff's Motion to Modify the Trial Scheduling Order. Plaintiff may present an opening statement at trial on January 17, 2012. Any time used for an opening statement will be deducted from the time allotted to Plaintiff in paragraph 12 of the 130 Trial Scheduling Order. In light of Defendants' request, it is further ORDERED that the Defendants may file opening trial briefs no later than 5 p.m. on |

| | | | |
|---|---|---|---|
| | | | January 13, 2012. Such briefs shall not exceed ten pages. Signed by Judge Rosemary M. Collyer on 1/5/2012. (lcrmc1) (Entered: 01/05/2012) |
| 01/05/2012 | 134 | | SUPPLEMENTAL MEMORANDUM re 128 Memorandum &Opinion Supplemental Brief on Privilege filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Summary of Interracial Contests, # 2 Exhibit Interiano deposition excerpts, # 3 Exhibit Napier deposition excerpts)(Sells, Bryan) Modified on 1/6/2012 to correct linkage(rdj). (Entered: 01/05/2012) |
| 01/06/2012 | 135 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Luis Roberto Vera, :Firm− Law Offices of Luis Roberto Vera, Jr. &Associates, :Address− Riverview Towers Bldg., 111 Soledad, Suite 1325, San Antonio, Texas 78205−22660. Phone No. − 210−225−330. Fax No. − 210−225−2060 by LEAGUE OF UNITED LATIN AMERICAN CITIZENS (Attachments: # 1 Exhibit DECLARATION)(Velarde, Ray) (Entered: 01/06/2012) |
| 01/06/2012 | 136 | | ORDER vacating a portion of the Court's 128 Memorandum Opinion on privilege claims. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 1/6/2012. (lcrmc1) (Entered: 01/06/2012) |
| 01/06/2012 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 1/6/2012. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 01/10/2012) |
| 01/10/2012 | 137 | | NOTICE *OF PRE−FILED DIRECT WRITTEN TESTIMONY* by STATE OF TEXAS (Attachments: # 1 Exhibit Geren Declaration, # 2 Exhibit Solomons Declaration, # 3 Exhibit Margo Declaration, # 4 Exhibit Shapiro Declaration, # 5 Exhibit Seliger Declaration)(Schenck, David) (Entered: 01/10/2012) |
| 01/10/2012 | 138 | | SECOND TRIAL SCHEDULING ORDER. Signed by Judge Rosemary M. Collyer on 1/10/2012. (lcrmc1) (Entered: 01/10/2012) |
| 01/10/2012 | 139 | | NOTICE *of Filing Pre−Filed Written Direct Testimony* by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: # 1 Declaration Pre−Filed Written Direct Testimony of Congressman Alexander Green)(Riggs, Allison) (Entered: 01/10/2012) |
| 01/11/2012 | | | MINUTE ORDER granting 135 Motion for Leave to Appear Pro Hac Vice. Attorney Luis Roberto Vera is now admitted pro hac vice to this Court for this matter. Signed by Judge Rosemary M. Collyer on 1/11/2012. (lcrmc1) (Entered: 01/11/2012) |
| 01/12/2012 | 140 | | NOTICE of Appearance by Chad W. Dunn on behalf of VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Dunn, Chad) (Entered: 01/12/2012) |
| 01/13/2012 | | | MINUTE ORDER denying 108 Defendants' Motion to Hold in Abeyance and denying 10 Plaintiff's Motion to Expedite as moot. Signed by Judge Rosemary M. Collyer on 1/13/2012. (lcrmc1) (Entered: 01/13/2012) |
| 01/13/2012 | 141 | | TRIAL BRIEF *on State Senate Plan* by VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, HOWARD JEFFERSON, JOHN JENKINS, BILL |

| | | |
|---|---|---|
| | | LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, ROMEO MUNOZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, MARC VEASEY, JUANITA WALLACE. (Hebert, Joseph) (Entered: 01/13/2012) |
| 01/13/2012 | 142 | TRIAL BRIEF by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 01/13/2012) |
| 01/13/2012 | 143 | TRIAL BRIEF by TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES. (Tanner, John) Modified on 1/13/2012 (rdj). (Entered: 01/13/2012) |
| 01/13/2012 | 144 | TRIAL BRIEF by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 01/13/2012) |
| 01/13/2012 | 145 | TRIAL BRIEF *(Pre−Trial)* by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE. (Riggs, Allison) (Entered: 01/13/2012) |
| 01/13/2012 | 146 | Memorandum in opposition to re 131 MOTION Exclude Testimony of Arrington, Lichtman, Flores and Kousser filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Arrington Declaration, # 2 Exhibit Arrington Deposition Excerpt, # 3 Exhibit Arrington CV)(Sells, Bryan) (Entered: 01/13/2012) |
| 01/13/2012 | 147 | TRIAL BRIEF by NINA JO BAKER, VICTOR GARZA, GREG GONZALES, JOSEPHINE MARTINEZ. (Devaney, John) (Entered: 01/13/2012) |
| 01/13/2012 | 148 | NOTICE of Appearance by Matthew Hamilton Frederick on behalf of STATE OF TEXAS (Frederick, Matthew) (Entered: 01/13/2012) |
| 01/13/2012 | 149 | NOTICE of Appearance by Angela Veronica Colmenero on behalf of STATE OF TEXAS (Colmenero, Angela) (Entered: 01/13/2012) |
| 01/13/2012 | 150 | Memorandum in opposition to re 131 MOTION Exclude Testimony of Arrington, Lichtman, Flores and Kousser filed by WENDY DAVIS, MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, TEXAS LATINO REDISTRICTING TASK FORCE. (Attachments: # 1 Addendum A, # 2 Addendum B, # 3 Addendum C)(Perales, Nina) (Entered: 01/13/2012) |
| 01/15/2012 | 151 | REPLY to opposition to motion re 131 MOTION Exclude Testimony of Arrington, Lichtman, Flores and Kousser filed by STATE OF TEXAS. (Mortara, Adam) (Entered: 01/15/2012) |
| 01/16/2012 | 152 | NOTICE *of Submission of Expert Witness Reports and Pre−filed Testimony* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Declaration, # 2 Declaration)(Hebert, Joseph) (Entered: 01/16/2012) |
| 01/16/2012 | 153 | Unopposed MOTION for Extension of Time to File *Supplemental Expert Reports* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Text of Proposed Order)(Perales, Nina) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/16/2012) |
| 01/16/2012 | 154 | | NOTICE *of Submission of Pre−Filed Direct Testimony of Dr. J. Morgan Kousser* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: #1 Declaration Dr. J. Morgan Kousser)(Posner, Mark) (Entered: 01/16/2012) |
| 01/16/2012 | | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 1/16/2012. (cdw) (Entered: 01/17/2012) |
| 01/17/2012 | 155 | | NOTICE *of Pre−Filed Direct Testimony of Stephen Ansolabehere* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: #1 Attachment, #2 Attachment, #3 Attachment)(Devaney, John) (Entered: 01/17/2012) |
| 01/17/2012 | 156 | | NOTICE *of Pre−Filed Written Direct Testimony* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: #1 Exhibit 1 − Report of Dr. Engstrom, Oct. 21, 2011, #2 Exhibit 2 − Supplemental Report of Dr. Engstrom, Oct. 23, 2011, #3 Exhibit 3 − Curriculum/Vita of Dr. Engstrom, #4 Exhibit 4 − Corrected Rebuttal Report of Dr. Engstrom, #5 Exhibit 5 − Curriculum/Vita of Dr. Flores, #6 Exhibit 6 − Expert Report of Dr. Flores, #7 Exhibit 1 to Exh. 6 − Expert Report of Dr. Flores, #8 Exhibit 2 to Exh. 6 − Expert Report of Dr. Flores, #9 Exhibit 3 to Exh. 6 − Expert Report of Dr. Flores, #10 Exhibit 4 to Exh. 6 − Expert Report of Dr. Flores, #11 Exhibit 5 to Exh. 6 − Expert Report of Dr. Flores, #12 Exhibit 6 to Exh. 6 − Expert Report of Dr. Flores, #13 Exhibit 8 to Exh. 6 − Expert Report of Dr. Flores, #14 Exhibit 9 to Exh. 6 − Expert Report of Dr. Flores, #15 Exhibit 10 to Exh. 6 − Expert Report of Dr. Flores, #16 Exhibit 11 to Exh. 6 − Expert Report of Dr. Flores, #17 Exhibit 12 to Exh. 6 − Expert Report of Dr. Flores, #18 Exhibit 13 to Exh. 6 − Expert Report of Dr. Flores, #19 Exhibit 14 to Exh. 6 − Expert Report of Dr. Flores, #20 Exhibit 16 to Exh. 6 − Expert Report of Dr. Flores, #21 Exhibit 18 to Exh. 6 − Expert Report of Dr. Flores, #22 Exhibit 19 to Exh. 6 − Expert Report of Dr. Flores)(Perales, Nina) (Entered: 01/17/2012) |
| 01/17/2012 | 157 | | NOTICE *of Filing Pre−filed Written Direct Testimony* by VICKI BARGAS, WENDY DAVIS, ROMEO MUNOZ, MARC VEASEY (Attachments: #1 Declaration, #2 Declaration)(Hebert, Joseph) (Entered: 01/17/2012) |
| 01/17/2012 | 158 | | NOTICE *Supplemental Regarding Pre−Filed Direct Testimony of Dr. J. Morgan Kousser* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES re 154 Notice (Other) (Attachments: #1 Exhibit CV of Dr. J. Morgan Kousser)(Posner, Mark) (Entered: 01/17/2012) |
| 01/17/2012 | 159 | | NOTICE *of Filing Supplemental Report and Pre−Filed Testimony* by TEXAS LEGISLATIVE BLACK CAUCUS (Attachments: #1 Expert Report and Testimony, #2 Map, Dallas 2000, #3 Map Dallas 2010, #4 Map, Harris 2000, #5 Map, Harris 2010, #6 Map, Tarrant 2000, #7 Map, Tarrant 2010, #8 Map, Travis 2000, #9 Map, Travis 2010, #10 H100 Dallas, #11 H283 Dallas, #12 H202 Dallas)(Tanner, John) (Entered: 01/17/2012) |
| 01/17/2012 | 160 | | |

| | | |
|---|---|---|
| | | NOTICE *of Pre−Filed Direct Testimony of David Escamilla* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: #_1 Exhibit A, #_2 Exhibit B)(Devaney, John) (Entered: 01/17/2012) |
| 01/17/2012 | 161 | NOTICE *of Filing Pre−Filed Written Direct Testimony* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: #_1 Exhibit Exhibit A− Testimony of Rogene Calvert and Exhibit 632, #_2 Exhibit Exhibit B− Testimony of Scott Hochberg and Exhibit 659, #_3 Exhibit Exhibit C− Testimony of Abel Herrero and Exhibit 685, #_4 Exhibit Exhibit D− Dr. Handley's Expert Report on Proposed Texas House Plan, #_5 Exhibit Exhibit E− Dr. Handley's Expert Report on Proposed Texas Congressional Plan, #_6 Exhibit Exhibit F− Dr. Handley's Rebuttal Report to Supplemental Expert Report of Dr. John Alford, #_7 Exhibit Exhibit G− Dr. Handley's Curriculum Vita, #_8 Exhibit Exhibit H− Dr. Ted Arrington's Declaration, #_9 Exhibit Exhibit I− Dr. Arrington's Curriculum Vita)(Nobile, Thornton) (Entered: 01/17/2012) |
| 01/17/2012 | 162 | NOTICE *of Filing Pre−Filed Direct Written Testimony* by STATE OF TEXAS (Attachments: #_1 Exhibit 1 − Alford Direct Testimony, #_2 Appendix A to Alford Direct Testimony, #_3 Appendix B to Alford Direct Testimony, #_4 Appendix C to Alford Direct Testimony, #_5 Appendix D to Alford Direct Testimony)(Mortara, Adam) (Entered: 01/17/2012) |
| 01/17/2012 | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl L. Howell, and Thomas B. Griffith: Bench Trial held on 1/17/2012. Plaintiff's Witnesses: Representative Todd Hunter, Gerardo Interiano, Representative Jose Aliseda, and Doug Davis. Bench Trial continued to 1/18/2012 at 8:15 AM in Courtroom 8 before Judges Rosemary M. Collyer, Beryl L. Howell, and Thomas B. Griffith (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/18/2012) |
| 01/18/2012 | | MINUTE ORDER granting_153 Defendants' Unopposed Motion for Extension of Time to File Pre−filed Direct Testimony. Defendants shall file any pre−filed direct testimony of their expert witnesses addressing information disclosed on or after December 31, 2011 no later than 6:00 p.m. on January 20, 2012. The Latino Redistricting Task Force may file the pre−filed direct testimony of their expert described in this motion no later than 6:00 p.m. on January 20, 2012. These extensions shall not apply to the testimony of Dr. Richard Murray. Signed by Judge Rosemary M. Collyer on 1/18/2012. (lcrmc1) (Entered: 01/18/2012) |
| 01/18/2012 | | MINUTE ORDER granting in part and denying in part_131 Plaintiff's Motion to Exclude Testimony of Arrington, Lichtman, Flores and Kousser for the reasons given in open court on January 17, 2012. Signed by Judge Rosemary M. Collyer on 1/18/2012. (lcrmc1) (Entered: 01/18/2012) |
| 01/18/2012 | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith: Bench Trial held on 1/18/2012. Plaintiff's Witnesses: Doug Davis &Ryan Downton. US/Intervenor Witnesses: Representative Marc Veasey, U.S. Representative Eddie Bernice Johnson, Alez Jiminez, Judge David Saucedo, Senator Jose Rodriguez, and Michael Siefert. Bench Trial continued to 1/19/2012 at 8:15 AM in |

| | | |
|---|---|---|
| | | Courtroom 8 before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/18/2012) |
| 01/19/2012 | 163 | NOTICE *of Filing of Dr. Murray's Expert Report* by HOWARD JEFFERSON, BILL LAWSON, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: # 1 Exhibit Expert Report)(Notzon, Robert) (Entered: 01/19/2012) |
| 01/19/2012 | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith: Bench Trial held on 1/19/2012. US/Intervenor Witnesses: George Korbel, Jaime Longoria, Representative Garnet Coleman, Representative Dawnna Dukes. Bench Trial continued to 1/20/2012 at 8:15 AM in Courtroom 8 before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/19/2012) |
| 01/20/2012 | 164 | NOTICE *Supplemental Declaration of Theodore S. Arrington* by UNITED STATES OF AMERICA (Michel, Olimpia) (Entered: 01/20/2012) |
| 01/20/2012 | 165 | ERRATA re 164 *Supplemental Declaration of Theodore S. Arrington* by UNITED STATES OF AMERICA. (Attachments: # 1 Supplement Supplemental Declaration of Theodore S. Arrington)(Michel, Olimpia) Modified to add link on 1/23/2012 (znmw, ). (Entered: 01/20/2012) |
| 01/20/2012 | 166 | NOTICE *of Submission of Addendum to Pre−Filed Direct Testimony of Dr. J. Morgan Kousser* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES re 154 Notice (Other) (Attachments: # 1 Supplement Addendum to Kousser Pre−Filed Testimony)(Posner, Mark) (Entered: 01/20/2012) |
| 01/20/2012 | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith: Bench Trial held on 1/20/2012. US/Intervenor Witnesses: Senator Cindy Davis, Senator Rodney Ellis, U.S. Representative Alexander Green, Dr. Richard Murray, and Representative Burt Solomons. Bench Trial continued to 1/23/2012 at 9:00 AM in Courtroom 8 before Judges Rosemary M. Collyer and Beryl A. Howell. (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/20/2012) |
| 01/20/2012 | 167 | NOTICE *of Filing Supplemental Pre−Filed Written Direct Testimony* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit Supplemental Report of Dr. Henry Flores)(Perales, Nina) (Entered: 01/20/2012) |
| 01/20/2012 | 168 | NOTICE *of Filing Supplemental Pre−Filed Written Direct Testimony* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit Rebuttal Report of Dr. Richard Engstrom)(Perales, Nina) (Entered: 01/20/2012) |
| 01/23/2012 | | Minute Entry for proceedings held before Judges Rosemary M. Collyer and Beryl A. Howell: Bench Trial held on 1/23/2012. US/Intervenor Witnesses: Dr. Morgan Kousser, U.S. Representative Sheila Jackson Lee, and Dr. Theodore Arrington. Bench Trial continued to 1/24/2012 at 9:00 AM in |

| | | | |
|---|---|---|---|
| | | | Courtroom 8 before Judges Rosemary M. Collyer and Beryl A. Howell. (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/23/2012) |
| 01/23/2012 | 169 | | TRIAL BRIEF *Regarding Use of General Election Data in Coalition and Crossover Districts* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 01/23/2012) |
| 01/24/2012 | | | Minute Entry for proceedings held before Judges Rosemary M. Collyer and Beryl A. Howell: Bench Trial held on 1/24/2012. Plaintiff's Witnesses: Senator Kel Seliger, Professor John Alford, and Representative Joe Farias. Bench Trial continued to 1/25/2012 at 9:00 AM in Courtroom 8 before Judges Rosemary M. Collyer and Beryl A. Howell. (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/26/2012) |
| 01/25/2012 | | | Minute Order vacating closing argument set for February 3, 2012. Closing argument will take place on January 31, 2012 at 9:30 a.m. in Courtroom 8. It is further ORDERED that post−trial briefs shall be submitted no later than February 6, 2012. The post−trial briefs by the Plaintiff State of Texas and the United States shall be limited to 30 pages each. The post−trial briefs by the Defendant−Intervenors shall be limited to 25 pages each. Signed by Judge Rosemary M. Collyer on 1/25/2012. (lcrmc1) (Entered: 01/25/2012) |
| 01/25/2012 | | | Minute Entry for proceedings held before Judges Rosemary M. Collyer and Beryl A. Howell: Bench Trial held on 1/25/2012. Plaintiff's Witnesses: Professor John Alford and Gerardo Interiano. US/Intervenor Witnesses: Dr. Richard Engstrom, Representative Scott Hochberg, and Dr, Stephen Ansolabehere. Bench Trial continued to 1/26/2012 at 9:00 AM in Courtroom 8 before Judges Rosemary M. Collyer and Beryl A. Howell. (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 01/26/2012) |
| 01/26/2012 | 170 | | NOTICE *of Filing Designations/Supplemental Pre−Filed Written Direct Testimony* by TEXAS LATINO REDISTRICTING TASK FORCE (Perales, Nina) (Entered: 01/26/2012) |
| 01/26/2012 | | | Minute Entry for proceedings held before Judges Rosemary M. Collyer and Beryl A. Howell: Bench Trial held on 1/26/2012. US/Intervenor Witness: Dr. Lisa Handley. Bench Trial continued to 1/31/2012 at 9:30 AM in Courtroom 8 before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 02/02/2012) |
| 01/31/2012 | | | Minute Entry for proceedings held before Judges Rosemary M. Collyer, Beryl A. Howell, and Thomas B. Griffith: Bench Trial held on 1/31/2012. (Court Reporters: Crystal Pilgrim (AM) &Scott Wallace (PM)) (cdw) (Entered: 02/08/2012) |
| 02/01/2012 | 171 | | NOTICE *of Filing of Closing Argument Presentation* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Exhibit Closing Argument Presentation)(Freeman, Daniel) (Entered: 02/01/2012) |
| 02/01/2012 | 172 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Filing Closing Argument Slide Presentation* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 02/01/2012) |
| 02/01/2012 | | | MINUTE ORDER. As stated in open court on January 24, 2012, the 138 Second Trial Scheduling Order is amended. The parties proposed findings of fact are due no later than February 3, 2012. The Defendant−Intervenors may each submit their own proposed findings of fact that shall not exceed 50 pages in length. It is further ORDERED that the deadline for the parties to submit a set of stipulated facts is extended. As stated in open court on January 26, 2012, the parties shall file a set of stipulated facts no later February 2, 2012. Signed by Judge Rosemary M. Collyer on 2/1/12. (lcrmc1) (Entered: 02/01/2012) |
| 02/01/2012 | | | MINUTE ORDER. The Court directs the parties to comply fully with the page limits and briefing schedule set in this matter so that it can be timely resolved and also notifies the parties that this Court does not anticipate issuing any order within the next 30 days. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 2/1/2012. (lcrmc1) (Entered: 02/01/2012) |
| 02/01/2012 | 173 | | NOTICE *of Submission of PowerPoint Presentation Used in the Closing Arguments Before the Court* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Attachments: # 1 Exhibit MALC Closing Argument PowerPoint)(Posner, Mark) (Entered: 02/01/2012) |
| 02/01/2012 | 174 | | NOTICE *of Filing Closing Argument PowerPoint Presentation* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit A − TLRTF Closing Argument PowerPoint)(Perales, Nina) (Entered: 02/01/2012) |
| 02/01/2012 | 175 | | NOTICE *of Filing of Closing Argument Presentation* by STATE OF TEXAS (Attachments: # 1 Exhibit A − State of Texas Closing Argument Presentation)(Frederick, Matthew) (Entered: 02/01/2012) |
| 02/01/2012 | 176 | | NOTICE *of Filing of Closing Argument Presentation* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Exhibit A Closing Argument Presentation)(Devaney, John) (Entered: 02/01/2012) |
| 02/02/2012 | 177 | | STIPULATION *of Facts (Joint)* by STATE OF TEXAS. (Frederick, Matthew) (Entered: 02/02/2012) |
| 02/02/2012 | 178 | | MOTION for Leave to File *Supplement to Defendants' Trial Exhibit List and Notice of Errata* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 821− Flores Expert Report Filed in Perez v. Perry, # 2 Exhibit 822− Deposition of David Gardner, # 3 Exhibit 823− Chapa Expert Report Filed in Perez v. Perry, # 4 Exhibit 824− Kousser Expert R, # 5 Exhibit 826− Flores Expert Report Filed in Perez v. Perry, # 6 Exhibit 827− Gonzalez Baker Expert Report Filed in Perez v. Perry, # 7 Exhibit 828− Tijerina Expert Report Filed in Perez v. Perry, # 8 Exhibit 1010− News Article: Texas Gains the Most Population Since the Census, # 9 Exhibit 1011− Red−100 Report for S100, # 10 Exhibit 1012− Red−100 Report for H100, # |

| | | |
|---|---|---|
| | | 11 Exhibit 1013− Red−M201 Report for Plan 01369H, # 12 Exhibit 1014− Attachments from Opposition to Summary Judgment Motion by TLBC, NAACP, and LULAC)(Nobile, Thornton) (Entered: 02/03/2012) |
| 02/03/2012 | 179 | MOTION for Leave to File *Findings of Fact* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order, # 8 Proposed Findings of Fact − Hispanic Population, # 9 Proposed Findings of Fact − Population Growth, # 10 Proposed Findings of Fact − District Characteristics)(Perales, Nina) (Entered: 02/03/2012) |
| 02/03/2012 | 180 | MOTION to Take Judicial Notice *of Census Data* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1—— 2000 Census Data (Public Law 94−171), # 2 Exhibit 2—— 2010 Census Data (Public Law 94−171), # 3 Exhibit 3—— 2000 Citizen Voting Age Population Data (CVAP), # 4 Exhibit 4—— 1990 Census Data)(Nobile, Thornton) (Entered: 02/03/2012) |
| 02/03/2012 | 181 | Proposed Findings of Fact by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE. (Riggs, Allison) (Entered: 02/03/2012) |
| 02/03/2012 | 182 | Proposed Findings of Fact by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 02/03/2012) |
| 02/03/2012 | 183 | Proposed Findings of Fact by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES. (Garza, Jose) (Entered: 02/03/2012) |
| 02/03/2012 | 184 | Proposed Findings of Fact by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) (Entered: 02/03/2012) |
| 02/03/2012 | 185 | Proposed Findings of Fact by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 02/03/2012) |
| 02/03/2012 | 186 | Proposed Findings of Fact by STATE OF TEXAS. (Frederick, Matthew) (Entered: 02/03/2012) |
| 02/03/2012 | 187 | Proposed Findings of Fact by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 02/03/2012) |
| 02/04/2012 | 188 | CERTIFICATE OF SERVICE by STATE OF TEXAS re 186 Proposed Findings of Fact. (Frederick, Matthew) (Entered: 02/04/2012) |
| 02/06/2012 | 189 | NOTICE *Summary of Expert Testimony* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Devaney, John) (Entered: 02/06/2012) |
| 02/06/2012 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting 179 Texas Latino Redistricting Task Force's Motion for Leave to File additional findings of fact and to exceed the 50−page limit. Signed by Judge Rosemary M. Collyer on 2/6/2012. (KD) (Entered: 02/06/2012) |
| 02/06/2012 | 190 | NOTICE *of Filing Summary of Testimony and Reports of Dr. Allan J. Lichtman* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 02/06/2012) |
| 02/06/2012 | 191 | Proposed Findings of Fact by TEXAS LATINO REDISTRICTING TASK FORCE. (Hispanic Population) (Attachments: # 1 Population Growth, # 2 District Characteristics)(rdj) (Entered: 02/06/2012) |
| 02/06/2012 | 192 | NOTICE *expert report summary* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (Garza, Jose) (Entered: 02/06/2012) |
| 02/06/2012 | 193 | TRIAL BRIEF *post trial brief* by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES. (Garza, Jose) (Entered: 02/06/2012) |
| 02/06/2012 | 194 | NOTICE *Summary of Expert Testimony* by TEXAS LEGISLATIVE BLACK CAUCUS (Tanner, John) (Entered: 02/06/2012) |
| 02/06/2012 | 195 | TRIAL BRIEF *Post Trial Brief* by TEXAS LEGISLATIVE BLACK CAUCUS. (Tanner, John) (Entered: 02/06/2012) |
| 02/06/2012 | 196 | NOTICE *Summary of Expert Reports of Dr. Richard Engstrom* by TEXAS LATINO REDISTRICTING TASK FORCE (Perales, Nina) (Entered: 02/06/2012) |
| 02/06/2012 | 197 | NOTICE *Summary of Expert Reports of Dr. Henry Flores* by TEXAS LATINO REDISTRICTING TASK FORCE (Perales, Nina) (Entered: 02/06/2012) |
| 02/06/2012 | 198 | TRIAL BRIEF *Post−Trial Brief* by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE. (Riggs, Allison) (Entered: 02/06/2012) |
| 02/06/2012 | 199 | NOTICE *Summary of Expert Reports of Dr. Richard Murray* by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Riggs, Allison) (Entered: 02/06/2012) |
| 02/06/2012 | 200 | NOTICE *of Expert Summary of Dr. Theodore Arrington* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Freeman, Daniel) (Entered: 02/06/2012) |
| 02/06/2012 | 201 | TRIAL BRIEF *Post−Trial Brief* by STATE OF TEXAS. (Mortara, Adam) (Entered: 02/06/2012) |
| 02/06/2012 | 202 | NOTICE *of Expert Summary of Dr. Lisa Handley* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Freeman, Daniel) (Entered: |

| | | | |
|---|---|---|---|
| | | | 02/06/2012) |
| 02/06/2012 | 203 | | TRIAL BRIEF by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 02/06/2012) |
| 02/06/2012 | 204 | | TRIAL BRIEF *Post Trial Brief* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 02/06/2012) |
| 02/06/2012 | 205 | | TRIAL BRIEF *Post−trial Brief* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) (Entered: 02/06/2012) |
| 02/07/2012 | 206 | | TRIAL BRIEF *Post−Trial Brief* by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 02/07/2012) |
| 02/07/2012 | 207 | | TRIAL BRIEF *Corrected Post−Trial Brief* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES. (Devaney, John) (Entered: 02/07/2012) |
| 02/13/2012 | 208 | | ERRATA *Notice to Proposed Findings of Fact* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ROMEO MUNOZ, MARC VEASEY 184 Proposed Findings of Fact filed by MARC VEASEY, WENDY DAVIS, VICKI BARGAS, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ROMEO MUNOZ, JOHN JENKINS. (Attachments: # 1 Exhibit)(Hebert, Joseph) (Entered: 02/13/2012) |
| 02/22/2012 | 209 | | NOTICE *of Joint Advisory* by NINA JO BAKER, VICKI BARGAS, WENDY DAVIS, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ROMEO MUNOZ, MARC VEASEY (Hebert, Joseph) (Entered: 02/22/2012) |
| 02/24/2012 | 210 | | NOTICE *of Advisory* by TEXAS LATINO REDISTRICTING TASK FORCE (Perales, Nina) (Entered: 02/24/2012) |
| 02/27/2012 | 213 | | MOTION for Leave to Intervene by MICHAEL IDROGO "Let this be filed" by Judge Rosemary M. Collyer.(rdj) (Entered: 03/01/2012) |
| 02/29/2012 | 211 | | NOTICE *Certain Defendant−Intervenors' Notice of Texas Court's Order Adopting Interim Maps* by LISA AGUILAR, NINA JO BAKER, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, DANIEL LUCIO, JOSEPHINE MARTINEZ, KATRINA TORRES (Attachments: # 1 Attachement A, # 2 Attachment B)(Devaney, John) (Entered: 02/29/2012) |
| 02/29/2012 | 212 | | NOTICE *TO THE COURT REGARDING INTERIM REDISTRICTING PLANS* by STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Frederick, Matthew) (Entered: 02/29/2012) |
| 03/01/2012 | 214 | | RESPONSE *OF CERTAIN DEFENDANT−INTERVENORS TO THE ADVISORY OF DEFENDANT−INTERVENOR TEXAS LATINO REDISTRICTING TASK FORCE* filed by LISA AGUILAR, NINA JO |

| | | | |
|---|---|---|---|
| | | | BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES. (Attachments: # 1 Attachment 1)(Devaney, John) (Entered: 03/01/2012) |
| 03/01/2012 | 215 | | NOTICE *ADVISORY REGARDING 2012 ELECTION SCHEDULE* by STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Frederick, Matthew) (Entered: 03/01/2012) |
| 03/06/2012 | | | MINUTE ORDER. In its February 24, 2012 Advisory, Dkt. # 210, Defendant−Intervenor Texas Latino Redistricting Task Force ("TLRTF") states that "CD 25 is an Anglo majority district in which Anglo voters dominate the Democratic primary...." Id. at 3. It is ORDERED that TLRTF shall submit, by 5:00 PM on March 13, 2012, a fuller explication of its reasoning for and the evidence behind its conclusion that "Anglo voters dominate the Democratic primary" in CD 25. Any other party wishing to submit views on this subject shall do so within the prescribed time−period. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 3/6/2012. (lcrmc1) (Entered: 03/06/2012) |
| 03/13/2012 | 216 | | NOTICE *Memorandum Concerning Congressional District 25* by STATE OF TEXAS re Order,, (Mortara, Adam) (Entered: 03/13/2012) |
| 03/13/2012 | 217 | | RESPONSE TO ORDER OF THE COURT re Order,, *March 6, 2012 Relating to Congressional District 25* filed by LISA AGUILAR, NINA JO BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES. (Devaney, John) (Entered: 03/13/2012) |
| 03/13/2012 | 218 | | RESPONSE TO ORDER OF THE COURT re Order,, *March 6 Order on CD 25* filed by ERICKA CAIN, HOWARD JEFFERSON, BILL LAWSON, REGINALD LILLIE, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE. (Attachments: # 1 Exhibit Supplemental Analysis of Dr. Richard Murray)(Riggs, Allison) (Entered: 03/13/2012) |
| 03/13/2012 | 219 | | NOTICE *Response to the Court's Order of March 6, 2012* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Perales, Nina) (Entered: 03/13/2012) |
| 03/15/2012 | 220 | | MOTION for Leave to File *Reply on Congressional District 25 Issue* by LISA AGUILAR, NINA JO BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES (Attachments: # 1 Exhibit Exhibit 1)(Devaney, John) (Entered: 03/15/2012) |
| 03/16/2012 | | | MINUTE ORDER granting 220 Motion for Leave to File Reply on Congressional District 25. Defendant−Intervenors shall file the reply brief attached as Exhibit 1 to ECF No. 220 no later than March 19, 2012. Signed by Judge Rosemary M. Collyer on 3/16/2012. (lcrmc1) (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/16/2012) |
| 03/16/2012 | 221 | | REPLY re 219 Notice (Other) filed by LISA AGUILAR, NINA JO BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES. (rdj) (Entered: 03/16/2012) |
| 03/28/2012 | 222 | | MOTION for Leave to File *Response to Gonzales Intervenors' Brief Regarding Congressional District 25* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Perales, Nina) (Entered: 03/28/2012) |
| 04/02/2012 | | | MINUTE ORDER granting 222 the Texas Latino Redistricting Task Force's ("TLRTF") Motion for Leave to File a Response to Gonzales Intervenors' Brief Regarding Congressional District 25. TLRTF shall file the reply brief attached as Exhibit 1 to ECF. No. 222 no later than April 6, 2012. Signed by Judge Rosemary M. Collyer on 4/2/12. (lcrmc1) (Entered: 04/02/2012) |
| 04/02/2012 | 223 | | RESPONSE *to Gonzales Intervenors' Brief Regarding Congressional District 25* filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 04/02/2012) |
| 07/05/2012 | 224 | | MOTION to Take Judicial Notice by LISA AGUILAR, NINA JO BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Devaney, John) (Entered: 07/05/2012) |
| 07/19/2012 | 225 | | RESPONSE re 224 MOTION to Take Judicial Notice *of the Results from the 2012 Texas Democratic Congressional Primary* filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 07/19/2012) |
| 07/19/2012 | 226 | | RESPONSE re 224 MOTION to Take Judicial Notice *of the Results from the 2012 Texas Democratic Congressional Primary* filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Perales, Nina) (Entered: 07/19/2012) |
| 07/25/2012 | 227 | | REPLY to opposition to motion re 224 MOTION to Take Judicial Notice filed by LISA AGUILAR, NINA JO BAKER, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DANIEL LUCIO, JOSEPHINE MARTINEZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES. (Devaney, John) (Entered: 07/25/2012) |
| 08/28/2012 | | | MINUTE ORDER granting as conceded 178 Motion for Leave to File Supplement to Defendants' Trial Exhibit list. Signed by Judge Rosemary M. Collyer on 8/28/2012. (KD) (Entered: 08/28/2012) |

| | | | |
|---|---|---|---|
| 08/28/2012 | 228 | | ORDER granting 180 the Government's Motion to Take Judicial Notice of Census Data and denying 224 Intervenor's Motion to Take Judicial Notice. Signed by Judge Rosemary M. Collyer on 8/28/2012. (KD) (Entered: 08/28/2012) |
| 08/28/2012 | 229 | | ORDER denying 213 Motion to Intervene filed by Michael Idrogo. Signed by Judge Rosemary M. Collyer on 8/28/2012. (KD) (Entered: 08/28/2012) |
| 08/28/2012 | 230 | | THREE JUDGE COURT OPINION. Signed by Circuit Judge Griffith and District Judges Collyer and Howell on 8/28/2012. (KD) (Entered: 08/28/2012) |
| 08/28/2012 | 231 | | FINAL JUDGMENT. Final Judgment is entered in favor of Plaintiff on Count I and in favor or Defendants on Counts II, III, and IV. Signed by Circuit Judge Griffith and District Judges Collyer and Howell on 12/28/2012. (KD) (Entered: 08/28/2012) |
| 08/30/2012 | 232 | | NOTICE of Appearance by Jonathan F. Mitchell on behalf of STATE OF TEXAS (Mitchell, Jonathan) (Entered: 08/30/2012) |
| 08/30/2012 | 233 | | ERRATA. Signed by Judge Thomas B. Griffith, Judge Rosemary M. Collyer, and Judge Beryl A. Howell on 8/30/2012. (lcrmc1) (Entered: 08/30/2012) |
| 08/31/2012 | 234 | | NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES as to 231 Order by STATE OF TEXAS. Filing fee $ 455, receipt number 0090−3054449. Fee Status: Fee Paid. Parties have been notified. (Mitchell, Jonathan) Modified on 8/31/2012 to reflect that this case has been appealed to the Supreme Court of the United States and not the DC Circuit. (jeb, ). (Entered: 08/31/2012) |
| 09/10/2012 | 235 | | Unopposed MOTION to Hold in Abeyance *Filing of Motions for Attorneys' Fees, Expenses and Costs with Supporting Points and Authorities* by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, ROMEO MUNOZ, TEXAS LATINO REDISTRICTING TASK FORCE, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE (Attachments: # 1 Text of Proposed Order)(Hebert, Joseph) (Entered: 09/10/2012) |
| 09/11/2012 | | | MINUTE ORDER granting 235 Defendant−Intervenors' Motion to Hold in Abeyance. Filing of any motions for attorneys' fees, expenses and costs is held in abeyance pending the outcome of the appeal of this matter. Signed by Judge Rosemary M. Collyer on 9/11/2012. (lcrmc1) (Entered: 09/11/2012) |
| 10/24/2012 | 236 | | SUPREME COURT OF THE UNITED STATES Case Number 12−496 for 234 Notice of Appeal to SUPREME COURT OF THE UNITED STATES, filed by STATE OF TEXAS(rdj) (Entered: 10/26/2012) |

| | | | |
|---|---|---|---|
| 02/08/2013 | 237 | | MOTION to Withdraw as Attorney *Rebecca Couto* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Text of Proposed Order)(Perales, Nina) (Entered: 02/08/2013) |
| 02/08/2013 | | | MINUTE ORDER granting 237 Motion to Withdraw as Attorney as to Rebecca McNeill Couto. Signed by Judge Rosemary M. Collyer on 2/8/2013. (lcrmc2) (Entered: 02/08/2013) |
| 06/18/2013 | 238 | | LEAVE TO FILE DENIED − Letter to the Court from Robert Allensworth. "Leave to file DENIED", Signed by Judge Rosemary M. Collyer on 6/18/2013. This document is unavailable as the Court denied its filing. (zrdj) (Entered: 06/20/2013) |
| 06/28/2013 | 246 | | NOTICE from the Supreme Court of the United States (rdj) (Entered: 07/23/2013) |
| 07/03/2013 | 239 | | MOTION to Dismiss by STATE OF TEXAS (Attachments: # 1 Text of Proposed Order Order)(Mitchell, Jonathan) (Entered: 07/03/2013) |
| 07/03/2013 | 240 | | ENTERED IN ERROR.....MOTION to Amend/Correct *Answer and Assert Counterclaim* by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, ROMEO MUNOZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE (Riggs, Allison) Modified on 7/3/2013 (rdj). (Entered: 07/03/2013) |
| 07/03/2013 | 241 | | MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, ROMEO MUNOZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE (Attachments: # 1 Text of Proposed Order)(Riggs, Allison) (Entered: 07/03/2013) |
| 07/03/2013 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 240 MOTION to Amend/Correct *Answer and Assert Counterclaim* was entered in error and counsel refiled said pleading as entry 241 . (rdj) (Entered: 07/03/2013) |
| 07/12/2013 | 242 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 241 MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* by STATE OF TEXAS (Attachments: # 1 Text of Proposed Order)(Mitchell, Jonathan) (Entered: 07/12/2013) |
| 07/15/2013 | | | MINUTE ORDER granting 242 Plaintiff's Unopposed Motion for Extension of Time to File Response to 241 Defendant−Intervenors' Motion for Leave to File Amended Answer and Counterclaim. Plaintiff shall file its response |

| | | |
|---|---|---|
| | | to Defendant−Intervenor's Motion for Leave to File Amended Answer and Counterclaim no later than July 22, 2013. Signed by Judge Rosemary M. Collyer on July 15, 2013. (lcrmc3) (Entered: 07/15/2013) |
| 07/15/2013 | 243 | Unopposed MOTION for Extension of Time to File Response/Reply as to 239 MOTION to Dismiss by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, ROMEO MUNOZ, TEXAS LATINO REDISTRICTING TASK FORCE, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE (Attachments: # 1 Text of Proposed Order)(Hebert, Joseph) (Entered: 07/15/2013) |
| 07/15/2013 | 244 | Unopposed MOTION for Extension of Time to File Response/Reply as to 241 MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* by STATE OF TEXAS (Attachments: # 1 Text of Proposed Order)(Mitchell, Jonathan) (Entered: 07/15/2013) |
| 07/15/2013 | | Set/Reset Deadlines/Hearings: Response to 241 due by 7/22/2013. (cdw) (Entered: 07/16/2013) |
| 07/16/2013 | | MINUTE ORDER granting 243 Defendant−Intervenors' Unopposed Motion for Extension of Time to File Response to 239 Plaintiff's Motion to Dismiss. Defendants and Defendant−Intervenors shall respond to Plaintiff's Motion to Dismiss no later than July 26, 2013. Signed by Judge Rosemary M. Collyer on July 16, 2013. (lcrmc3) (Entered: 07/16/2013) |
| 07/16/2013 | | MINUTE ORDER granting 244 Plaintiff's Second Unopposed Motion for Extension of Time to File Response to 241 Defendant−Intervenors' Motion for Leave to File Amended Answer and Counterclaim. Plaintiff shall file its response to Defendant−Intervenors' motion no later than July 26, 2013. Signed by Judge Rosemary M. Collyer on July 16, 2013. (lcrmc3) (Entered: 07/16/2013) |
| 07/16/2013 | 245 | Unopposed MOTION for Extension of Time to File Response/Reply as to 241 MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Freeman, Daniel) (Entered: 07/16/2013) |
| 07/16/2013 | | Set/Reset Deadlines/Hearings: Response to 239 due by 7/26/2013. (cdw) (Entered: 07/16/2013) |
| 07/16/2013 | | Set/Reset Deadlines/Hearings: Response to 241 due by 7/26/2013. (cdw) (Entered: 07/16/2013) |
| 07/16/2013 | | MINUTE ORDER granting 245 United States' Unopposed Motion for Extension of Time to File Response to 241 Defendant−Intervenors' Motion for Leave to File Amended Answer and Counterclaim. United States shall |

| | | | |
|---|---|---|---|
| | | | file its response to Defendant−Intervenors' motion no later than July 26, 2013. Signed by Judge Rosemary M. Collyer on July 16, 2013. (lcrmc3) (Entered: 07/16/2013) |
| 07/16/2013 | | | Set/Reset Deadlines/Hearings: United States Response to 241 due by 7/26/2013. (cdw) (Entered: 07/17/2013) |
| 07/25/2013 | 247 | | RESPONSE re 239 MOTION to Dismiss filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 07/25/2013) |
| 07/25/2013 | 248 | | RESPONSE re 241 MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* filed by ERIC H. HOLDER, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1)(Freeman, Daniel) (Entered: 07/25/2013) |
| 07/26/2013 | 249 | | RESPONSE re 239 MOTION to Dismiss filed by MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES. (Posner, Mark) (Entered: 07/26/2013) |
| 07/26/2013 | 250 | | RESPONSE re 239 MOTION to Dismiss filed by TEXAS LATINO REDISTRICTING TASK FORCE. (Perales, Nina) (Entered: 07/26/2013) |
| 07/26/2013 | 251 | | RESPONSE re 241 MOTION to Amend/Correct *Answer and Assert Counterclaim (Corrected with Attached Proposed Order)* filed by STATE OF TEXAS. (Attachments: # 1 Text of Proposed Order)(Mitchell, Jonathan) (Entered: 07/26/2013) |
| 07/26/2013 | 252 | | RESPONSE re 239 MOTION to Dismiss filed by LISA AGUILAR, NINA JO BAKER, VICKI BARGAS, ERICKA CAIN, WENDY DAVIS, BLANCA GARCIA, VICTOR GARZA, GREG GONZALES, HOWARD JEFFERSON, JOHN JENKINS, BILL LAWSON, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, REGINALD LILLIE, NELSON LINDER, DANIEL LUCIO, JOSEPHINE MARTINEZ, ROMEO MUNOZ, TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS STATE CONFERENCE OF NAACP BRANCHES, KATRINA TORRES, MARC VEASEY, JUANITA WALLACE. (Riggs, Allison) (Entered: 07/26/2013) |
| 07/29/2013 | 253 | | SUPREME COURT JUDGMENT (certified copy) as to 234 Notice of Appeal to SUPREME COURT OF THE UNITED STATES, filed by STATE OF TEXAS (rdj) (Entered: 07/29/2013) |
| 11/07/2013 | 254 | | MOTION to Withdraw *Karolina Lyznik Walters* by TEXAS LATINO REDISTRICTING TASK FORCE (Attachments: # 1 Text of Proposed Order)(Lyznik, Karolina) (Entered: 11/07/2013) |
| 11/07/2013 | | | MINUTE ORDER granting 254 Motion to Withdraw as Attorney as to Karolina Lyznik Walters. Signed by Judge Rosemary M. Collyer on November 7, 2013. (lcrmc3) (Entered: 11/07/2013) |
| 12/03/2013 | 255 | | THREE JUDGE COURT MEMORANDUM AND ORDER. Texas's 239 Motion to Dismiss is GRANTED and Defendant−Intervenors' 241 Motion for Leave to Amend Their Answers and Assert a Counterclaim is DENIED. This is a final appealable order. See Fed. R. App. P. 4(a). This case is closed. Signed by Circuit Judge Griffith and District Judges Collyer and Howell on December 3, 2013. (lcrmc3) (Entered: 12/03/2013) |

| 12/17/2013 | 256 |  | MOTION for Attorney Fees *Expenses and Costs* by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Text of Proposed Order)(Hebert, Joseph) (Entered: 12/17/2013) |
| 12/17/2013 | 257 |  | MOTION for Attorney Fees by GREG GONZALES (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Declaration John Devaney, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Declaration Renea Hicks, # 8 Exhibit A)(Devaney, John) (Entered: 12/17/2013) |
| 12/17/2013 | 258 |  | MOTION for Attorney Fees by HOWARD JEFFERSON, BILL LAWSON, NELSON LINDER, TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Notzon, Robert) (Entered: 12/17/2013) |
| 12/20/2013 | 259 |  | NOTICE *Advisory* by STATE OF TEXAS re 258 MOTION for Attorney Fees , 257 MOTION for Attorney Fees , 256 MOTION for Attorney Fees *Expenses and Costs* (Frederick, Matthew) (Entered: 12/20/2013) |
| 12/27/2013 | 260 |  | REPLY to opposition to motion re 256 MOTION for Attorney Fees *Expenses and Costs* filed by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY. (Hebert, Joseph) (Entered: 12/27/2013) |
| 01/07/2014 | 261 |  | REPLY to opposition to motion re 257 MOTION for Attorney Fees filed by GREG GONZALES. (Devaney, John) (Entered: 01/07/2014) |
| 01/10/2014 | 262 |  | NOTICE OF SUPPLEMENTAL AUTHORITY by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Exhibit A)(Hebert, Joseph) (Entered: 01/10/2014) |
| 01/22/2014 | 263 |  | ORDER dissolving three−judge district court and remanding case to the Honorable Rosemary M. Collyer for all further proceedings. Signed by Circuit Judge Thomas B. Griffith and District Judges Rosemary M. Collyer and Beryl A. Howell on January 22, 2014. (lcrmc3) (Entered: 01/22/2014) |
| 05/29/2014 | 264 |  | NOTICE OF SUPPLEMENTAL AUTHORITY by VICKI BARGAS, WENDY DAVIS, JOHN JENKINS, ROMEO MUNOZ, MARC VEASEY (Attachments: # 1 Exhibit A − Supplemental Authority)(Smith, Paul) (Entered: 05/29/2014) |
| 06/18/2014 | 265 | 59 | MEMORANDUM AND OPINION. Signed by Judge Rosemary M. Collyer on June 18, 2014. (lcrmc3) (Entered: 06/18/2014) |
| 06/18/2014 | 266 | 57 | ORDER GRANTING 256 Motion for Attorney Fees of Defendant−Intervenors Wendy Davis, et al., 257 Motion for Attorney Fees of Defendant−Intervenors Greg Gonzales, et al., and 258 Motion for Attorney Fees of Defendant−Intervenors Texas State Conference of NAACP Branches, et al. Plaintiff must remit $466,680.36 to Defendant−Intervenors Wendy Davis for fees and costs, $597,715.60 to Defendant−Intervenors Greg Gonzales for fees and costs, and $32,374.05 to Defendant−Intervenors Texas State Conference of NAACP Branches for fees and costs. All |

| | | | |
|---|---|---|---|
| | | | disbursements shall occur no later than July 2, 2014. This is a final appealable order. See Fed. R. App. P. 4(a). Signed by Judge Rosemary M. Collyer on June 18, 2014. (lcrmc3) (Entered: 06/18/2014) |
| 06/23/2014 | <u>267</u> | 54 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>265</u> Memorandum &Opinion, <u>266</u> Order on Motion for Attorney Fees,,,,,,,, by STATE OF TEXAS. Filing fee $ 505, receipt number 0090−3756368. Fee Status: Fee Paid. Parties have been notified. (Mitchell, Jonathan) (Entered: 06/23/2014) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS

*Plaintiff,*

v.

ERIC H. HOLDER, JR.,
Attorney General of the United States, and
UNITED STATES,

*Defendants,* and

WENDY DAVIS, *et al.,*

*Intervenor-Defendants*, and

LULAC, et al.,

*Movants.*

Case No. 1:11-cv-01303
RMC-TBG-BAH

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM A JUDGMENT OF A DISTRICT COURT

Notice is hereby given that the State of Texas appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order entered in this case on June 18, 2014.

Dated:  June 23, 2014

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 936-1695

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I certify that on this day, June 23, 2014, a copy of this notice of appeal was served via the CM/ECF system to Defendant's and Intervenor-Defendants' counsel.

   /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for the State of Texas*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STATE OF TEXAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA, and** | )   Civil Action No. 11-1303 (RMC) |
| **ERIC H. HOLDER, JR., in his official** | ) |
| **capacity as Attorney General of the** | ) |
| **United States,** | ) |
| | ) |
| **Defendants, and** | ) |
| | ) |
| **WENDY DAVIS, *et al.*,** | ) |
| | ) |
| **Defendant-Intervenors.** | ) |

## ORDER

For the reasons set forth in the Opinion filed simultaneously with this Order, it is

hereby

**ORDERED** that the Motion for Fees, Expenses, and Costs of Defendant-

Intervenors Wendy Davis, *et al.*, Dkt. 256, the Motion for Fees and Expenses of Defendant-

Intervenors Greg Gonzales, *et al.*, Dkt. 257, and the Motion for Fees, Expenses, and Costs of

Defendant-Intervenors Texas State Conference of NAACP Branches, *et al.*, Dkt. 258, are

**GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff must remit $466,680.36 to Defendant-

Intervenors Wendy Davis for fees and costs, $597,715.60 to Defendant-Intervenors Greg

Gonzales for fees and costs, and $32,374.05 to Defendant-Intervenors Texas State Conference of

NAACP Branches for fees and costs; and it is

**FURTHER ORDERED** that all disbursements shall occur no later than <u>July 2, 2014</u>; and it is

**FURTHER ORDERED** this is a final appealable order.  *See* Fed. R. App. P. 4(a).

/s/
ROSEMARY M. COLLYER
Date: June 18, 2014                    United States District Judge

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STATE OF TEXAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, and** | ) | |
| **ERIC H. HOLDER, JR., in his official** | ) | **Civil Action No. 11-1303 (RMC)** |
| **capacity as Attorney General of the** | ) | |
| **United States,** | ) | |
| | ) | |
| **Defendants, and** | ) | |
| | ) | |
| **WENDY DAVIS,** *et al.*, | ) | |
| | ) | |
| **Defendant-Intervenors.** | ) | |
| | ) | |

## OPINION

This matter presents a case study in how not to respond to a motion for attorney fees and costs. At issue is whether defendant-intervenors, who prevailed in Voting Rights Act litigation before a three-judge panel, may recoup attorney fees and costs even though the Supreme Court vacated that opinion in light of the Supreme Court's subsequent decision in a different lawsuit that declared a section of the Voting Rights Act unconstitutional. A quick search of the Federal Reporter reveals the complexity of this narrow question. Yet, rather than engage the fee applicants, Plaintiff Texas basically ignores the arguments supporting an award of fees and costs. In a three-page filing entitled "Advisory," Texas trumpets the Supreme Court's decision, expresses indignation at having to respond at all, and presumes that the motion for attorney fees is so frivolous that Texas need not provide further briefing in opposition unless

1

requested.  Such an opposition is insufficient in this jurisdiction.  Circuit precedent and the Local Rules of this Court provide that the failure to respond to an opposing party's arguments results in waiver as to the unaddressed contentions, and the Court finds that Texas's "Advisory" presents no opposition on the applicable law.  Accordingly, the Court will award the requested fees and costs.

## I.  FACTS

Following the 2010 Census, Texas redrew its State and congressional voting districts to account for its growing population and new congressional seats, *see* U.S. Const. art. I, § 2, cl. 3; U.S. Const. amend. XIV, § 2, and to comply with the principle of one-person, one-vote, *see Georgia v. Ashcroft*, 539 U.S. 461, 488 n.2 (2003) (citing *Reynolds v. Sims*, 377 U.S. 533 (1964)).  The new voting districts could not take immediate effect, however.  At the time the redistricting plans were enacted, the State fell within the coverage formula of Section 4(b) of the Voting Rights Act of 1965 (VRA), 42 U.S.C. §§ 1973, *et seq.*, and, therefore, was required under Section 5 of the VRA to obtain approval, or "preclearance," of its redistricting plans from the Attorney General of the United States or a three-judge panel of this Court, *see id.* § 1973c(a).  Texas did not seek administrative preclearance but instead filed suit in this Court on July 19, 2011.  *See* Compl. [Dkt. 1].  The lawsuit sought approval for redistricting plans the Texas Legislature had drawn for the U.S. House of Representatives (Plan C185), the Texas House of Representatives (Plan H283), the Texas Senate (Plan S148), and the Texas State Board of Education.  Texas sought a declaratory judgment that all Plans complied with Section 5 of the VRA because they neither had "the purpose nor . . . effect of denying or abridging the right to vote on account of race, color, or [language minority group]."[1]  42 U.S.C. § 1973c(a).

---

[1] In 1975, Congress extended the VRA to cover members of language minority groups.  *See* 42

Properly convened as a three-judge panel, *id.*; 28 U.S.C. § 2284, this Court had jurisdiction pursuant to 42 U.S.C. § 1973c and 28 U.S.C. §§ 1346(a)(2), 2201.  The United States opposed preclearance of Plans C185 and H283.  In addition, seven parties intervened as defendants, each of whom opposed preclearance of one or more of Texas's redistricting Plans.[2]  No party, however, objected to the plan for the Texas State Board of Education.  Therefore, on September 22, 2011, the Court entered judgment in favor of Texas on that Plan, permitting its immediate implementation.  *See* Sept. 22, 2011 Minute Order; *see also Texas*, 887 F. Supp. 2d at 138 n.1.

After denying Texas's motion for summary judgment and ordering expedited discovery, the three-judge Court conducted a bench trial over a two-week period in January 2012.  The United States and Defendant-Intervenors argued against preclearance, presenting evidence at trial and submitting post-trial briefing.  *Texas*, 887 F. Supp. 2d at 139.  The opposition to the Plans, however, was not uniform.  For instance, the United States, the Texas Latino Redistricting Task Force, and the Gonzales Intervenors all presented expert reports and testimonies concerning retrogression.  *Id.* at 141.  Only the Davis Intervenors, Texas NAACP Intervenors, the League of Urban Latin American Citizens, and the Texas Legislative Black Caucus argued that Plan S148 should be denied preclearance due to the retrogressive manner in

U.S.C. § 1973b(f)(2); *see also id.* § 1973*l*(c)(3) (defining the terms "language minorities" and "language minority groups").

[2] The parties intervened in their capacities as "individual voters, elected state representatives, or civil rights advocacy groups."  *Texas v. United States*, 887 F. Supp. 2d 133, 138 n.2 (D.D.C. 2012), *vacated and remanded*, 133 S. Ct. 2885 (2013).  Specifically, they were Texas State senators and representatives from districts in the Fort Worth area (collectively, Davis Intervenors); two legislative caucuses of the Texas House of Representatives (the Mexican American Legislative Caucus and the Texas Legislative Black Caucus); a group of Hispanic and African-American voters in Texas (collectively, Gonzales Intervenors); and three organizations concerned about minority voting rights, redistricting, or voter registration (the Texas State Conference of NAACP Branches, the League of United Latin American Citizens, and the Texas Latino Redistricting Task Force).  *Id.*

3

which the Texas Legislature had drawn State Senate District 10 (Fort Worth).[3]  *See id.* at 162.

Texas presented its own expert testimony and argued vigorously for approval of all three Plans.

The upshot was a "voluminous trial record" that fleshed out the controversies.  *Id.* at 139.

The three judges of this Court were not the only judicial officers wrestling with

redistricting Plans C185, H283, and S148.  Several parties, including many of the Defendant-

Intervenors in the instant litigation, had instituted suit against Texas in the Western District of

Texas under Section 2 of the VRA, 42 U.S.C. § 1973(a).[4]  Before a three-judge panel in the

Western District of Texas, those parties argued that Plans C185, H283, and S148 violated

Section 2 because all three Plans discriminated against minority voters by diluting their voting

strength in certain areas of Texas.  *Perry v. Perez*, 132 S. Ct. 934, 940 (2012) (per curiam).

Although the three-judge panel in Texas withheld judgment until this Court resolved the

preclearance litigation, it adopted interim plans for the 2012 election because the redistricting

Plans had not been precleared and the State could not use its prior voting districts, now mal-

apportioned because of population growth.  *See id.*  The Texas court imposed a set of interim

maps, which were later adjusted after the Supreme Court vacated them due to various errors not

pertinent here.  *See id.* at 943-44.

On August 28, 2012, this Court denied Texas's motion for declaratory judgment,

finding that Plans C185, S148, and H283 did not merit preclearance because Texas had not

carried its burden of showing that those Plans did "not have the purpose or effect of denying or

---

[3] These Defendant-Intervenors also argued that Plan S148 was enacted with discriminatory intent.  *Id.* at 162.

[4] Section 2 provides that "[n]o voting qualification or prerequisite to voting or standard, practice, or procedure shall be imposed or applied by any State or political subdivision in a manner which results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color . . . ."  42 U.S.C. § 1973(a).

abridging the right to vote on account of race, color, or membership in a language minority group under [S]ection 5 of [VRA]." *See Texas*, 887 F. Supp. 2d at 178.  Specifically, the Court found that Texas had failed to overcome evidence of the retrogressive effect of Plans C185 and H283 and evidence of discriminatory purpose in enacting Plan C185 and Senate District 10 in Plan S148.  *Id.* at 162, 178.  Throughout its Opinion, this Court made clear that it was relying on the evidence offered at trial by all parties, including Defendant-Intervenors.

On October 19, 2012, Texas appealed this Court's decision to the Supreme Court. Thereafter, between June 21 and 23, 2013, the Texas Legislature repealed and replaced Plans C185, H283, and S148 with new maps.  The Texas Legislature passed three separate statutes that redrew the State's voting districts in a manner that closely mirrored the second set of interim plans ordered by the *Perez* Court.  *See* Davis Mot. for Fees [Dkt. 256] at 10.  The Governor of Texas signed these new plans into law on June 26, 2013.  *Id.* at 11.

On June 25, 2013, after Texas legislative action and one day before the Governor signed the three new redistricting plans into law, the Supreme Court issued *Shelby County v. Holder*, 133 S. Ct. 2612 (2013).  *Shelby County* involved a constitutional challenge to Section 4 of the VRA.  The Supreme Court held that because the coverage formula in Section 4(b) was based on stale data and distinguished among the States in an unconstitutional manner, it "can no longer be used as a basis for subjecting jurisdictions to preclearance."  *Id.* at 2631.  Then, on June 27, 2013, one day *after* Texas replaced Plans C185, S148, and H283, the Supreme Court vacated and remanded this Court's opinion that had denied preclearance to Texas.  The Davis Intervenors had immediately moved in the Supreme Court for dismissal of Texas's appeal as moot in light of the formal adoption of new voting plans by the Texas Legislature, and the Supreme Court instructed this Court to consider both *Shelby County* and the Davis Intervenors'

5

"suggestion of mootness" on remand.  *Texas*, 133 S. Ct. at 2885.

On July 3, 2013, Texas moved to dismiss this lawsuit as moot in light of *Shelby County*.  *See* Pl. Mot. to Dismiss [Dkt. 239].  All Defendant-Intervenors argued against the motion, and several asked for leave to file a counterclaim against Texas under Section 3(c) of the VRA, 42 U.S.C. § 1973a(c).  The Court found that both *Shelby County* and Texas's enactment of superseding redistricting plans mooted the controversy.  *See* Dec. 3, 2013 Mem. & Order [Dkt. 255] at 4.  It also noted that dismissal of the suit as moot would not preclude Defendant-Intervenors from seeking attorney fees.  *See id.*  Accordingly, the Court granted Texas's motion to dismiss and closed the case.  On January 22, 2014, the three-judge Court dissolved itself and remanded the matter to this single judge for further proceedings.  *See* Jan. 22, 2014 Order [Dkt. 263].

The Davis Intervenors, Gonzales Intervenors, and Texas State Conference of NAACP Branches (collectively, Fee Applicants) now move for attorney fees and costs.[5]  They contend that they are prevailing parties and are entitled to fees and costs under the VRA.  The Davis Intervenors seek a total reimbursement of $466,680.36, *see* Davis Mot. for Fees at 2, the Gonzales Intervenors seek a total reimbursement of $597,715.60, *see* Gonzales Mot. for Fees [Dkt. 257] at 2, and the Texas State Conference of NAACP Branches seeks a total reimbursement of $32,374.05, *see* Texas State Conference of NAACP Branches Mot. for Fees [Dkt. 258] at 1.

Texas has not filed a brief in opposition to the pending motions.  Instead, Texas filed a three-page "Advisory" that begins and ends with *Shelby County*.  *See* Advisory [Dkt. 259].  Texas writes that, in light of *Shelby County*, the State was wrongly subjected to

---

[5] Fee Applicants timely filed their motions for attorney fees pursuant to the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

preclearance in the first place. As a result, Texas contends, the participation of Defendant-Intervenors in this VRA litigation only served to "aggravat[e] the unconstitutional burden of preclearance and delay[] [Texas's] reapportionment efforts following the 2010 Census." *Id.* at 2. Texas adds that "[t]he only basis upon which the Intervenors could conceivably have claimed prevailing-party status" was the three-judge Court's denial of preclearance, which the Supreme Court vacated on appeal. *Id.* Confident in its Advisory, Texas makes no additional arguments and asserts an intention to say no more unless required to do so. *Id.* at 3 ("*Shelby County* requires immediate denial of all motions for fees and costs, and the State does not intend to respond unless requested to do so by the Court.").

## II. ANALYSIS

The merits of the instant litigation were tried to a three-judge Court under the VRA, and that Court fulfilled its mandate when it entered its judgment. Section 5 of the VRA requires matters to be "heard and determined by a court of three judges" only to the extent required by 28 U.S.C. § 2284, *see* 42 U.S.C. § 1973c(a). Section 2284, in turn, permits "[a] single judge . . . [to] conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as [otherwise] provided . . . ." 28 U.S.C. § 2284(b)(3). Here, the three-judge panel fulfilled its statutory purpose. The question of fees and costs is an ancillary matter and is properly resolved by the district court judge to whom the case was assigned initially. *See, e.g.*, *Pub. Serv. Comm'n of Mo. v. Brashear Freight Lines, Inc.*, 312 U.S. 621, 625 (1941) (noting that a single district judge, rather than a three-judge panel, should have resolved a motion for damages that was filed after the three-judge panel had ruled on an injunction application for which the three-judge panel had been convened); *Hamilton v. Nakai*, 453 F.2d 152, 161 (9th Cir. 1971) (holding that a single judge could decide an ancillary issue because the

7

three-judge court had issued its judgment and therefore "had fulfilled the statutory purpose for which the two additional judges had been called"); *Allen v. Cnty. Sch. Bd. of Prince Edward Cnty., Va.*, 249 F.2d 462, 464 (4th Cir. 1957) (finding post-judgment motion requesting deadline for compliance with three-judge court's desegregation order was properly resolved by single district court judge).

Turning to the first principles of attorney fee awards, parties in the United States ordinarily bear their own attorney fees regardless of the outcome of the litigation. *Fresh Kist Produce, LLC v. Choi Corp.*, 362 F. Supp. 2d 118, 125 (D.D.C. 2005) (citing *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 602-03 (2001), *superseded in part by statute*, Open Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524 (codified at 5 U.S.C. § 552(a)(4)(E) (2009))).  There are exceptions, however, to this so-called "American Rule."  For instance, the American Rule does not apply where there is an explicit statutory basis for awarding fees. *Id.* (citing *Alyeska Pipeline Serv. Co. v. The Wilderness Soc'y*, 421 U.S. 240, 257 (1975), *superseded by statute on other grounds*, Civil Rights Attorney's Fees Awards Act of 1976, Pub. L. No. 106-274, §4(d), 114 Stat. 803, 804 (codified at 42 U.S.C. § 1988(b) (2000))).

If a party establishes that it is entitled to attorney fees, then the question becomes whether the fees sought are reasonable.  *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983), *abrogated on other grounds by Gisbrecht v. Barnhart*, 535 U.S. 789, 795-805 (2002).  The standard metric for determining the reasonableness of a fee request is the "lodestar method."[6] As discussed *infra*, such a calculation "produces an award that *roughly* approximates the fee that

---

[6] The "lodestar" approach to fee awards was established by the Supreme Court in *Hensley*, and is the approach followed by the federal courts in most fee award disputes.  *See Gisbrecht*, 535 U.S. at 802.

the prevailing attorney would have received if he or she had been representing a paying client who was billed by the hour in a comparable case." *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 551 (2010).

### A.  Fee Applicants' Entitlement to Fees and Costs

Fee Applicants contend that statutory fee shifting provisions apply here. Specifically, they seek attorney fees under § 1973*l*(e) of the VRA, 42 U.S.C. § 1973*l*(e), and subsection (b) of 42 U.S.C. § 1988.  Both provisions contain similar language and identical legislative purposes.  *See Donnell v. United States*, 682 F.2d 240, 245 n.7 (D.C. Cir. 1982).  The former states that "[i]n any action or proceeding to enforce the voting guarantees of the fourteenth or fifteenth amendment, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee, reasonable expert fees, and other reasonable litigation expenses as part of the costs," 42 U.S.C. § 1973*l*(e), while the latter permits a court, "in its discretion, . . . [to] allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs," 42 U.S.C. § 1988(b).  Both provisions are designed to "encourag[e] private litigants to act as 'private attorneys general' in seeking to vindicate the civil rights laws."  *Donnell*, 682 F.2d at 245.  As a result, the two provisions are construed alike.  *Id.* at 245 n.7 (citing *Riddell v. Nat'l Democratic Party*, 624 F.2d 539, 543 (5th Cir. 1980)); *see also Buckhannon*, 532 U.S. at 603 n.4 (recognizing that § 1973*l*(e) and § 1988(b) have been interpreted in a consistent manner).

Requests for attorney fees pursuant to § 1973*l*(e) and § 1988(b) generally implicate two questions of law.  The first is whether the party seeking recovery of attorney fees is a prevailing party.  If so, then a fee award ordinarily should be granted.  *See, e.g.*, *Blanchard v. Bergeron*, 489 U.S. 87, 89 n.1 (1989) (observing that a party that prevails in § 1988 litigation

9

"ordinarily" is entitled to attorney fees (internal quotations and citation omitted)); *Donnell*, 682

F.2d at 245 ("[T]he legislative history [of § 1973*l*(e)] makes clear that a prevailing party usually

should recover fees."). The second is whether a court should exercise its discretion *not* to award

attorney fees because there are "special circumstances [that] would render such an award unjust."

*Newman v. Piggie Park Enters.*, 390 U.S. 400, 402 (1968).

### 1.  Prevailing Party Precedent

The phrase "prevailing party" is a legal term of art, *Buckhannon*, 532 U.S. at 603,

which has been addressed by the Supreme Court in multiple decisions. *See, e.g.*, *Tex. State*

*Teachers Ass'n v. Garland Indep. Sch. Dist.*, 489 U.S. 782, 791 (1989) ("A prevailing party must

be one who has succeeded on any significant claim affording it some of the relief sought, either

*pendent lite* or at the conclusion of the litigation."); *Hewitt v. Helms*, 482 U.S. 755, 760 (1987)

("[P]laintiff [must] receive at least some relief on the merits of his claim before he can be said to

prevail."). The Supreme Court most recently grappled with the concept in *Buckhannon*. There,

interpreting the fee-shifting provisions of the Fair Housing Amendments Act of 1988, 42 U.S.C.

§ 3613(c)(2), and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12205,[7] the Supreme

Court explained that a prevailing party is "one who has been awarded some relief by the court,"

*Buckhannon*, 532 U.S. at 603, resulting in a "judicially sanctioned change in the legal

relationship of the parties," *id.* at 605.

*Buckhannon* excluded from its definition instances in which the objective of a

lawsuit is achieved because a defendant voluntarily changes its conduct. Terming it the "catalyst

---

[7] The fee-shifting provisions of the Fair Housing Amendment Act and the Americans with Disabilities Act are similar to 42 U.S.C. § 1973*l*(e) and 42 U.S.C. § 1988(b). The Fair Housing Amendments Act provides that "the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee and costs", 42 U.S.C. § 3613(c)(2), while the Americans with Disabilities Act states that "the court . . . , in its discretion, may allow the prevailing party . . . a reasonable attorney's fee, including litigation expenses and costs," 42 U.S.C. § 12205.

theory" of fees recovery, *id.* at 601, the Supreme Court reasoned that such a basis for recovery is

not connected to the clear meaning of "prevailing party," *id.* at 605.  Neither the legislative

history of similar fee-shifting provisions, such as the Civil Rights Attorney's Fee Awards Act, *id.*

at 607, nor the Court's precedents supported a "holding that the term 'prevailing party'

authorizes an award of attorney's fees *without* a corresponding alteration in the legal relationship

of the parties," *id.* at 605.  Even more troublesome to the Supreme Court was the fact that the

catalyst theory permits litigants to recover attorney fees for "nonfrivolous but nonetheless

potentially meritless lawsuit[s]."  *Id.* at 606.  Not only are such recoveries without "the necessary

judicial *imprimatur*," *id.* at 605, but they discourage voluntary changes in conduct, *id.* at 608.

Accordingly, the Supreme Court held that voluntary changes in conduct disassociated from

judicial action are similar to a "reversal of a directed verdict," a finding of constitutional

infirmity "unaccompanied by judicial relief," and other nonjudicial modifications of actual

conditions, none of which permits recovery of attorney fees.[8]  *Id.* at 605-06 (internal quotations

and citations omitted).

       Since *Buckhannon*, the D.C. Circuit has adopted a three-part test for adjudicating

prevailing-party status.  Prevailing-party status turns on whether there is "(1) . . . a court-ordered

change in the legal relationship of the parties; (2) [a] judgment . . . in favor of the party seeking

the fees; and (3) [a] judicial pronouncement . . . accompanied by judicial relief."  *Green Aviation*

*Mgmt. Co. v. FAA*, 676 F.3d 200, 203 (D.C. Cir. 2012) (internal quotation marks and citation

omitted).  Markedly, only the latter two prongs are relevant when a defendant is the party

---

[8] Through the Open Government Act of 2007, Congress superseded *Buckhannon* and reinstated
the catalyst theory of attorney fee recovery only for fee awards under the Freedom of
Information Act, 5 U.S.C. § 552.  *See Brayton v. Office of the U.S. Trade Representative*, 641
F.3d 521, 525 (D.C. Cir. 2011).

seeking attorney fees.[9]  *Id.* at 204.

> *Buckhannon* expressly recognized only two appropriate bases for awarding

attorney fees—judgments on the merits and settlements enforced through consent decrees.

*Buckhannon*, 532 U.S. at 605 ("We have only awarded attorney's fees where the plaintiff has

received a judgment on the merits, or obtained a court-ordered consent decree." (internal

citations omitted)).  Prevailing-party status in this jurisdiction, however, is not so limited.  Under

the D.C. Circuit's construction of *Buckhannon*, a litigant in this jurisdiction need only establish

that s/he received "some form of judicial relief, not necessarily a court-ordered consent decree or

a judgment on the merits."  *Turner v. Nat'l Transp. Safety Bd.*, 608 F.3d 12, 15 (D.C. Cir. 2010).

The D.C. Circuit has recognized that, under certain circumstances, prevailing-party status may

result from a favorable jurisdictional ruling, a grant of preliminary injunction, or even a

judicially-sanctioned stipulation.  *Id.* (citing with approval *District of Columbia v. Jeppsen ex*

*rel. Jeppsen*, 514 F.3d 1287, 1290 (D.C. Cir. 2008); *Select Milk Producers, Inc. v. Johanns*, 400

F.3d 939, 945 (D.C. Cir. 2005); *Carbonell v. INS*, 429 F.3d 894, 895-96, 899 (9th Cir. 2005)).

### 2.  Fee Applicants' Arguments

> Although each Fee Applicant moves separately for attorney fees, their arguments

---

[9] In *Oil, Chemical, & Atomic Workers International Union v. Department of Energy*, 288 F.3d 452 (D.C. Cir. 2002), *superseded by statute on other grounds*, Open Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, *as recognized in Summers v. Department of Justice*, 569 F.3d 500, 503 (D.C. Cir. 2009), the D.C. Circuit ruled that when interpreting a fee-shifting provision courts should give the phrase "prevailing party" the same construction as it does in other fee-shifting provisions "unless there is some good reason for doing otherwise," *id.* at 455. Overcoming this presumption is difficult.  *Green Aviation*, 676 F.3d at 202 (explaining that this Circuit "has joined other circuits in acknowledging that the burden of establishing good reason not to apply *Buckhannon* is not easily met" (internal alterations, citation, and quotations omitted)).  Neither Texas nor the Fee Applicants argue that *Buckhannon* should not control the meaning of "prevailing party" in 42 U.S.C. § 1973*l*(e) or 42 U.S.C. § 1988(b).

for prevailing-party status largely overlap and can be summarized.[10]  Fee Applicants state that they joined the litigation to oppose preclearance for Plans C185, H283, and/or S148.  This Court first denied preclearance to Texas on summary judgment, with the result that the District Court in the Western District of Texas imposed interim maps that re-drew some voting districts.  Following a trial before this Court at which all parties presented demonstrative evidence, expert reports, and testimony, the Court found that Plans C185, H283, and S148 violated the VRA.  It, therefore, denied preclearance.  Fee Applicants argue that this result was enshrined into law in June 2013, when Texas repealed Plans C185, H283, and S148 and enacted new redistricting plans that were substantially similar to the interim maps drawn by the three-judge panel in Texas.  Because Texas never used Plans C185, H283, or S148 for any actual voting (primary or general election) and all Plans were rejected by the Court and replaced by Texas, Fee Applicants contend that they achieved not just *some* judicial relief, but rather, *all* of the relief that they sought.

Outraged that Fee Applicants would dare to request fees, Texas responds with its Advisory.  Texas posits that the three-judge Court's denial of preclearance is "[t]he only basis upon which the intervenors could conceivably . . . claim[] prevailing-party status," Advisory at 2, but that the decision does not support a fee award because it "was vacated on appeal," *id.*  Texas

---

[10] Unlike the Davis Intervenors and the Texas State Conference of NAACP Branches, the Gonzales Intervenors rely primarily on *Commissioners Court of Medina County, Texas v. United States*, 683 F.2d 435 (D.C. Cir. 1982), in arguing their prevailing-party status.  The Gonzales Intervenors contend that a judgment denying preclearance gives rise to a presumption that any defendants who intervened are prevailing parties.  Further, the Gonzales Intervenors argue that, even without such a presumption, they fit within *Medina County*'s two-prong test for determining prevailing-party status.  *Medina County*, however, is a "catalyst theory" fee award case that predates *Buckhannon*.  *See* 683 F.2d at 440 (describing the applicable test for prevailing party status as whether "the party . . . substantially received the relief sought, and . . . [whether] the lawsuit . . . [was] a *catalytic, necessary, or substantial factor in attaining the relief*" (emphasis added)).  Although neither the Supreme Court nor the D.C. Circuit has overruled *Medina County* explicitly, its continuing validity in light of *Buckhannon* is uncertain, and here, immaterial to the Court's determination of Fee Applicants' prevailing-party status.

13

asserts that *Shelby County* must be given full retroactive effect and this Court has no choice but to deny Fee Applicants' motions for attorney fees. *Id.* at 2-3 (citing *Harper v. Va. Dep't of Taxation*, 509 U.S. 86, 97 (1993); *Landsgraf v. USI Film Prods.*, 511 U.S. 244, 279 n.32 (1994)).

### 3. Fee Applicants Are Prevailing Parties

The Advisory filed by Texas has narrowed the dispute greatly. Texas rests entirely on *Shelby County*. Its sole contention is that the Supreme Court, as a matter of fact and law, erased the three-judge Court's opinion, and, consequently, Fee Applicants' successes before that Court. In essence, Texas believes that *Shelby County* establishes that the entirety of the preclearance process, including this Court's denial of preclearance, was a constitutional "affront" and nullity. In short, Texas points to *Shelby County* and declares checkmate. Texas does not address Defendant-Intervenors' argument that they achieved the relief they sought because Texas discarded the challenged Plans and adopted different redistricting plans.

In fixating on *Shelby County*, Texas blinds itself to the procedures of this Court. The Local Rules of the Court provide that:

> Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

D.D.C. Local Civil Rule 7(b). This Rule "is a docket-management tool that facilitates efficient and effective resolution of motions by joining of issues." *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004). It applies not only to instances where a litigant entirely fails to oppose a motion but also where a party files an opposition that addresses only *some* of the arguments raised in the underlying motion. In the latter instance, it is well-established that courts may deem the unaddressed arguments as conceded. *See Hopkins v. Women's Div., Gen.*

14

*Bd. of Global Ministries*, 238 F. Supp. 2d 174, 178 (D.D.C. 2002) ("It is well understood in this

Circuit that when a [non-movant] files an opposition to a motion . . . addressing only certain

arguments raised by the [movant], a court may treat those arguments that the [non-movant] failed

to address as conceded." (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997))); *CSX*

*Transp., Inc. v. Commercial Union Ins., Co.*, 82 F.3d 478, 482-83 (D.C. Cir. 1996); *see also*

*Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997) (explaining that

the Circuit "honors . . . [a district court's] enforcement of the rule" that "absence of a response

[is] . . . a basis for treating the motion as conceded").

> Texas does not dispute that Fee Applicants were prevailing parties prior to the

Supreme Court's issuance of *Shelby County* and subsequent vacatur and remand of this Court's

opinion denying preclearance.  Notably, this Circuit has found that parties who intervene as

defendants in VRA litigation are eligible for fee awards,[11] *see Medina Cnty.*, 683 F.2d at 440;

*Donnell*, 682 F.2d at 246, and Fee Applicants contend that the three-judge Court's denial of

preclearance rendered them prevailing parties under *Buckhannon*, as interpreted by the D.C.

Circuit.  Texas makes no argument whatsoever that *Shelby County* upended the eligibility of Fee

---

[11] Judge John D. Bates recently denied Shelby County's motion for attorney fees, finding that its
(ultimately successful) lawsuit was at odds with the policy rationale of the VRA's fee-shifting
provision.  *Shelby Cnty. v. Holder* (*Shelby Cnty. II*), Civ. No. 10-651, 2014 WL 2200898, at *10
(D.D.C. May 28, 2014).  Assuming that Shelby County's lawsuit was the "sort of action or
proceeding" for which § 1973*l*(e) permits attorney fee awards, *id.* (internal quotations omitted),
Judge Bates determined that the County was not entitled to fees under the "demanding . . .
standard" set forth in *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412 (1978), *Shelby Cnty.*
*II*, 2014 WL 2200898, at *10.  Judge Bates opined that "the purpose of section 1973*l*(e) is to
encourage private attorneys general to bring lawsuits vindicating individual voting rights," *id.*,
whereas Shelby County's suit sought to undermine VRA rights, *id.* at *16 (citing *Christiansburg*,
434 U.S. at 418).
    Judge Bates' opinion is inapposite to the facts of this case.  Fee Applicants intervened, in the
manner of private attorneys general, to protect core rights established under the VRA prior to the
Supreme Court's issuance of *Shelby County*.  As the analysis in the text demonstrates, Fee
Applicants were successful in preventing Texas's use of redistricting Plans C185, H283, and
S148 and the State adopted three new redistricting plans for elections subsequent to June 2013.

Applicants for fee awards, the applicability of *Buckhannon*, or the prevailing-party status of Fee

Applicants at the time the Court denied preclearance to Texas and thereafter, when Texas

enacted new redistricting maps.  Thus, the Court finds that Texas has waived any argument as to

these issues.

Having conceded that Fee Applicants were prevailing parties prior to *Shelby*

*County*, Texas's only argument against an award of fees and costs here is that *Shelby County*

effectively stripped Fee Applicants of their victory.  Texas's opposition, however, overlooks

*National Black Police Association v. District of Columbia Board of Elections & Ethics*, 168 F.3d

525 (D.C. Cir. 1999) and *Grano v. Barry*, 783 F.2d 1104 (D.C. Cir. 1986).  In *National Black*

*Police Association*, various plaintiffs sought an injunction against campaign contribution limits

for certain local elections.  168 F.3d at 526-27.  The district court enjoined the initiative as

violative of the First Amendment, and fifty-two days later, the D.C. City Council repealed the

challenged contribution limits.  *Id.* at 527.  On appeal, the D.C. Circuit deemed the matter moot

in light of the Council's repeal and vacated the district court's judgment.  The district court then

awarded attorney fees to plaintiffs, holding that "despite the eventual mootness of the case . . . .

the injunction changed the legal relationship of the parties, and contributors were able to make

substantial contributions that otherwise would not have been legal."  *Id.*  The D.C. Circuit

agreed.  "The fact that the case was moot by the time of the appeal [did] not alter the fact that the

injunction altered the legal relationship between the parties when it was issued . . . ."  *Id.* at 528.

It was of no moment to the D.C. Circuit that the plaintiffs would have realized their goal fifty-

two days later when the Council repealed the initiative.  "The plaintiffs secured a real-world

vindication of their First Amendment rights" regardless of subsequent events.  *Id.*  Accordingly,

the "district court properly found that the plaintiffs were prevailing parties because at the time

16

judgment was entered, the injunction altered the legal relationship between the parties." *Id.* at 529.

Similarly, in *Grano*, plaintiffs obtained an injunction that delayed the demolition of an historical site pending a public referendum. 783 F.2d at 1107-08. The D.C. Circuit affirmed the district court's finding that the plaintiffs were prevailing parties despite the fact that the vote to preserve the site was invalidated. *Id.* at 1109. The Circuit reasoned that the public referendum would have had no chance to preserve the building at all if the building were razed before the election. In other words, the *Grano* plaintiffs "faced two hurdles[:] [t]hey successfully surmounted the first by holding off the demolition until the election . . . . [and] [a]lthough their goal of ensuring that the result of the election would have legal effect was subsequently blocked in another court, they nonetheless succeeded in the aspect of their claims that brought them into federal court . . . ." *Id.* Significantly, the D.C. Circuit subsequently has observed that "[t]he injunction [in *Grano*] produced a lasting change in the parties' legal circumstances and gave the plaintiffs the precise relief that they had sought." *Thomas v. Nat'l Sci. Found.*, 330 F.3d 486, 493 (D.C. Cir. 2003).

Here, Texas does not dispute that this Court's denial of preclearance altered the legal relationship between it and Fee Applicants. Nor does Texas dispute that on June 26, 2013, it repealed the very voting maps for which it had sought preclearance and replaced them with redistricting maps that were substantially similar to the voting districts ordered by the District Court in Texas. Although the Supreme Court ultimately vacated this Court's opinion, neither *Shelby County* nor the vacatur erased the real-world vindication that Fee Applicants had achieved. In line with this Circuit's precedents and those in other courts of appeals, the Court finds that Defendant-Intervenors did not lose prevailing-party status due to subsequent mootness.

*See Thomas*, 330 F.3d at 493; *Nat'l Black Police Ass'n*, 168 F.3d at 528; *Grano*, 783 F.2d at 1108-09; *see also Thomas v. Bryant*, 614 F.3d 1288, 1294 (11th Cir. 2010) ("[W]hen plaintiffs clearly succeeded in obtaining the relief sought before the district court and an intervening event rendered the case moot on appeal, plaintiffs are still 'prevailing parties' for the purposes of attorney's fees for the district court litigation." (quoting *Diffenderfer v. Gomez-Colon*, 587 F.3d 445, 454 (1st Cir. 2009) (internal quotation marks omitted))); *Palmer v. City of Chicago*, 806 F.2d 1316, 1321 (7th Cir. 1986) (assuming without deciding that it is possible for a party to "win" even though "after some relief has been obtained[,] the case becomes moot—is in effect interrupted before it can reach its normal conclusion (unless the [prevailing party] caused it to become moot)"); *cf. UFO Chuting of Haw., Inc. v. Smith*, 508 F.3d 1189, 1197 (9th Cir. 2007) ("[W]hen 'a party . . . achieves the objective of its suit by means of an injunction issued by the district court[, it] is a prevailing party in that court, notwithstanding the fact that the case becomes moot, through no acquiescence by the defendant, while the order is on appeal.'" (quoting *Dahlem v. Bd. of Educ. of Denver Pub. Sch.*, 901 F.2d 1508, 1512 (10th Cir. 1990))).

This result is not inconsistent with the analysis in *Lewis v. Continental Bank Corp.*, 494 U.S. 472 (1990). *Lewis* involved two Florida statutes that prohibited an out-of-state holding company from operating an industrial savings bank in Florida. Continental Bank challenged the statutes as unconstitutional under the Commerce Clause, U.S. Const., Art. I, § 8, cl. 3, and sought an injunction to order the State Comptroller to process its application for an industrial savings bank. *Lewis*, 494 U.S. at 475. The district court granted the relief requested, and Florida then amended the statutes, which materially altered the legal landscape. *Id.* Florida moved to amend the district court judgment on the grounds of mootness and Continental Bank moved for attorney fees under 42 U.S.C. § 1988. The district court denied both motions. *Id.*

On appeal, the Eleventh Circuit found that the case was not moot, affirmed the lower court decision on different grounds, and remanded for further analysis on the fee petition. *Id.* at 476. Shortly before the Eleventh Circuit decision issued, however, Congress adopted the Competitive Equality Amendments Act of 1987, Pub. L. No. 100-86, 101 Stat. 552, which expanded the definition of "bank" and distinctly mooted the Continental Bank lawsuit. *Lewis*, 494 U.S. at 476. Florida petitioned the Eleventh Circuit for rehearing, but the Circuit denied the request, awarded attorney fees, and remanded to the district court to calculate the award. *Id.* at 476-77.

The Supreme Court granted *certiorari* to Florida and held that the federal legislation had mooted the case. *Id.* at 477-80. It found that Continental Bank no longer had any "stake in the outcome" because of changes in the law. *Id.* at 478. As to any fee recovery, the Supreme Court observed that "[s]ince the judgment below [was] vacated on the basis of an event that mooted the controversy before the Court of Appeals' judgment issued, Continental was not, *at that stage*, a 'prevailing party' as it must be to recover fees under § 1988." *Id.* at 483 (emphasis added). It added, "[w]hether Continental [could] be deemed a 'prevailing party' in the District Court, even though its judgment was mooted after being rendered but before the losing party could challenge its validity on appeal, is a question of some difficultly that . . . . [w]e decline to resolve . . . . as well as the related question whether . . . fees are available in a Commerce Clause challenge." *Id.* (citation omitted).

As the Ninth Circuit has since observed, *Lewis* "did not hold that a party automatically loses its prevailing party status when the appeal becomes moot before a Court of Appeals reaches final judgment." *UFO Chuting*, 508 F.3d at 1197 n.8. "Rather, [it] . . . reaffirmed established case law requiring a prevailing party to obtain a direct and

19

substantial benefit."  *Id.*  Fee Applicants obtained a direct and substantial benefit as well: redistricting Plans C185, H283, and S148 were never implemented; Texas repealed the challenged Plans and adopted new plans; and the Governor formally executed the legislation replacing the Plans one day *before* the Supreme Court vacated and remanded this Court's denial of preclearance.  Given this timing of events, *Shelby County* did not strip Defendant-Intervenors of their rights to seek fees.  This conclusion is consistent with *Lewis* and follows the law of the D.C. Circuit and other courts of appeals that have found that subsequent mootness does not necessarily obviate a litigant's prevailing-party status.

### 4.  Absence of Special Circumstances

Having found Fee Applicants are prevailing parties, the Court turns to whether special circumstances would render an award unjust.  This question requires an evaluation of several factors.  One consideration is "whether the net result is [such] . . . that it would be stretching the imagination to consider the result a 'victory' in the sense of vindicating the rights of the fee claimants."  *Medina Cnty.*, 683 F.2d at 442-43.  "If the victory can fairly be said to be only a pyrrhic one, then an award of fees would presumably be inappropriate."  *Id.* at 443.  A related consideration is the impact that the party seeking attorney fees had on the litigation. Where fee applicants are intervenors, a court considers whether they timely intervened,[12] whether their participation was necessary to protect their interests and further the policies embodied in the relevant statutory scheme, *Miller*, 706 F.2d at 343, and whether they had an "independent impact on the particular outcome of the case," *Medina Cnty.*, 683 F.2d at 443.

---

[12] The D.C. Circuit has noted that the analysis of the contributions of an intervenor, for purposes of attorney fees, is akin to the analysis that is conducted when intervention is first sought. Accordingly, "the District Court should not reevaluate its decision on this issue unless new evidence has arisen."  *Miller v. Staats*, 706 F.2d 336, 343 n.40 (D.C. Cir. 1983) (citing *Medina Cnty.*, 683 F.2d at 443).

The "special circumstances" exception to an award of fees is a gloss on § 1973*l*(e) and § 1988.  That is, the exception is "a judicially created concept, not mentioned in any of the fee award statutes."  *Maloney v. City of Marietta*, 822 F.2d 1023, 1027 (11th Cir. 1987).  As a result, the exception is "narrowly construed so as not to interfere with the congressional purpose in passing [fee-shifting] statutes."  *Martin v. Heckler*, 773 F.2d 1145, 1150 (11th Cir. 1985) (en banc), *abrogated on other grounds by Tex. State Teachers Ass'n*, 489 U.S. 782.

Fee Applicants set forth in detail the efforts that they undertook to oppose Plans C185, H283, and S148.  They explain the necessity of their intervention, describe the resources that they expended at every stage in the proceedings, and recount the witnesses and evidence that they presented at trial.  Texas makes no effort to rebut Fee Applicants' facts or arguments.  Accordingly, the Court finds no special circumstances and that Texas concedes there are no special circumstances that would render an award of attorney fees to Fee Applicants unjust.[13]  *See CSX Transp., Inc.*, 82 F.3d at 482-83; *Hopkins*, 238 F. Supp. 2d at 178.

### B.  Reasonableness of Defendant-Intervenors' Request

In this Circuit, "[t]he usual method of calculating reasonable attorney's fees is to multiply the hours reasonably expended in the litigation by a reasonable hourly fee, producing the 'lodestar' amount."  *Bd. of Trs. of Hotel & Rest. Emps. Local 25 v. JPR, Inc.*, 136 F.3d 794, 801 (D.C. Cir. 1998).  A fee applicant bears the burden of demonstrating that the claimed rate and number of hours are reasonable.  *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *Covington v.*

---

[13] Fee Applicants also argue an alternate theory of prevailing-party status, *i.e.*, because this three-judge Court denied summary judgment to Texas, the *Perez* Court imposed interim redistricting maps and Fee Applicants may recover fees and costs in this Court.  Fee Applicants reason that "[n]othing in *Buckhannon* requires that the judicial relief relied upon for prevailing party status be received in the same case in which fees are sought . . . ."  Davis Mot. for Fees at 21.  In light of Fee Applicants' significant participation in this case and Texas's concessions, the Court has no need to rule on this argument.

*District of Columbia*, 57 F.3d 1101, 1107 (D.C. Cir. 1995).

Fee applications must "include contemporaneous time records of hours worked and rates claimed, plus a detailed description of the subject matter of the work with supporting documents, if any." *In re Donovan*, 877 F.2d 982, 994 (D.C. Cir. 1989). A fee applicant may satisfy its burden of demonstrating that its time was reasonably spent by submitting "'sufficiently detailed information about the hours logged and the work done' that permits the district court to 'make an independent determination whether or not the hours claimed are justified.'" *Cobell v. Norton*, 231 F. Supp. 2d 295, 305 (D.D.C. 2002) (quoting *Nat'l Ass'n of Concerned Veterans v. Sec'y of Def.*, 675 F.2d 1319, 1327 (D.C. Cir. 1982)). The applicant need not, however, "present the exact number of minutes spent nor the precise activity to which each hour was devoted nor the specific attainments of each attorney." *Id.* at 306. Billing descriptions can be read in context, with clarification coming from surrounding billing entries as well as the docket. *Heard v. District of Columbia*, Civ. No. 02–296, 2006 WL 2568013, at *14-15 (D.D.C. Sept. 5, 2006).

The Court need not tarry long on the reasonableness of the fees sought because Texas has presented no argument contesting any aspect of them. Fee Applicants have submitted sufficiently detailed information about the hours their attorneys spent working on this matter as well as the specific work performed. *See* Davis Mot. for Fees at 24-35; *Id.*, Exs. A-L; Gonzales Mot. for Fees at 11-15; *Id.*, Decl. of John Devaney [Dkt. 257-3], Exs. A-C; *Id.*, Decl. of Renea Hicks [Dkt. 257-7], Ex. A; Texas State Conference of NAACP Branches Mot. for Fees at 2-3; *Id.*, Ex [Dkt. 258-1]. Further, they have adequately explained the hourly rates of their attorneys. Because Texas makes no argument whatsoever in opposition, the Court finds that Texas concedes the reasonableness of the attorney fees that Fee Applicants seek. *See CSX Transp., Inc.*, 82 F.3d at 482-83; *Hopkins*, 238 F. Supp. 2d at 178.

The Court likewise easily finds that Fee Applicants are entitled to recover the litigation costs that they request.  *See* Davis Mot. for Fees at 36-37; *Id.*, Ex. M; Gonzales Mot. for Fees at 15-16; Texas State Conference of NAACP Branches Mot. for Fees at 3.  Section 1973*l*(e) of the VRA explicitly permits prevailing parties to recoup costs.  *See* 42 U.S.C. § 1973*l*(e) ("In any action or proceeding to enforce the voting guarantees of the fourteenth or fifteenth amendment, the court, in its discretion, may allow the prevailing party, other than the United States, . . . reasonable expert fees[] and other reasonable litigation expenses as part of the costs.").  Texas mounts no challenge to the categories or amounts for which Defendant-Intervenors seek recovery.  Nor does Texas argue that such an award would be unreasonable.  Accordingly, the Court finds that Texas also concedes the reasonableness of the costs and experts fees that Fee Applicants seek.  *See CSX Transp., Inc.*, 82 F.3d at 482-83; *Hopkins*, 238 F. Supp. 2d at 178.

### III. CONCLUSION

The Advisory submitted by the State of Texas fails to recognize that the limited holding of *Shelby County* did not resolve the issues here.  The Advisory entirely ignores the legal arguments raised by Fee Applicants concerning their rights as prevailing parties.  Confident in its position, Texas informs the Court that it will not further "respond unless requested to do so." Advisory at 3.  The onus, however, is not on the Court to request opposition from a sophisticated party before rendering its decision.  Texas has had every chance to oppose the fees and costs that Fee Applicants seek since the applications.  It instead opted to file a three-page Advisory that ignored every argument of Fee Applicants except the applicability of *Shelby County*.

In accord with the precedents of this Circuit and others, the Court finds that Fee Applicants are prevailing parties before this Court and eligible to recover attorney fees and costs.

23

The Court further finds that the fees and costs they seek are uncontested and reasonable.  The Court will award $466,680.36 to the Davis Intervenors, $597,715.60 to the Gonzales Intervenors, and $32,374.05 to the Texas State Conference of NAACP Branches.  A memorializing Order accompanies this Opinion.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: June 18, 2014