UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF TEXAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) Civil Action No. 11-1303 (RMC) |
| Defendants, and | ) |
| WENDY DAVIS, *et al.*, | ) |
| Defendant-Intervenors. | ) |

ORDER

On June 18, 2014, the Court entered an Order that requires Texas to pay attorney fees and costs arising from a lawsuit that the State initiated for preclearance of certain redistricting plans. *See* June 18, 2014 Order [Dkt. 266]. Texas requests a stay of the Order without having to post a supersedeas bond. *See* Mot. to Stay [Dkt. 269].

Texas cries foul on the basis of *Shelby County v. Holder*, 133 S. Ct. 2612 (2013), which invalidated the coverage formula in Section 4(b) of the Voting Rights Act of 1965, 42 U.S.C. §§ 1973, *et seq.*, in light of the stale data on which that provision was based and the manner in which it distinguished among the States, *see Shelby County*, 133 S. Ct. at 2631. Texas contends that *Shelby County* necessarily "bars any fee award" to Defendant-Intervenors. Mot. to Stay at 7.

Defendant-Intervenors moved for attorney fees and costs and Texas filed a three-page "Advisory" that ignored their legal arguments. Texas could have rebutted Defendant-

1

Intervenors' claims for fees and costs, perhaps with the kinds of arguments that it sets forth for the first time in its seventeen-page memorandum in support of its Motion to Stay. It did not. The question, therefore, is whether Texas is to be held to the procedures and precedents that apply to other litigants. This Court had no reason to hold otherwise, and it awarded fees and costs to Defendant-Intervenors.

Nonetheless, the Court recognizes that the situation that the parties present is uncommon and, as such, the Court should have stayed its Order in the first place. Accordingly, it is hereby

**ORDERED** that Texas's Motion to Stay, Dkt. 269, is **GRANTED**; and it is

**FURTHER ORDERED** that the Order that the Court entered on June 18, 2014, Dkt. 266, is **STAYED** pending appeal. Texas is not required to file a supersedeas bond.

**SO ORDERED**.

Date: June 24, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge